

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

JAMES W. SCAIFE

PLAINTIFF

VS.                                        CASE NUMBER 4:12 cv 617 Sww

AMERICA FIRST INSURANCE
STEPHENS INSURANCE AGENCY          This case assigned to District Judge Wright
DEFENDANTS                         and to Magistrate Judge_____ Deere

## COMPLAINT

1.  James W. Scaife 7633 Vestal Blvd. Apt. 16 Maumelle AR. 72113

    America First Insurance Processing Center P.O. box 515097 Los Angeles

    CA 90051-5097

    Stephens Insurance Agency 10002 W. Markham St. Ste. A7 Little Rock AR. 72205


2.  On February 25, 2010, I was injured in a car accident with Dennis Dorrell,

    driving The Bug Man's commercial vehicle. I was traveling west on Roosevelt

    and Dennis Dorrell was traveling east on Roosevelt trying to turn Booker

    and I slammed into his truck, totaling my car in the process. Dennis Dorrell

    admitted that he didn't see my vehicle, because of another vehicle was

traveling west blocked his vision. He was ticketed with a citation of Careless and

Prohibited. The impact of the vehicles cause the airbags to deploy and the driver's

airbag hitting my left wrist, also causing pain in my neck and causing an

preexisting back injury to flare up. I was treated at UAMS Emergency Room and

release.  Also, I sought treatment from Injury Health Care for wrist, neck and back.

Everything seem to improve except for my wrist, I was in a lot pain and I couldn't

use my wrist to do things like open doors, jars, lifting heavy items or just daily

activity.  I was referred to an Orthopedic Surgeon Dr. Thomas Frazier. Under

his care I receive home rehab, two surgeries, two sessions of therapy and

received a final permanent impairment rating of 5% of my left wrist. Today I

still have problems with my left wrist and it keeps me from enjoying

daily activities.


I mailed a demand package on March 27, 2012, and America First Insurance on March

29, 2012, through USPS confirmation delivery. Inside the demand package was a demand

letter, all medical bills associated with this claim, pictures of my totaled car and picture of

me after both surgeries and wearing different wrist braces. Starting April 4, 2012, I got a

phone from Kristie Davis, stating that America First Insurance got my demand package and

that there is the process of reviewing my claim. Also, I was told that I needed to sign a

medical release form so that America First Insurance could make an evaluation of my

claim. I wrote them a letter stating that you have all the medical records you need to evaluate my claim. I got another call from Kristie Davis, on May 17, 2012, stating that my claim is being reviewed and as soon as the review is finished I would receive a phone call. I got a phone message from Kristie Davis, on June 15, 2012, stating my claim is still being reviewed. She also, stated since my med-pay paid 4,700 dollars of my claim that it would reduce that amount in my settlement offer. I wrote a letter back stating that I talk with the Arkansas Insurance Department, and was told it wouldn't reduce that amount of my claim. On July 17, 2012 I got a phone message from Kip Kohler, stating he's the new claim adjuster and he is working on my claim and he wanted to discuss it with me. So, I called on July 18, 2012, and left him a message, stating that I wanted to discuss this matter with him.

Kip Kohler, called again and left a message and I called on July 30, 2012 and left him a message stating please write me a letter and let me know what's going on with my claim, because we keep missing each other through phone calls and make me offer to settle. I haven't heard from any claim adjusters from America First Insurance again.

It's been over five months and America First Insurance neither denies nor makes a settlement offer on this claim. Plus, in two different letters I have written I asked them to reveal their policy limits so, I can make a fair monetary judgment of my claim.

I am suing America First Insurance for acting in bad faith in handling my

claim.

   1. Failure to deny or pay the claim within a reasonable period of time

   2.  Failure to enter into any negotiations for settlements of claims

   3.  Failure to disclose policy limits


The relief I am seeking from the court is:

  80,000 in compensatory damages

  Punitive damages

  Court cost and any fees occurred


James W. Scaife

7633 Vestal Blvd. Apt. 16

Maumelle, AR 72113

501-944-3140

Page 1 of 4   5416

**ARKANSAS MOTOR VEHICLE CRASH REPORT**   (Rev. 1/07)

Report # 2010-19287   Unit Assigned 52   Premises Street   Lat/Long ___   District 53

| Mo/Day/Yr | Day of Week | Time Of Crash | No. Of Vehicles | Time Notified | Time Arrived | Hit & Run | Direction Of Travel | Official Use Only |
|---|---|---|---|---|---|---|---|---|
| 02/25/2010 | Thur | 3:20 ☐ AM ☑ PM | 2 | 3:25 ☐ AM ☑ PM | 3:28 ☐ AM ☑ PM | ☐ Yes V# ☑ No V# | 1 W 2 E | |

| County | City | Not In City, But | Distance | Direction | Of | City Limits | Speed Limit 35 |
|---|---|---|---|---|---|---|---|
| Pulaski | Little Rock | | | | | | |

| Road / Street / Highway | Section | Log Mile | At Intersection With | Posted |
|---|---|---|---|---|
| Roosevelt | | | Booker | ☑ Yes ☐ No |

Not At Intersection, But ___ Distance   ☐ N ☐ S ☐ E ☐ W   Reference Point

---

**VEHICLE # 1**      (PEDESTRIAN # ___ )

Also Complete Truck and Bus Crash Report for each qualifying vehicle, if crash involves fatality, injury or tow.

| Driver's Name (First/MI/Last Name) | | | | Inj. Code 4 |
|---|---|---|---|---|
| James Scaife | | | | |

| Address | Safety Equp | Air Bag | Eject |
|---|---|---|---|
| 10301 Judy lane | 3 | 6 | 0 |

| City | State | Zip Code |
|---|---|---|
| Little Rock | Ar | 72209 |

Additional Information  PH # 944-3140

| DOB | Race | Sex | Driver's License State Ar | Class D |
|---|---|---|---|---|
| 02/14/1968 | B | m | # 91038535/ | End. N/A |

| Test Req ☐ | Blood ☐ | Breath ☐ | Urine ☐ | Toxicology ☐ Results: ___ | None Req. ☑ |
|---|---|---|---|---|---|

Vehicle Owner's Name (First/MI/Last Name)  Same

Address  Same

| City | State | Zip Code |
|---|---|---|
| Same | Same | Same |

| Vehicle Description | Year 2000 | Make Pont |
|---|---|---|

| Model Sonfire | Body Style 4D | Color Red |
|---|---|---|

| Vehicle Identification Number | Estimated Damage |
|---|---|
| 1G2JB5241Y7304635 | $ 5,000.00 |

Vehicle License Plate   ☐ None

| Year 2010 | State Ar | Number 003 MBV |
|---|---|---|

| Trailers ☐ Yes ☑ No | # Of Units | Reg. State | Plate # |
|---|---|---|---|

Prior Vehicle Damage?   If Yes, Describe Damage & Location
☐ Yes ☑ No

Vehicle Damage As Result Of Crash
☑ Disabled ☐ Other Damage ☐ Functional ☐ No Damage

Towed?   Name of Tow Service
☑ Yes ☐ No

Address Vehicle Removed To  City impound

| City | State | Zip Code |
|---|---|---|
| Little Rock | Ar | 72209 |

Additional Information

| Insurance Company | Policy # |
|---|---|
| AAA | A0-075736-1 |

| EMS Notified 3:30 ☐ AM ☑ PM | Transported By |
|---|---|
| EMS Arrived 3:45 ☐ AM ☑ PM | |
| ☑ No Injury/Transport | |

Injured Transported To (Hospital Name/City/State)

---

**VEHICLE # 2**      (PEDESTRIAN # ___ )

Also Complete Truck and Bus Crash Report for each qualifying vehicle, if crash involves fatality, injury or tow.

| Driver's Name (First/MI/Last Name) | | | | Inj. Code 5 |
|---|---|---|---|---|
| Dennis Dorrell | | | | |

| Address | Safety Equp | Air Bag | Eject |
|---|---|---|---|
| 12806 Pine Ridge | 3 | 6 | 0 |

| City | State | Zip Code |
|---|---|---|
| Alexander | Ar | 72002 |

Additional Information  PH # 663-9464

| DOB | Race | Sex | Driver's License State Ar | Class D |
|---|---|---|---|---|
| 02/04/1994 | W | m | # 923692775 | End. N/A |

| Test ☐ | Blood ☐ | Breath ☐ | Urine ☐ | Toxicology ☐ Results: ___ | None Req. ☑ |
|---|---|---|---|---|---|

Vehicle Owner's Name (First/MI/Last Name)  TMBI LLC

Address  P.O. Box 1700

| City | State | Zip Code |
|---|---|---|
| Little Rock | Ar | 72203 |

| Vehicle Description | Year 2007 | Make Chevy |
|---|---|---|

| Model SCI | Body Style PK | Color White |
|---|---|---|

| Vehicle Identification Number | Estimated Damage |
|---|---|
| 1GCEC14X57Z164179 | $ 1,500.00 |

Vehicle License Plate   ☐ None

| Year 2010 | State Ar | Number 787 MBW |
|---|---|---|

| Trailers ☐ Yes ☑ No | # Of Units | Reg. State | Plate # |
|---|---|---|---|

Prior Vehicle Damage?   If Yes, Describe Damage & Location
☐ Yes ☑ No

Vehicle Damage As Result Of Crash
☐ Disabled ☐ Other Damage ☐ Functional ☑ No Damage

Towed?   Name of Tow Service
☐ Yes ☑ No

Address Vehicle Removed To

| City | State | Zip Code |
|---|---|---|

Additional Information

| Insurance Company | Policy # |
|---|---|
| Stephens Ins. | BA 8201896 |

| EMS Notified ___ ☐ AM ☐ PM | Transported By |
|---|---|
| EMS Arrived ___ ☐ AM ☐ PM | |
| ☑ No Injury/Transport | |

Injured Transported To (Hospital Name/City/State)

Page 2 of 4                                    Report Number: 2010-19287

| Vehicle # 1  Point Of Initial Contact | Vehicle # 2  Point Of Initial Contact |
|---|---|

| Damage To Property Other Than Vehicle | Object Struck | Owner's Name | Damage Estimate $ |
|---|---|---|---|
| ☐ Yes ☑ No | | Address (City/State/Zip Code) | Owner Notified ☐ Yes ☐ No |

| Witness Name(s) (First/MI/Last Name) | Address (City/State/Zip Code) |
|---|---|
| None | |

| Citation(s) Issued To (First/MI/Last Name) | Charge(s) And Statute Numbers) | Citation Number |
|---|---|---|
| Dennis Dorrell | Careless & Prohibited 27-51-104 | LR 955656 |

**Narrative**

The AOI occured approx 7'feet East of the west curbline of Booker and approx. 8'feet south of the North curbline of Roosevelt.
James Scaife, driver of veh#1 stated that while traveling westbound on Roosevelt veh#2 which was traveling Eastbound attempted to turn Northbound onto Booker causing veh#1 to strike veh#2. Scaife reported some soreness to his left arm, his passenger reported no injuries. MEMS was notified and responded. I observed approx $5000. in damage to the front of veh#1.
Dennis Dorrell driver of veh#2 stated that while traveling Eastbound on Roosevelt he was attempting to turn Northbound onto Booker when veh#1 struck veh#2. Dorrell stated that he never saw veh#1 due to another vehicle being stopped westbound in the left lane blocking his vision. I observed approx $1500. in damage to the left lower front bumper of veh#2. Dorrell reported no injuries, and refused medical.
Diagram and Citation issued based on officers observations and statements given.

| Officer's Name (Rank/First/MI/Last Name) | Badge No. | Department | Reviewing Officer | Date Filed | Photos |
|---|---|---|---|---|---|
| SACUI | 31038 | LRPD | 2/25/10 | 02/25/2010 | ☐ Yes ☑ No |

Page 3 of 4                                      Report Number 2010-19287

## ATMOSPHERIC CONDITIONS
0 Clear          4 Fog          8 Dust
1 Rain           5 High Winds   9 Mist
2 Sleet          6 Smoke        98 Other
3 Snow           7 Smog         99 Unknown

## RELATION TO JUNCTION
0 Non-Junction            4 Alley            8 Crossover Lane
1 Intersection            5 Exit Lane        98 Other
2 Intersection Related    6 School Zone      99 Unknown
3 Driveway                7 R.R. Crossing

## LIGHT CONDITIONS
0 Daylight   3 Dawn   5 Dark /Blue Lighted       98 Unknown
1 Dark       4 Dusk   6 Dark /Light Not Functional 99 Unknown

## TRAFFIC CONTROLS
0 No Traffic Controls   5 R.R. Crossing W/Gate & Signals    11 Traffic Lanes Marked
1 Flashing Beacon       6 R.R. Crossing W/Flashing Signals Only  12 No Passing Zone
2 Traffic Signal        7 R.R. Crossing W/Crossbuck Only    13 Slow Or Warning Sign
3 Stop Sign             8 School Zone                       14 Officer Or Flagman
4 Yield Sign            9 Pedestrian Signal                 98 Other
                        10 Lane Symbols Painted on Roadway   99 Unknown

## ACCIDENT LOCALE
1 Rural        2 Urban                      99 Unknown

## ROADWAY SURFACE CONDITION
1 Dry   4 Sand   98 Other
2 Wet   5 Dirt   99 Unknown
3 Ice   6 Oil

## TRAFFIC CONTROL DEVICE
0 Device Not Present   1 Device Not Functioning   2 Device Functioning Properly   3 Device Not Functioning Properly

## ROAD SYSTEM
1 Interstate      5 City Street
2 U.S. Highway    6 Frontage Road
3 State Highway   7 Ramp
4 County Road     99 Unknown

## TYPE OF COLLISION
0 Single Vehicle : Non Collision With Motor Vehicle In Transport   2 Rear End    4 Sideswipe Same Direction   6 Backing
1 Head On                                                          3 Angle       5 Sideswipe Opp. Direction   98 Other

## CONTRIBUTING FACTORS
0 None                          11 Improper Right Turn         22 Cutting In
1 Too Fast For Conditions       12 Improper Left Turn          23 Impeding Traffic
2 Failure to Yield              13 Improper Lane Change        24 Improperly Parked
3 Driving Without Lights        14 Improper Passing            25 Crowded Off Road
4 Failure To Dim Headlights     15 Prohibited U Turn           26 Alcohol
5 Disregard Stop Sign           16 Defective Lights            27 Drugs
6 Disregard Yield Sign          17 Defective Brakes            28 Careless/Prohibited Driving
7 Disregard Traffic Signal      18 Other Defective Equipment   29 Crossing Median
8 Disregard Road Sign           19 Improper Backing            98 Other
9 Wrong Way/One Way Traffic     20 Failure Or Improper Signal  99 Unknown
10 Following Too Close          21 Disregard Officer/Flagman

## ROAD SURFACE
1 Concrete   3 Gravel   98 Other
2 Asphalt    4 Dirt     99 Unknown

## ROAD ALIGNMENT
1 Straight    2 Curve

## ROAD PROFILE
1 Level    3 Hillcrest   98 Other
2 Grade    4 Sag         99 Unknown

## CONSTRUCTION/MAINTENANCE ZONE
1 Yes        2 No

## VEHICLE ACTION
1 Going Straight         9 Making Right Turn          17 Avoiding Animal       98 Other
2 Negotiating Curve      10 Making Right Turn On Red   18 Avoiding Other Object 99 Unknown
3 Slowing                11 Making Left Turn           19 Passing
4 Stopped in Traffic Lane 12 Making Left Turn On Red   20 Changing Lanes
5 Merging                13 Making U Turn              21 Ran Off Road-Right
6 Enter Parked Position  14 Backing                   22 Ran Off Road-Left
7 Exiting Parked Position 15 Avoiding Vehicle          23 Crossing Median
8 Parked                 16 Avoiding Pedestrian

## TRAFFIC FLOW
1 Not Divided                   98 Other
2 Divided By Median – No        99 Unknown
  Barrier
3 Divided By Perm. Barrier
4 Divided By Temp. Barrier
5 One Way Traffic

## NUMBER OF TRAFFIC LANES
1. 1   3. 3   5. 5   7. 7
2. 2   4. 4   6. 6   8. 8

## FIRST HARMFUL EVENT COLLISION WITH / NON COLLISION
1 Pedestrian          9 Stationary Obj. Not Fixed   17 Utility Pole        25 Concrete Barrier
2 Pedacycle           10 Overturned                 18 Fence or Fence Post 26 Culvert/Ditch
3 Train               11 Fire                        19 Guard Rail or Post  27 Bridge Rail
4 MV in Transport     12 Intersection               20 Bridge or Underpass 28 Other Fixed Object
5 MV In Other Roadway 13 Fell From Vehicle          21 Sign/Traffic Signal
6 Parked Vehicle      14 Jackknife                  22 Impact Cushion Device 98 Other
7 Animal              15 Bank or Ledge              23 House/Building       99 Unknown
8 Other Object Not Fixed 16 Tree(s)                 24 Light/Luminary Pole

## ROADWAY DEFECTS
0 No Defects                  6 Bumps
1 Obstruction Warning         7 Defective Shoulder
2 Obstruction No Warning      8 No Markings
3 Loose Materials On Surface  9 Reduced Width
4 Holes                       98 Other
5 Ruts                        99 Unknown

## FIRST HARMFUL EVENT LOCATION
1 On Roadway    3 Median       4 Outside Traffic Way
2 Shoulder      4 Roadside     99 Unknown

## DRIVER DISTRACTION
0 Not Distracted
1 Electronic Communication Device (cell phone, pager, etc.)
2 Other Electronic Device (navigation device, palm pilot, etc.)
3 Other Inside the Vehicle
4 Other Outside the Vehicle                    99 Unknown

## OCCUPANCY
0 Non-Motorist
1-999 Vehicle
  Number of
  Occupant

## POSITION IN/ON VEH
| X | 2 | 3 |
| 4 | 5 | 6 |
| 7 | 8 | 9 |
| 10 | |

10 Riding Or Hanging Outside
11 Bed Of Pickup
12 Trailing Unit
13 Sleeper Section
98 Other Enclosed   99 Unknown

## INJURY CODE
1 Fatal Injury
2 Incapacitating
  Injury
3 Non-Incapacitating
  Injury
4 Possible Injury
5 No Injury/Property
  Damage Only

## FIRE OCCURRENCE
0 No Fire Occurrence    1 Fire Occurrence

## DRIVER VISION OBSCURED
0 Not Obscured          5 Building              11 Dirty Windshield
1 Rain/Snow/Sleet On Windshield   6 Billboard   12 Obscured By Vehicle Load
2 Fog                   7 Trees/Shrub/ Etc      13 Hillcrest
3 Sunlight              8 Parked Vehicle(s)     98 Other
4 Headlights            9 Moving Vehicle(s)     99 Unknown
                        10 Broken Windshield

## VEHICLE DEFECTS
0 No Defects            3 Defective Steering    6 Windshield/Mirrors
1 Defective Lights      4 Worn/Slick Tires      98 Other
2 Defective Brakes      5 Motor Trouble         99 Unknown

## SAFETY EQUIPMENT USED
0 None Used             7 Helmet
1 Shoulder Belt         8 Helmet W/Face shield
2 Lap Belt              9 Eye Protection
3 Lap & Shoulder Belt   98 Other
4 Child Restraint       99 Unknown

## AIR BAG
0 Not Applicable
4 Deployed Air Bag
6 No Air Bag Deployment

## EJECTION FROM VEHICLE
0 Not Ejected
1 Totally Ejected
2 Partially Ejected
99 Unknown

## PEDESTRIAN ACTION/LOCATION
1 Crossing At Intersection With Signal    13 Walking On Roadway With Traffic
2 Crossing At Intersection Against        Sidewalks Not Available
  Signal                                  14 Walking On Roadway Against Traffic/
3 Crossing At Intersection No Signal      Sidewalks Available
4 Crossing At Intersection Diagonally     15 Walking On Roadway Against Traffic/
5 Crossing Not At Intersection Rural      Sidewalks Not Available
6 Crossing Not At Intersection Urban      16 Working In Roadway
7 Coming from Behind Parked Car           17 Standing In Roadway
8 Unloading/Loading on School Bus         18 Not In Roadway
9 Playing In Roadway
10 Unloading/Loading on Other             98 Other
11 Lying in Roadway                       99 Unknown
12 Walking on Roadway with Traffic/
   Sidewalks Available

## CONDITION OF DRIVERS AND PED
1 Appeared Normal       98 Other
2 Illness               99 Unknown
3 Fatigue
4 Fell Asleep
5 Physical Disability : Disease/Disorder
6 Mental Disability : Disease/Disorder
7 Defective Sight
8 Defective Hearing
9 Seizure / Blackout

## ALCOHOL/DRUGS IMPAIRMENT
1 None      3 Not Impaired
2 Impaired  4 Unknown

## PASSENGER/PEDESTRIAN
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 3 | 4 | 0 | R | F | 1 | 5 | |

23 Name Of Passenger(s)/Pedestrian(s) Address, City, State, Zip Code

Cheriash Scaife 10301 Judy In. Lr,Ar, 72209

Right margin codes (top to bottom): 1 1 / 0 2 3 0 V1 28 2 2 V1 1 V1 4 4 V1 4 V2 1 V1 0 V2 0 V1 0 0 V1 9 V2 V1 0 1 1 V2 Ped V1 V2 Ped

Page __4__ of __4__          **DIAGRAM**          Report Number __2010 - 19287__

☐ Check this box if diagram depicted is from driver/witness statements and/or vehicles were moved prior to investigators arrival.



Diagram Not to Scale

Indicate North by Arrow

James Scaife

613 Nan Circle

Little Rock, AR 72211


March 26, 2012


Kristie Davis: Claims Specialist

Inured: The Bug Man

Claim Number: 703959510

Date of Loss: 2/25/10


Dear, Ms. Davis

On February 25, 2010, I was severely injured in a car accident with Dennis Dorrell, driving your insured, The Bug Man's commercial vehicle. I was traveling West on Roosevelt Rd. the Bug Man truck was traveling East on Roosevelt Rd. and was attempting to make a left on Booker St. and my vehicle slammed into his. In Dennis Dorrell own words he states "he never saw my vehicle because of another vehicle blocking his vision" and he was ticketed with a citation of careless and prohibited (27-51-104) driving. He pulled out in front of me.

The impact of our vehicles when they slammed into each other caused the airbags to explode and at the time I was gripping the steering wheel to brace myself, because of that the airbag hit my wrist causing severe pain in my wrist, neck and back. Also, in the vehicle with me was my daughter who was shaking up as well. The Fire Department made it to the scene and wrapped my shoulder in sling, because I couldn't hold my wrist in a downward position. I went to UAMS Medical Center where I was diagnosed with a sprain wrist, cervical strain, and I my pre-existing back injury (degenerative discs disease) flared up. I was received treatment from Capital Health care for my injuries. My injuries seem to get better with treatment except for my wrist. There was a popping and clicking of my wrist when tried to do certain things open doors, open jars, throw a ball, brush my teeth, comb my hair, etc... with severe pain, weakness, and numbness.

So, I went to a specialist named Dr. Thomas Frazier from Arkansas Specialty Clinic where, he had ex-rays, MRI, and Arthrography injection done to my wrist. Finally had surgery on my left wrist on April 14, 2011, it was called Triangular Fibrocartilage Tear. I whore a cast for a few weeks and had it removed. Dr. Frazier scheduled rehab for my left wrist, but wasn't working for me. I still felt pain and numbness, plus there were still popping and clicking of my left wrist, so Dr. Frazier suggested that I may have a tendon injury and I should have a reconstruction of the extensor of the left wrist done. So, on August 16, 2011, it was perform and I had to where a cast for almost a month. It was very difficult for me to do anything for myself. I couldn't take baths, put on my own cloths, brush my teeth and hair etc... Dr. Frazier scheduled rehab again and through that rehab it wasn't getting any better. The popping and clicking was gone, but there is still pain and numbness, weakness, and movement of my tendon when I open doors and doing other things with my left hand. After, having two surgeries and two courses of rehab, Dr. Frazier suggested that I have an impairment test done on my wrist, because everything has been done to get my wrist back to normal. Based on the "guides to the Evaluation of Permanent Impairment, 5th Edition, published by the American Medical Association, my impairment rating was 5% permanent impairment to my upper extremity in regard to my left wrist injury.

I will never be made whole or a 100% of the left wrist again. This is my dominate hand and I do everything with it except write. I am still in pain and there is numbness and weakness, in which is elevated with use. I can't pick up anything heavy and I can't use to play any sports or fish. This has caused me great mental anguish and stress, that I have learn how to do things with my right hand, so I want put my left hand through any stress and pain.

I have medical records totaling 15,897.73

Because there was great negligence on the part of your insured I am still going through a great deal of pain and suffering and mental anguish.

Not having the use of my dominate left hand the way it was before the accident on 2/25/10.

I demand compensation for my injuries and pain, suffering, mental anguish, and future pain and suffering and mental anguish in sum for 80,000 dollars.

I would like for you to release policy limits, so I can make a fair judgment of my claim.

I look forward to hearing from you on this matter, no more than 30 days from the date of this letter.

Yours truly,

James Scaife

THINGS YOU NEED TO KNOW

Dr. Frazier Made a mistake on the medical records, stating that I'm right handed. So I am providing information to prove that my left hand is my dominate hand. A letter from my wife and father are enclosed.

I was involved in car on 5/18/11, info enclosed. The reason I am letting you know, so you want accuse me of hiding anything from. All that my left wrist is going through is because of the wreck I had on 2/25/10. Enclosed are the medical records from the place where I was being treated for the 5/18/11 accident. I was in rehab at the time for my wrist at the time of the accident. There was nothing new from the wreck on 5/18/11. All the popping, clicking, pain, and numbness came from the air bag hitting my wrist on 2/25/10.

The wreck I had on 5/18/11 I was wearing my wrist brace and that protected me from doing any further damage to my wrist. I am sure once you look at all the medical records you see that nothing new came about.

# RE-EXAM

Patient Name:
Date:

**CROM:**

| | | | | |
|---|---|---|---|---|
| Flexion | EN | SR | MR | (R) |
| Extension | EN | SR | MR | (R) |
| Right LF | EN | SR | MR | (R) |
| Left LF | EN | SR | MR | (R) |
| Right ROT | (EN) | SR | MR | R |
| Left ROT | (EN) | SR | MR | R |

**LROM:**

| | | | | |
|---|---|---|---|---|
| Flexion | EN | SR | MR | (R) |
| Extension | EN | SR | MR | (R) |
| Right LF | EN | SR | MR | (R) |
| Left LF | EN | SR | MR | (R) |
| Right ROT | (EN) | SR | MR | R |
| Left ROT | (EN) | SR | MR | R |

**Trigger Points:** B/L ↓ C/S. T+/S. ↓ L/S.

**Orthopedic Testing:**

| | | | | | |
|---|---|---|---|---|---|
| Soto Hall | + | (-) | Kemp's | (+) | - |
| Cerv. Comp | (+) | - | Milgrams | (+) | - |
| O'Dono. | + | (-) | SLR | + | (-) |
| Sh. Depr. | (+) | - | WLR | + | (-) |
| Valsalva | + | (-) | Becht. | (+) | - |

Other Ortho Testing: _____

VAS:    0    1    2    3    4    5    6    7    (8)    9    10

Patient response to this point: _____
_____
_____

Changes in Treatment Plan: _____
_____

Dr. Signature: _____

— ® wrist cant very ℞
  ↓ under PT for surgery.

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife   **Date:** 05/21/11

**O.**
- [X] Spasm: C T P Sac. Other:____
- [X] Tenderness: C T P Sac. Other:____
- [X] ROM Loss: C T P L Sac. Other:____
- [ ] Strength Def. C T L Sac. Other:____
- [X] Joint. Dysf. C T L Sac. Other:____
- [ ] Extremity____
- [ ] Other Objective____

**A.** IMPROVED  UNCHANGED/ WORSE  RELIEF / REPAIR / REHAB

**P.** Dec. Pain Dec. Spasm  Imp. ROM Imp. Jt. Motion  Other____
Dx Change: 4X 3X 2X 1X
Compliant w/ home care Y N   Cont Tx / Maint.

**Subjective Complaints:**
[X] New Complaint [ ] Exacerbation [ ] Ongoing Care
Side: Bilateral R L   VAS: 1 (least)-10 (most) 10
Location of Pain: HA C/S T/S L/S SI Hip Should.
Other____
Pall. Advile  Prov. lifting/bending
ADL Difficulties: work
Notes: pt presents post MVA on 05/18/11 c c/s, T/S & L/S 1 S/I pn  see H & Exam dated 05/21/11

Ther-Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze   TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

Dr.____  D.C.

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

____ **Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

____ **Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: X cervical ____ thoracic X lumbar ____ other 15 min.

____ **Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

____ **Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

OB X **Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
X ice ____ heat 15 min.

____ **Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

____ **Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

____ **Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

OB X **Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

By signing this form I am stating that the above services were performed on me today.

X James Scaife  / Patient Signature   05/21/11  Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | 3 | X | 5 | X | X | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife   **Date:** 05/23/11

**O.**
- [X] Spasm: C T L Sac. Other:_____
- [X] Tenderness: C T L Sac. Other:_____
- [X] ROM Loss: C T L Sac. Other:_____
- [ ] Strength Def. C T L Sac. Other:_____
- [ ] Joint. Dysf. C T L Sac. Other:_____
- [ ] Extremity_____
- [ ] Other Objective_____

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [X] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 10
Location of Pain: HA C/S C/S L/S S/I Hip Should.
Other_____
Pal. Achle _____ Prov. lifting/bending
ADL Difficulties _____
Notes:

**A.** IMPROVED
UNCHANGED / WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care Y N

**P.** Dec. Pain/ Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
3X  2X  1X
Cont Tx / Maint.

Dr. _____ D.C.

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/ airfreeze    TP Ther: C/S T/S L/S SI
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

JS X **Chiropractic Manipulative Treatment (98940, 98941, 98942, 98943)** – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

JS X **Electrical Muscle Stimulation (97014)** – to retain muscles, to reduce muscle spasms, pain and edema.
Location: X cervical ____ thoracic X lumbar ____ other 15 min.

____ **Mechanical Traction (97012)** – using the body's own weight to create a tension in the soft tissues and create joint seperation.

____ **Massage (97124)** – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

JS X **Cryotherapy/Heat (97010)** – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain. 15 min.
X ice ____ heat

____ **Manual Therapies (97140)** – soft tissue mobilizations, lymphatic drainage.

____ **Therapeutic Exercises (97110)** – to develop strength, endurance, range of motion & flexibility.

JS X **Neuromuscular re-education (97112)** – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

JS X **Hydrotherapy (97039)** – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____   05/23/11
Patient Signature   Date

| Adjustment | Muscle Stim | Interseg Trad. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife          **Date:** 05/24/11

**O.**
[X] Spasm: (C) (T) L  Sac.  Other:_____
[X] Tenderness: C (T) L  Sac.  Other:_____
[X] ROM Loss: (C) T L  Sac.  Other:_____
[ ] Strength Def. C  T  L  Sac.  Other:_____
[ ] Joint. Dysf.  C  T  L  Sac.  Other:_____
[ ] Extremity_____
[ ] Other Objective_____

**A.**  IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care  Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
3X  2X  1X
Cont Tx  Maint.

Dr._____  D.C.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [ ] Ongoing Care
Side: Bilateral R  L  VAS: 1 (least)-10 (most) 10
Location of Pain: HA  C/S  T/S  L/S  SI  Hip      Should.
                                 Other_____
Pall._____Prov._____
ADL Difficulties_____
Notes:

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI  w/Biofreeze      TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
          Location: X cervical _____ thoracic X lumbar  other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
          X ice _____ heat  15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

_____                          05/24/11
Patient Signature                      Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife   **Date:** 05/25/11

**O.**
[X] Spasm: C T L Sac.   Other:____
[X] Tenderness: C T L Sac.   Other:____
[X] ROM Loss: C T L Sac.   Other:____
[ ] Strength Def. C T L Sac.   Other:____
[ ] Joint. Dysf. C T L Sac.   Other:____
[ ] Extremity____
[ ] Other Objective____

**A.**  IMPROVED
UNCHANGED / WORSE
RELIEF / REPAIR / REHAB
Dx Change:   D 3X   2X   1X
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other:____
Cont Tx / Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [X] Ongoing Care
Side: Bilateral R L   VAS: 1 (least)-10 (most)
Location of Pain: HA  C/S  L/S  T/S  SI  Hip   Should.
Other____
Pall____Prov.____
ADL Difficulties____
Notes:

Dr.____   D.C.

*Ther Exer:* C/S T/S L/S Sh Other
*Flex/Dist:* T/S L/S SI  w/Biofreeze
*Act:* C/S T/S L/S SI  *Drops:* C/S T/S L/S SI  *Manual:* C/S T/S L/S SI   *TP Ther:* C/S T/S L/S
C/S: 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12   L/S: 1 2 3 4 5  SI R L

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce
fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle
spasms, pain and edema.
Location: X cervical ____ thoracic X lumbar ____ other S min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in
the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce
stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain;
or increase circulation, decrease muscle spasms, and reduce pain.
____ ice   X heat   15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination
kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms,
and increase mobility.

By signing this form I am stating that the above services were performed on me today.

X _____   05/25/11
Patient Signature   Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 / L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | | | 5 | X | 7 | 8 | 9 | 10 | 11 | 12 | | |

**Patient Name:** James Scaife   **Date:** 05/26/14

**O.**
- Spasm: C T L Sac. Other:_____
- Tenderness: C T L Sac. Other:_____
- ROM Loss: C T L Sac. Other:_____
- [ ] Strength Def. C T L Sac. Other:_____
- [ ] Joint. Dysf. C T L Sac. Other:_____
- [ ] Extremity_____
- [ ] Other Objective_____

**A.** IMPROVED / UNCHANGED/ WORSE / RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm / Imp. ROM / Imp. Jt. Motion
Other_____
3X 2X 1X
Cont Tx Maint.

Dr._____ D.C.

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [X] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 8-9
Location of Pain: HA C/S T/S L/S SI Hip Should.
Other_____
Pall._____ Prov._____
ADL Difficulties_____
Notes:

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze    TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI: R L

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: X cervical ____ thoracic X lumbar other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
X ice ____ heat 15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X James Scaife   05/26/14
Patient Signature   Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife     **Date:** 05/27/11

**D.** 
- [X] Spasm: C T L Sac. Other:_____
- [X] Tenderness: C T L Sac. Other:_____
- [X] ROM Loss: C T L Sac. Other:_____
- [ ] Strength Def. C   T   L   Sac. Other:_____
- [ ] Joint. Dysf.   C   T   L   Sac. Other:_____
- [ ] Extremity _____
- [ ] Other Objective _____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
3X   2X   1X
Cont Tx / Maint.

Dr. _____   D.C.

**Subjective Complaints:**
[ ] New Complaint   [ ] Exacerbation   [X] Ongoing Care
Side: Bilateral  R  L   VAS: 1 (least)-10 (most) 8-9
Location of Pain: HA  C/S  T/S  L/S  SI  Hip   Should.
Other _____
Pall. _____ Prov. _____
ADL Difficulties _____
Notes: ff left yesterday c pm @ 4-5/10 yesterday + went to another Doc appt (ortho)

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI  w/BioFreeze     TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: X cervical ____ thoracic X lumbar ____ other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
____ ice   X heat   15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____   05/27/11
Patient Signature     Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 L3<br>C3 L1 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2 | 3 | X | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |

**Patient Name:** James Scaife   **Date:** 05-31-11

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [X] Ongoing Care
Side: Bilateral  R  L  VAS: 1 (least)-10 (most) 8-9
Location of Pain:  HA  C/S  T/S  L/S  SI Jt.  Hip  Should.
Other _____
Pall. _____  Prov. _____
ADL Difficulties _____
Notes: _pt hed stg pn over long wk_
_and o states ↑ T/S L tt . Pt_
_states Adjustng is helping & had_
_wk pn._

**O.**
[X] Spasm:  C T L  Sac.  Other: _____
[X] Tenderness:  C T L  Sac.  Other: _____
[X] ROM Loss:  C  T  L  Sac.  Other: _____
[ ] Strength Def.  C  T  L  Sac.  Other: _____
[ ] Joint. Dysf.  C  T  L  Sac.  Other: _____
[ ] Extremity _____
[ ] Other Objective _____

**A.**  IMPROVED
UNCHANGED / WORSE
RELIEF / REPAIR / REHAB
Dx Change: _____
Compliant w/ home care  Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other _____
3X  2X  1X
Cont Tx  /  Maint.

Dr. _____   D.C. _____

Ther Exer: C/S T/S L/S Sh Other _____
Flex/Dist: T/S L/S SI  w/Biofreeze
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7   T/S: 1 2 3 4 5 6 7 8 9 10 11 12
TP Ther: C/S T/S L/S   Manual: C/S T/S L/S SI
L/S: 1 2 3 4 5   SI: L R

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: X cervical _____ thoracic X lumbar _____ other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
_____ ice    X heat    15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _James Scaife_           05/31/11
_Patient Signature_            Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:**  James Scaife.          **Date:** 06/01/11

**O.**
- [X] Spasm:  C T L Sac.  Other:_____
- [X] Tenderness:  C T L Sac.  Other:_____
- [X] ROM Loss:  C T L Sac.  Other:_____
- [ ] Strength Def. C  T  L  Sac.  Other:_____
- [ ] Joint. Dysf.  C  T  L  Sac.  Other:_____
- [ ] Extremity_____
- [ ] Other Objective_____

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [X] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 8
Location of Pain:  HA  C/S  D/S  L/S  SI  It Hip    Should.
Other_____
Pall._____ Prov._____
ADL Difficulties_____
Notes:_____

**A.**  IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care  Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
3X  2X  1X
Cont Tx / Maint.

Dr._____     D.C.

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze        TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 R

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

X  **Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

X  **Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: X cervical ____ thoracic X lumbar ____ other 15 min.

X  **Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

____ **Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

X  **Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
____ ice  X heat  15 min.

____ **Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

____ **Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

X  **Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

____ **Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____                    06/01/11
Patient Signature                  Date

| Adjustment | Muscle Stim | Interseg Tract | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 L1 L2 | C3 L3 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife     **Date:** 06-02-11

**O.** [ ] Spasm:   C   T   L   Sac.  Other_____
  [ ] Tenderness:   C   T   L   Sac.  Other_____
  [ ] ROM Loss:   C   T   L   Sac.  Other_____
  [ ] Strength Def. C   T   L   Sac.  Other_____
  [ ] Joint. Dysf.   C   T   L   Sac.  Other_____
  [ ] Extremity_____
  [ ] Other Objective_____

**A.** IMPROVED
  UNCHANGED / WORSE
  RELIEF / REPAIR / REHAB
  Dx Change:
  Compliant w/ home care Y  N

**P.** Dec. Pain / Dec. Spasm
  Imp. ROM / Imp. Jt. Motion
  Other_____
  D  3X  2X  1X
  Cont Tx /  Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [ ] Ongoing Care
Side: Bilateral  R  L  VAS: 1 (least)~10 (most)_____
Location of Pain:   HA  C/S  D/S  L/S  SI Jt.  Hip   Should.
           Other_____
Pain_____Prov._____
ADL Difficulties_____
Notes:

**Ther Exer:** C/S T/S L/S Sh Other
**Flex/Dist:** T/S L/S SI w/Biofreeze     **TP Ther:** C/S T/S L/S
**Act:** C/S T/S L/S SI  **Drops:** C/S T/S L/S SI  **Manual:** C/S T/S L/S SI
**C/S:** 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5  **SI:** L R

Dr._____     D.C.

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

_____ **Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

_____ **Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
           Location: _X_ cervical _____ thoracic _X_ lumbar _____ other _15_ min.

_____ **Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

_____ **Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

_____ **Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
           _____ ice  _X_ heat  _15_ min.

_____ **Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

_____ **Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

_____ **Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

_____ **Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X_____     June 2 2011
      Patient Signature              Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife   **Date:** 06-03-11

**O.** 
[ ] Spasm:   C  T  L  Sac.  Other_____
[ ] Tenderness:  C  T  L  Sac.  Other_____
[ ] ROM Loss:  C  T  L  Sac.  Other_____
[ ] Strength Def. C  T  L  Sac.  Other_____
[ ] Joint. Dysf.  C  T  L  Sac.  Other_____
[ ] Extremity_____
[ ] Other Objective_____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care  Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
D  3X  2X  1X
Cont Tx /  Maint.

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [ ] Ongoing Care
**Side:** Bilateral  R  L  **VAS:** 1 (least)-10 (most)_____
**Location of Pain:**  HA  C/S  D/S  L/S  SI Jt.  Hip   Should.
Other_____
Pall_____Prov._____
ADL Difficulties_____
Notes:

*Ther Exer:* C/S T/S L/S Sh Other
*Flex/Dist:* T/S L/S SI  w/Biofreeze        *TP Ther:* C/S T/S L/S
*Act:* C/S T/S L/S SI  *Drops:* C/S T/S L/S SI  *Manual:* C/S T/S L/S SI
*C/S:* 1 2 3 4 5 6 7  *T/S:* 1 2 3 4 5 6 7 8 9 10 11 12  *L/S:* 1 2 3 4 5  *SI:* L R

Dr._____D.C.

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

_____ **Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

_X_ **Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: _X_cervical ____ thoracic _X_ lumbar ____ other _15_ min.

_X_ **Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

_X_ **Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

_X_ **Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
_____ ice ___X___ heat ___15___ min.

_____ **Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

_____ **Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

_____ **Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

_____ **Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X_____   6/3/11
Patient Signature        Date

| Adjustment | Muscle Stim | Interseg Trad. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C3 | C1 C2 | L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | | |

**Patient Name:** James Scaife   **Date:** 06-06-11

**O.**
[✓] Spasm: C T L Sac. Other:_____
[✓] Tenderness: C T L Sac. Other:_____
[✓] ROM Loss: C T L Sac. Other:_____
[ ] Strength Def. C T L Sac. Other:_____
[ ] Joint. Dysf. C T L Sac. Other:_____
[ ] Extremity:_____
[ ] Other Objective:_____

**A.** IMPROVED
UNCHANGED / WORSE
RELIEF / REPAIR / REHAB
Dx Change:_____
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
3X 2X 1X
Cont Tx / Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [✓] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 8
Location of Pain: HA C/S T/S L/S SI R  Hip  Should:
Other:_____
Pain:_____  Prov._____
ADL Difficulties:_____
Notes: 1° HA ↑ presents ↑↑ Tds
2° Qwrist cont TT & braced
pt in PFor wrist surger declines
RB performed. See exam data
clar. Cont Therapy.

**Ther. Exer:** C/S T/S 8h Other
**Flex/Dist:** T/S L/S SI w/Biofreeze   **TP Ther:** C/S T/S L/S
**Act:** C/S T/S L/S SI  **Drops:** C/S T/S L/S SI  **Manual:** C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI/PR

Dr. _____ D.C.

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

_____ **Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

_____ **Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: _X_cervical _____ thoracic _X_ lumbar _____ other _15_ min.

_____ **Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

_____ **Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

_____ **Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
_____ ice _X_ heat _15_ min.

_____ **Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

_____ **Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

_____ **Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

_____ **Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____   06/06/11
Patient Signature            Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 · C2 · C3 | L1 L2 L3 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | 3 | 4 | 5 | 6 | X | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** Jaues Scaife    **Date:** 06/08/11

**O.**
- [X] Spasm: C T L Sac. Other:____
- [X] Tenderness: C T L Sac. Other:____
- [X] ROM Loss: C T L Sac. Other:____
- [ ] Strength Def. C  T  L  Sac. Other:____
- [ ] Joint. Dysf.  C  T  L  Sac. Other:____
- [ ] Extremity____
- [ ] Other Objective____

**A.**
IMPROVED
UNCHANGED / WORSE
RELIEF / REPAIR / REHAB
Dx Change: Y N
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other____
4X / 3X / 2X  1X
Cont Tx / Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [X] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 8
Location of Pain:  HA C/S T/S L/S SI R. Hip  Should.
Other____
Pall.____Prov.____
ADL Difficulties____
Notes:

Dr.____  D.C.

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze   TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI 1 2

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: _X_ cervical ___ thoracic _X_ lumbar ___ other _15_ min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
___ ice _X_ heat _15_ min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X ____  6/8/11
Patient Signature     Date

| Adjustment | Muscle Stim | Interseg Trad. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | X-rays | | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife          **Date:** 6/10 n

**O.** [✗] Spasm: C T/B Sac. Other: _____
[✗] Tenderness: C T/B Sac. Other: _____
[✗] ROM Loss: C T/B Sac. Other: _____
[ ] Strength Def. C T L Sac. Other: _____
[ ] Joint. Dysf. C T L Sac. Other: _____
[ ] Extremity _____
[ ] Other Objective _____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change: _____ 2X  1X
Compliant w/ home care Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other _____
3X 2X 1X
Cont Tx   Maint.

Dr. _____ D.C.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [✗] Ongoing Care
Side: Bilateral R  L  VAS: 1 (least)-10 (most) 7-8
Location of Pain: HA  C/S  T/S  L/S  SI Jt  Hip  Should.
Other _____
Pall. Advile   Prov. lifting/standing
ADL Difficulties: work
Notes:

Ther Exer: C/S T/S L/S Sh Other
Flex/Diet: T/S L/S SI  w/Biofreeze          TP Ther: C/S T/S L/S
Act: C/S T/S L/S  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.

Location: __X__ cervical _____ thoracic __X__ lumbar _____ other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint separation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
_____ ice    __X__ heat    15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

_____ Patient Signature          6/10/11  Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife   **Date:** 4/13/11

**O.**
- [✓] Spasm: C T L Sac. Other:_____
- [✓] Tenderness: C T L Sac. Other:_____
- [✓] ROM Loss: C T L Sac. Other:_____
- [ ] Strength Def. C T L Sac. Other:_____
- [ ] Joint. Dysf. C T L Sac. Other:_____
- [ ] Extremity_____
- [ ] Other Objective_____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
D 3X 2X 1X
Cont Tx / Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [✓] Ongoing Care
Side: Bilateral R L VAS: 1 (least)-10 (most) 8-9
Location of Pain: HA C/S T/S L/S SI Hip Should.
Other_____
Pain: Achile   Prov: lifting/Bending
ADL Difficulties____work____
Notes: pt has gr in pr over wk end & states & wls is very ill.

**Ther Exer:** C/S T/S L/S 8h Other
**Flex/Diet:** T/S L/S SI w/Biofreeze     **TP Ther:** C/S T/S L/S
**Act:** C/S T/S L/S SI Drops: C/S T/S L/S SI Manual: C/S T/S L/S SI
**C/S:** 1 2 3 4 5 6 7 T/S: 1 2 3 4 5 6 7 8 9 10 11 12 L/S: 1 2 3 4 5 SI: L R

Dr._____ D.C.

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

X **Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

X **Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.

Location: _X_ cervical ____ thoracic _X_ lumbar ____ other _15_ min.

X **Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

X **Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

X **Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
_____ ice _____ heat _15_ min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

By signing this form I am stating that the above services were performed on me today.

X_____ 6/13/11
Patient Signature          Date

| | Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 | C2 | C3 | L1 | L2 | L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | | | | | |

**Patient Name:** James Scaife    **Date:** 6/15/11

**O.**
[X] Spasm: ⊘⊘⊘ Sac.  Other:_____
[X] Tenderness: ⊘⊘⊘ Sac.  Other:_____
[X] ROM Loss: ⊘⊘⊘ Sac.  Other:_____
[ ] Strength Def. C  T  L  Sac.  Other:_____
[ ] Joint. Dysf.  C  T  L  Sac.  Other:_____
[ ] Extremity_____
[ ] Other Objective_____

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [X] Ongoing Care
Side: Bilateral  R  L  VAS: 1 (least) 10 (most) 8-9
Location of Pain:  HA  C/S  T/S  L/S  SI  Jt.  Hip  Should.
Other_____
Pall._____  Prov._____
ADL Difficulties_____
Notes: Pt states his pn is level 1
and pn to (L) LE cont.

**A.**  IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:      D  3X  2X  1X
Compliant w/ home care  Y  N    Cont 1X  /  Maint.

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____

**Ther Exer:** C/S T/S L/S Sh Other
**Flex/Dist:** T/S C/S SI  w/Biofreeze
**Act:** C/S T/S L/S SI  **Drops:** C/S T/S L/S SI  **Manual:** C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI  L R

**TR Ther:** C/S T/S L/S

Dr._____  **D.C.**

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
    Location: X cervical _____ thoracic X lumbar _____ other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
    _____ ice   X heat   15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

_____ Patient Signature    4/15/11  Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 L1 L2 L3 Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |

**Patient Name:** James Scaife   **Date:** 6/17/11

**O.**
[X] Spasm:  C T L Sac. Other:_____
[X] Tenderness:  C T L Sac. Other:_____
[X] ROM Loss:  C T L Sac. Other:_____
[ ] Strength Def. C  T  L  Sac. Other:_____
[ ] Joint. Dysf.  C  T  L  Sac. Other:_____
[ ] Extremity_____
[ ] Other Objective_____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:      3X  2X  1X
Compliant w/ home care Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
Cont Tx     Maint.

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [X] Ongoing Care
Side: Bilateral  R  L  VAS: 1 (least)-10 (most) 8  9
Location of Pain:  HA  C/S  T/S  L/S  SI  Hip  Should.
Other_____
Pall._____Prov._____
ADL Difficulties_____
Notes:_____

Dr. _____  D.C.

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze      TP Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: ___cervical___   thoracic   ___lumbar___   other ___15___ min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
_____ ice      ___heat___ ___ min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____     6/17/11
Patient Signature          Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 / L1 L2 L3 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Patient Name:** James Scaife   **Date:** 6/20/11

**O.**
- Spasm: C T L Sac. Other:_____
- Tenderness: C T L Sac. Other:_____
- ROM Loss: C T L Sac. Other:_____
- [ ] Strength Def. C T L Sac. Other:_____
- [ ] Joint. Dysf. C T L Sac. Other:_____
- [ ] Extremity_____
- [ ] Other Objective_____

**A.** IMPROVED / UNCHANGED/ WORSE / RELIEF/ REPAIR / REHAB
Dx Change: 3X 2X 1X
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other_____
Cont Tx / Maint.

Dr. _____ D.C.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [X] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most)
Location of Pain: HA C/S T/S L/S SI Hip Should.
Other_____
Pall._____ Prov._____
ADL Difficulties_____
Notes:_____

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze        TB Ther: C/S T/S L/S
Act: C/S T/S L/S SI  Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

Services:

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: ___cervical___ thoracic ___lumbar___ other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation. NO Vibration (EN)

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
___ice___ (heat) 15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

By signing this form I am stating that the above services were performed on me today.

Patient Signature _____        Date 6/20/11

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | | | | C3 C2 C1 X-rays | L3 L2 L1 Other. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |

**Patient Name:** James Scaife  **Date:** 6/22/11

**O.** [✓] Spasm: C T L Sac. Other:_____
    [✓] Tenderness: C T D Sac. Other:_____
    [✓] ROM Loss: C T L Sac. Other:_____
    [ ] Strength Def. C T L Sac. Other:_____
    [✓] Joint. Dysf. C T L Sac. Other:_____
    [ ] Extremity_____
    [ ] Other Objective_____

**A.** IMPROVED
    UNCHANGED/ WORSE
    RELIEF / REPAIR / REHAB
    Dx Change:
    Compliant w/ home care Y N

**P.** Dec. Pain / Decr Spasm
    Imp. ROM / Imp. Jt. Motion
    Other_____
    D 3X 2X 1X
    Cont Tx / Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [ ] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 4
Location of Pain: HA C/S T/S L/S SI Jt. Hip Should.
    Other_____
Pall. Rest_____ Prov. _____
ADL Difficulties_____
Notes:
    ↓ pain , ↑ Rom

Dr. _____  D.C.

**Ther Exer:** C/S T/S L/S Sh Other
**Flex/Dist:** T/S L/S SI w/Biofreeze   **TP Ther:** C/S T/S L/S
**Act:** C/S T/S L/S SI  **Drops:** C/S T/S L/S SI  **Manual:** C/S T/S L/S SI
**C/S:** 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5  **SI:** L R

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
    Location: cervical    thoracic    lumbar    other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation. No Vibration! (En)

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
    _____ ice _____ heat _____ min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____ Patient Signature   6/22/11 Date

| | Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretcher | Re-exam | | | X-rays | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |

**Patient Name:** James Scaife   **Date:** 6/24/11

**O.**
- [x] Spasm: _ Sac. Other:___
- [x] Tenderness: _ Sac. Other:___
- [x] ROM Loss: _ Sac. Other:___
- [ ] Strength Def. C T L Sac. Other:___
- [x] Joint. Dysf. C _ L Sac. Other:___
- [ ] Extremity_____
- [ ] Other Objective_____

**A.** IMPROVED / UNCHANGED/ WORSE / RELIEF / REPAIR / REHAB
Dx Change: ___ Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm / Inc. ROM / Inc. Jt. Motion / Other___
D 3X 2X 1X   Cont Tx / Maint.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [ ] Ongoing Care
Side: Bilateral R L VAS: 1 (least)-10 (most) 2
Location of Pain: HA C/S T/S L/S SI Jt. Hip Should.
Other___
Pall. Rest Prov. None
ADL Difficulties___
Notes: ↓ pain ↑ Rom

Ther Exer: C/S T/S L/S Sh Other   TP Ther: C/S T/S L/S
Flex/Dist: T/S L/S SI w/Biofreeze
Act: C/S T/S L/S SI Drops: C/S T/S L/S SI Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7 T/S: 1 2 3 4 5 6 7 8 9 10 11 12 L/S: 1 2 3 4 5 SI: L R

Dr. _____   D.C.

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: cervical thoracic lumbar other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation. No vibration EN

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
ice heat 15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

By signing this form I am stating that the above services were performed on me today.

X _____   6/24/11
Patient Signature   Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | E2 10 | E3 11 | X-rays 12 | C1 C2 C3 L1 L2 L3 Other: |

**Patient Name:** James Scaife   **Date:** 6/27/11

**Subjective Complaints:**
[ ] New Complaint  [ ] Exacerbation  [X] Ongoing Care
Side: Bilateral  R  L   VAS: 1 (least)-10 (most) 8
Location of Pain:  HA  C/S  T/S  L/S  SI jt.  Hip  Should.
Other _____
Pall.  Rest   Prov.  mvmt
ADL Difficulties _____
Notes: ...

**O.**
[X] Spasm: C T L Sac. Other:____
[X] Tenderness: C T L Sac. Other:____
[X] ROM Loss: C T L Sac. Other:____
[ ] Strength Def. C  T  L  Sac. Other:____
[X] Joint. Dysf. C T L Sac. Other:____
[ ] Extremity _____
[ ] Other Objective _____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other
3X 2X 1X
Cont Tx / Maint.

**Ther Exer:** C/S T/S L/S Sh Other
**Flex/Dist:** T/S L/S SI  w/Biofreeze    **TP Ther:** C/S T/S L/S
**Act:** C/S T/S L/S SI  **Drops:** C/S T/S L/S SI  **Manual:** C/S T/S L/S SI
**C/S:** 1 2 3 4 5 6 7  **T/S:** 1 2 3 4 5 6 7 8 9 10 11 12  **L/S:** 1 2 3 4 5  **SI:** L R

Dr. _____   D.C.

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.   Location: cervical  thoracic  lumbar  other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation. No Vibration (on).

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain. ice  heat 15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

Patient Signature _____   Date 6/27/11

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 / L1 L2 L3 / Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |

**Patient Name:** James Scaife          **Date:** 6/29/11

**O.**
[X] Spasm: C C Sac. Other:_____
[X] Tenderness: C C Sac. Other:_____
[X] ROM Loss: C T L Sac. Other:_____
[ ] Strength Def. C T L Sac. Other:_____
[X] Joint. Dysf. C C Sac. Other:_____
[X] Extremity _____
[ ] Other Objective _____

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care Y N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other _____
D / 3X / 2X 1X
Cont Tx / Maint.

Dr. _____ D.C.

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation X Ongoing Care
Side: Bilateral R L VAS: 1 (least)-10 (most) 8
Location of Pain:  HA C/S T/S L/S SI jt. Hip  Should.
Other_____
Pall. Lost      Prov. mvmt
ADL Difficulties_____
Notes: Pt cont to have ↑ LBP
& his ortho doc yesterdy who
is sched epidural July 12th.
Pt FU c̄ Dr. Williams for 2nd
oppinion on wrist Ⓛ.

Ther Exer: C/S T/S L/S Sh Other
Flex/Dist: T/S L/S SI w/Biofreeze          TP Ther: C/S T/S L/S
Act: C/S T/S L/S    Drops: C/S T/S L/S SI  Manual: C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5 SI (R)

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location ___cervical___ thoracic ___lumbar___ other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation. NO Vibration EN.

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
___ ice ___ heat 15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

X _____ Patient Signature          6/29/11 Date

| Adjustment | Muscle Stim | Interseg Tract. | Trigger Point | Ther. Exer. | Hydrotherapy | Heat/Cold | PNF Stretches | Re-exam | E2 | E3 | X-rays | C1 C2 C3 | L1 L2 L3 | Other: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | | |

**Patient Name:** James Scaife  **Date:** 7/1/11

**Subjective Complaints:**
[ ] New Complaint [ ] Exacerbation [X] Ongoing Care
Side: Bilateral R L  VAS: 1 (least)-10 (most) 6
Location of Pain:  HA C/S D/S L/S SI Jt. Hip  Should.
Other
Pall. Rest  Prov. movements
ADL Difficulties

**O.** [X] Spasm: C/T/S Sac. Other:____
[X] Tenderness: C/T/S Sac. Other:____
[X] ROM Loss: C/T/S Sac. Other:____
[ ] Strength Def. C  T  L  Sac. Other:____
[X] Joint. Dysf. C/T/S Sac. Other:____
[X] Extremity (L) wrist
[ ] Other Objective____

**Notes:**
↓ pain, ↑ Rom is Reported

**A.** IMPROVED
UNCHANGED/ WORSE
RELIEF / REPAIR / REHAB
Dx Change:
Compliant w/ home care  Y  N

**P.** Dec. Pain / Dec. Spasm
Imp. ROM / Imp. Jt. Motion
Other
D  3X  2X  1X
Cont TX /  Maint.

**Ther Exer:** C/S T/S L/S Sh Other
**Flex/Dist:** T/S L/S SI  w/Biofreeze   **TP Ther:** C/S T/S L/S
**Act:** C/S T/S L/S SI  **Drops:** C/S T/S L/S SI  **Manual:** C/S T/S L/S SI
C/S: 1 2 3 4 5 6 7  T/S: 1 2 3 4 5 6 7 8 9 10 11 12  L/S: 1 2 3 4 5  SI: L R

Dr. _____  D.C.

---

## Confirmation of Services Received

The following is a list of services that we performed and charged for at our clinic.
Please initial on the side of the services that indicate the services you received today.

**Services:**

**Chiropractic Manipulative Treatment** (98940, 98941, 98942, 98943) – to reduce fibrotic scarring, increase joint motion, influences joint and neurophysiological function.

**Electrical Muscle Stimulation** (97014) – to retain muscles, to reduce muscle spasms, pain and edema.
Location: (cervical) thoracic (lumbar) other 15 min.

**Mechanical Traction** (97012) – using the body's own weight to create a tension in the soft tissues and create joint seperation. No Vibration (CN)

**Massage** (97124) – to reduce pain, lengthen muscles, reduce muscle spasms, reduce stress, increases circulation.

**Cryotherapy/Heat** (97010) – to reduce edema/inflammation and reduce pain; or increase circulation, decrease muscle spasms, and reduce pain.
____ ice   (heat) 15 min.

**Manual Therapies** (97140) – soft tissue mobilizations, lymphatic drainage.

**Therapeutic Exercises** (97110) – to develop strength, endurance, range of motion & flexibility.

**Neuromuscular re-education** (97112) – to restore normal movement, balance, coordination kinesthetic sense, posture, and / or proprioception for sitting and standing activities.

**Hydrotherapy** (97039) – to reduce pain, increase circulation, decrease muscle spasms, and increase mobility.

**By signing this form I am stating that the above services were performed on me today.**

_____
Patient Signature

_____
Date

My name Courtney Scaife, I am father of James Scaife and I know for a fact the he is left hand is his dominate hand. James started playing baseball at the age of six. He batted left handed and threw a ball left hand. James did most things with his left hand.

Thanks

Courtney Scaife

April 4, 2012

James Scaife

7633 Vestal Blvd

Apt. 16

Maumelle, AR 72113


Claim Specialist: Kristie Davis

Insured: The Bug Man

Claim: 70959510

Date of Loss 2/25/10


Dear Ms. Davis,

By law, I don't have to sign any Medical Release Forms. I have provided all the medical records you need to evaluate my claim. I spoke with Medicare and all they will need from me is a copy of my settlement award letter to determine what I owe them. Also, I have a new address: 7633 Vestal Blvd. Apt. 16 Maumelle, AR 72113 My phone number is the same.

Thanks,

James

June 20, 2012


James Scaife
7633 Vestal Blvd.
Apt. 16
Maumelle, AR 72113


Claim specialist: Kristie Davis
Insured: The Bug Man
Claim number:703959510
Date of loss: 2/25/10


Dear Ms. Davis

Per conversation by phone we had on June 15, 2012, you stated your people are still reviewing my claim. Just letting you know that it's been over 30 days and you have not met my demand to settle. Also, you said that you contacted AAA Auto Insurance Company about my med pay paying 4,700 of my medical bills and this will reduce the amount of the total claim, in which would reduce my settlement. I called Arkansas Insurance Department and I told them what you told me and they informed me that the only thing could happen is that AAA Insurance would be reimbursed for what they paid on my claim. Also, that it wouldn't reduce Medical bills or pain and suffering.

Furthermore, I made a request to release your client's policy limits, so I can make sure that I am treated fairly in this process of monetary damages that I am seeking.

Is there is third party insurance I need to know about?

 Your client's policy limits want cover what I'm asking for and The Bug Man would cover the difference.

Please get back with me on these concerns as soon as possible.


Thanks
James Scaife



**America First Insurance.**

Member of Liberty Mutual Group

*...Because relationships matter®*

**Trusted Choice**

Mailing Address:

Processing Center
PO Box 515097
Los Angeles, CA 90051-5097

Toll Free: 800-443-2533
Fax:  (888) 268-8840

November 29, 2011

James Scaife
613 Nan Circle
Little Rock AR  72211

*Kistie Davis*

Insured:  The Bug Man
Claim:  703959510
Date of Loss:  02/25/2010

Dear Mr. Scaife:

Please be advised that the above claim has been reassigned to me for handling.  I am in receipt
of the letter from your attorney confirming she is no longer representing you for the above
referenced loss.

Thank you in advance for your cooperation and will be in touch soon.

Sincerely,

Elizabeth Mauceri
Claims Specialist
America First Insurance
972-808-4846

**America First Insurance™ member underwriting companies:**

American Economy Insurance Company, American Fire and Casualty Company, America First Insurance Company, America First Lloyds Insurance Company, American States Insurance Company, American States Insurance Company of Texas, First National Insurance Company of America, General Insurance Company of America, Hawkeye-Security Insurance Company, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Casualty Insurance Company, Ohio Security Insurance Company, Peerless Indemnity Insurance Company, Peerless Insurance Company, West American Insurance Company
*(Not all companies may be licensed in all states.)*



**America First Insurance.**

Member of Liberty Mutual Group

...*Because relationships matter®*



Trusted Choice·

Mailing Address:

Processing Center
PO Box 515097
Los Angeles, CA 90051-5097

Toll Free: 800-443-2533
Fax: (888) 268-8840

January 18, 2012

Mr. Scaife
613 Nan Circle
Little Rock, AR 72211

|  |  |
|---|---|
| Our Insured: | The Bug Man, Inc. |
| Claimant(s): | James Scaife |
| Our Claim Number: | 703959510 |
| Date of Loss: | 02/25/2010 |
| Loss Location: | Little Rock, AR |

Dear Mr. Scaife,

The above mentioned case has been reassigned to me for handling.

Please contact me at your earliest convenience to discuss this claim.

Sincerely,


Kristie Davis
Claim Specialist
America First Insurance
972-808-4220 Direct
800-443-2533 ext 7614220
888-268-8840 Fax



Cc:    The Bug Man, Inc.
       P O Box 1700
       Little Rock, AR 72203

**America First Insurance™ member underwriting companies:**
American Economy Insurance Company, American Fire and Casualty Company, America First Insurance Company, America First Lloyds Insurance Company,
American States Insurance Company, American States Insurance Company of Texas, First National Insurance Company of America, General Insurance Company of
America, Hawkeye-Security Insurance Company, The Midwestern Indemnity Company, The Netherlands

Patient MRN: 128189
Date: 05/05/2010
Description: Initial Evaluation
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## NEW PATIENT CONSULTATION REPORT

**NAME:**      **Scaife, James**
**DOB:**       **02/12/1968**

**DATE:**       May 5, 2010

### HISTORY OF PRESENT ILLNESS:
James Scaife is a 42-year-old right handed male who presents today for evaluation of a left wrist injury that he sustained on 02/25/10 when he was involved in a motor vehicle accident. He was the restrained driver of a vehicle that struck another car that pulled out in front of him. He noted pain and swelling about his left wrist. He was initially seen at UAMS Emergency Department but he did not have any x-rays of his left wrist at that time. He was told he probably had a "sprained wrist". His left wrist was fitted with a splint. He has undergone a course of outpatient therapy at Capital Healthcare including ultrasound, heat, and cold and range of motion exercises. He has been taking some ibuprofen for pain relief. He has noted occasional wrist popping and occasional numbness in the left hand.

### PAST MEDICAL HISTORY:
Hypertension.

### PAST SURGICAL HISTORY:
Negative.

### CURRENT MEDICATIONS:
Amlodipine.

### ALLERGIES:
None.

### FAMILY HISTORY:
Hypertension.

### SOCIAL HISTORY:
Mr. Scaife was previously working as a delivery truck driver but is currently disabled because of a back injury he also sustained in this motor vehicle accident. He lives in Little Rock with his wife and children. He denies alcohol or tobacco use.

Name: Scaife, James
Date: May 5, 2010
Page 2 of 3

**REVIEW OF SYSTEMS:**

The 14 point review of systems was reviewed per the Hand, Health and Information intake sheet. This was signed and dated and remains a permanent portion of the medical chart.

**PHYSICAL EXAMINATION:**

The patient is a well-nourished, well-developed black male who appears in no acute distress. He is alert and oriented. He is 5 feet 8 inches tall and weighs 245 pounds, with a pulse rate of 80.

<u>Left Elbow</u>

There is free and full range of motion, full supination/pronation. The patient has negative elbow flexion test, negative Tinel's at the elbow. Biceps and triceps tendons are nontender to palpation. There is no subluxation of the triceps tendon over the medial or lateral epicondyle and no subluxing ulnar nerve. Medial and lateral epicondyles are nontender to palpation. No pain with resisted wrist extension. No instability with stressing of the medial and lateral ligamentous complexes.

<u>Left Forearm</u>

Nontender to palpation. The radial tunnel is nontender. Pronator stress test is negative. Resisted supination test is negative.

<u>Left Wrist and Hand</u>

There is mild swelling diffusely about the dorsum of the left wrist. There is tenderness to palpation over the ulnar carpal articulation and the triangular fibrocartilage complex. There is no evidence of proliferative flexor or extensor tenosynovitis. The patient has negative Watson's, negative Kleinman's, and negative Linschied. There is a palpable pop or click in the area of the triangular fibrocartilage with forearm rotation as well as radial and ulnar deviation of the wrist. Active range of motion of the wrist measures 75 degrees dorsiflexion, 70 degrees palmarflexion, 15 degrees radial deviation and 20 degrees ulnar deviation. Forearm rotation is 75 degrees supination and 90 degrees pronation. The rest of the hand and wrist exam is normal.

Vascular: The patient has palpable radial and ulnar pulses, with a normal filling Allen's test. The patient has brisk capillary refill to the fingers and thumb.

<u>Skin</u>

The patient's skin is warm and dry. There are no cutaneous lesions, digital ulcerations, or subungual hemorrhages. There is no hyperhidrosis or hypertrichosis.

<u>Lymph</u>

Date:  May 5, 2010
Page   3 of 3

There are no axillary or epitrochlear lymph nodes.  There is no lymphedema or lymphangitis.

**RADIOLOGY:**
AP, lateral and zero rotation x-rays of the left wrist show no evidence of fracture or dislocation.  There is no dorsal or volar articulated segment instability.  There is 3 mm negative ulnar variance.

**ASSESSMENT:**
Mr. Scaife has left wrist pain which may be due to a triangular fibrocartilage tear of the left wrist.

**PLAN:**
Today I have recommended to Mr. Scaife that we further evaluate his left wrist with MR arthrography.  He will return to see me after this study has been completed for discussion of MRI findings and treatment options.

**G. Thomas Frazier, M.D.**
GTF/MOS3388

Copy to:
Kenneth Rosenzweig, M.D.
Fax 501-227-0710

John Wolverton, M.D.
6924 Geyrs Springs Road
Little Rock, AR 72209
Fax 501-562-2702

Electronically signed by G T. Frazier MD  on 06/09/2010 08:05 AM

Patient MRN: 128189
Date: 02/16/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

February 16, 2011

**Name: Scaife, James**
**DOB: 02/12/1968**

James Scaife returned today for followup of his left wrist complaints. Mr. Scaife's left wrist had been evaluated by arthrography which appears normal.

Today, I discussed treatment options with Mr. Scaife, and I have recommended continued symptomatic treatment with a wrist splint as needed or a Comfort Cool soft thumb spica wrap or carpal strap for support. He will continue taking oral anti-inflammatory medications. He may increase activities as tolerated. If his symptoms warrant then he will return for followup examination and otherwise on a p.r.n. basis.

**G. Thomas Frazier, M.D.**
GTF/mos317

Copy to:
John Wolverton, M.D.
FAX: (501) 562-2702

Electronically signed by G T. Frazier MD on 03/16/2011 08:05 AM

Patient MRN: 128189
Date: 02/23/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

February 23, 2011

**Name: Scaife, James**
**DOB: 02/12/1968**

James Scaife returned today returned today for followup of his left wrist complaints.  Mr. Scaife has noted decreased pain and swelling of his left wrist following left wrist arthrogram one week ago.  The arthrogram was essentially normal without evidence of intercarpal ligamentous injury or triangular fibrocartilage tear.

Examination of the left wrist shows no obvious swelling.  There is mild tenderness to palpation over the triangular fibrocartilage complex and the ulnocarpal articulation.  There is no instability of the distal radioulnar joint.  There is no palpable or audible pop or click in the area of triangular fibrocartilage complex with forearm rotation or radioulnar deviation of the wrist.  Watson, Linschied, Kleinman tests are negative.

**ASSESSMENT:**
Left wrist pain.

**PLAN:**
I have recommended to Mr. Scaife that he continue taking nonsteroidal antiinflammatories, such as naproxen or ibuprofen, and wear a carpal strap or splint on the wrist as needed for comfort. He may increase activities as tolerated. He will return if he has further problems or concerns regarding his left wrist and otherwise on a p.r.n. basis.


**G. Thomas Frazier, M.D.**
GTF/mos830

Copy to:
John Warner Wolverton, M.D.
6924 Geyers Springs Road
Little Rock, AR 72209
Fax #(501) 562-2702


Electronically signed by G T. Frazier MD  on 04/11/2011 07:57 AM

Little Rock, AR 72205
Ph: (501) 552-6950

PATIENT NAME: Scaife, James            MRN: 31625
DATE: April 14, 2011                   DOB: 02/12/1968

## OPERATIVE REPORT

**PROVIDER:** G. Thomas Frazier, M.D.

**PREOPERATIVE DIAGNOSIS:**
Left wrist pain.

**POSTOPERATIVE DIAGNOSIS:**
Triangular fibrocartilage tear, left wrist.

**PROCEDURE:**
Arthroscopy, left wrist, with debridement of triangular fibrocartilage tear.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**PREOPERATIVE NOTE:** Mr. Scaife is a 43-year-old, right-handed male, who has had persistent ulnar-sided left wrist pain. His symptoms have persisted despite nonoperative treatment, including splinting, anti-inflammatories, modification of activities, and intra-articular corticosteroid and local anesthetic injection. MRI scanning has failed to delineate an exact cause of his wrist pain. Because of his persistent symptoms, he is taken to the operating room at this time for arthroscopy of the wrist.

**OPERATIVE NOTE IN DETAIL:** After satisfactory general anesthesia was obtained, the patient was placed supine on the operating room table. The left upper extremity was prepped and draped in routine fashion. A sterile tourniquet about the left arm was elevated to 250 millimeters of mercury, following exsanguination of the limb.

The right upper extremity was placed in the ARC arthroscopy tower with 10 to 12 pounds of longitudinal traction placed through fingertraps attached to the index and ring fingers. The wrist joint was initially distended by infusion of normal saline into the radiocarpal joint through the 3-4 portal. The 3-4 arthroscopic portal was established and a 30-degree small joint arthroscope inserted into the radiocarpal joint. Inflow and outflow were established, with a drain needle placed in the 6U portal.

Examination of the radial side of the wrist showed no evidence of synovitis. There were no articular abnormalities of the scaphoid or lunate fossa of the distal radius. The scapholunate

ligament was intact, with normal scaphoid and lunate articular surfaces. The volar capsular ligament showed no evidence of acute or chronic injury.

Examination of the ulnar side of the wrist showed a moderate amount of synovitis. A 4-5 portal was established and a shaver placed into the joint. Subtotal synovectomy was performed to enhance visualization and remove proliferative synovium. A probe was then placed in the 4-5 portal and examination of the triangular fibrocartilage complex showed a tear of the cartilage just ulnar to its attachment to the radius. An ulnarly-based flap was present.

The triangular fibrocartilage complex was then debrided to a smooth stable rim using straight and angled basket forceps, as well as an Oratec microchisel. Examination of the ulnar head through the defect in the triangular fibrocartilage complex showed no articular abnormalities.

The shaver was again placed into the joint and debris removed.

A midcarpal radial portal was established and examination of the midcarpal joint showed no articular abnormalities.

The arthroscopy was terminated. The arthroscopic portals were closed with 5-0 nylon sutures in a horizontal mattress stitch. The joint was injected with 0.5% Marcaine without epinephrine for postoperative analgesia. A sterile dressing was applied to the left hand, wrist and forearm, including a volar splint, and the tourniquet released. The patient was then awakened and transferred to the recovery area in stable condition.

_____

G. Thomas Frazier, M.D.

GTF/mos819
D: 04/14/11
T: 04/14/11

Copy to:
G. Thomas Frazier, M.D.
Fax 501-748-4158

Electronically signed by G T. Frazier MD  on 04/25/2011 08:23 AM

Patient MRN: 128189
Date: 04/27/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

April 27, 2011

**Name: Scaife, James
DOB: 02/12/1968**

James Scaife returned today, approximately two weeks following left wrist arthroscopy with debridement of triangular fibrocartilage tear. Mr. Scaife reports mild pain postoperatively, well controlled by oral analgesics. He denies fever, chills, or night sweats.

Today Mr. Scaife's postoperative dressing was changed. The arthroscopic portals are well healed. There is some mild diffuse swelling over the wrist. There is moderate stiffness secondary to immobilization. There is full composite flexion of the digits.

**ASSESSMENT:**
Status post arthroscopy of the left wrist with debridement of triangular fibrocartilage tear.

**PLAN:**
Today we removed the sutures from Mr. Scaife's arthroscopic portals and instructed him in a scar management program as well as edema control measures. His left wrist was fitted with a volar splint that he will wear for comfort and wean from as his symptoms allow. He was instructed in a home exercise program, including active and passive range of motion of the wrist, grip, pinch, and intrinsic strengthening, as well as a carpal stability program. He will return in four to five weeks for followup of his left wrist arthroscopy.

**G. Thomas Frazier, M.D.**
GTF/mos830

Copy to:
John Warner Wolverton, M.D.
6924 Geyers Springs Road
Little Rock, AR 72209
Fax #(501) 562-2702

Electronically signed by G T. Frazier MD on 06/13/2011 05:17 PM

Patient MRN: 128189
Date: 05/23/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

May 23, 2011

Name: Scaife, James
DOB:  02/12/1968

James Scaife returned today approximately six weeks following arthroscopy of the left wrist with debridement of a triangular fibrocartilage tear. Mr. Scaife's main complaint today is pain in his wrist. He has noted some occasional popping. He continues to wear a wrist splint which he has been removing for hygiene purposes and range of motion exercises.

## PHYSICAL EXAMINATION:
Left Wrist
The arthroscopic portals are well healed and without swelling, fluctuance or erythema. There is tenderness to palpation over the ulnar side of the wrist. There is no instability of the distal radioulnar joint with forearm rotation or radioulnar deviation of the wrist. There is no palpable or audible pop or click in the area of the triangular fibrocartilage complex. There is proliferative flexor or extensor tenosynovitis. Watson, Linscheid and Kleinman's tests negative. Active range of motion left wrist 40 degrees dorsiflexion and 45 degrees palmarflexion, 10 degrees radial deviation and 15 degrees ulnar deviation. There is full supination and pronation of the left forearm.

## RADIOGRAPHS:
AP and lateral x-rays of the left wrist are normal.

## ASSESSMENT:
Left wrist pain and stiffness status post debridement of triangular fibrocartilage tear

## PLAN:
I have recommended to Mr. Scaife that he begin an outpatient therapy program including application of heat or fluidotherapy, active and passive range of motion of the wrist, weighted stretches and strengthening. He will discontinue the volar wrist splint and wear a carpal strap as needed. He will return in four weeks for follow up of his left wrist surgery.

G. Thomas Frazier, M.D.
GTF/mos3388

Copy to:
John Wolverton, M.D.
Fax 501-562-2702

Electronically signed by G T. Frazier MD on 06/29/2011 06:03 PM

Patient MRN: 128189
Date: 06/20/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

June 20, 2011

**Name: Scaife, James**
**DOB: 02/12/1968**

James Scaife returned today for followup of his left wrist complaints. Mr. Scaife is now approximately 2 months post left wrist arthroscopy with debridement of triangular fibrocartilage tear. Mr. Scaife's main complaint today is continued popping and pain in the left wrist. His pain is worse with grasping and twisting activities. He denies any history of antecedent trauma other than the airbag injury he sustained several months ago.

Physical exam of the left wrist shows the arthroscopic portholes are well healed. There is no swelling, fluctuance, or erythema. The patient is able to actively sublux the ECU tendon over the dorsal ulnar aspect of the distal ulna with the wrist placed in ulnar deviation and with power grip and forearm rotation. This reproduces his pain. There is no instability of the distal radial ulnar joint. Watson, Linschied, and Kleinman tests are negative.

Assessment:
ECU subluxation of the left wrist.

Plan:
Today, I discussed treatment options with Mr. Scaife and in view of his clinical findings and persistent symptoms, I have recommended that we proceed with reconstruction of the extensor retinaculum of the sixth extensor compartment, left wrist. He will call for scheduling of this procedure in the near future on an outpatient basis at the Arkansas Specialty Orthopaedic Surgery Center.

**G. Thomas Frazier, M.D.**
GTF/mos317

Copy to:
John Wolverton, M.D.
6924 Geyrs Springs Road
Little Rock, AR 72209
Fax 501-562-2702

Electronically signed by G T Frazier MD on 06/29/2011 06:03 PM

Name:   Last?, First?
Date:   DSerVLong?
Page    2 of 2

Patient MRN: 128189
Date: 07/25/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

July 25, 2011

### Name: Scaife, James
### DOB: 02/12/1968

James Scaife returned today for followup of his left wrist pain. Mr. Scaife has continued to have pain over the ulnar border of his wrist which is apparently due to extensor carpi ulnaris subluxation. His symptoms have persisted despite splinting and control of forearm rotation.

### PHYSICAL EXAMINATION:
Left wrist: There is mild tenderness to palpation over the ECU tendon in sixth extensor compartment. There is dorsal subluxation of the ECU with forearm supination. This causes him pain as well as a pop in the left wrist. There is no instability of the distal radial ulnar joint.

### ASSESSMENT:
ECU subluxation, left wrist.

### PLAN:
I have discussed treatment options with Mr. Scaife and in view of his persistent symptoms, I have recommended reconstruction of the sixth extensor compartment retinaculum of the left wrist. He is in agreement with this treatment plan and will be scheduled in the near future for outpatient surgery at the Arkansas Specialty Orthopaedic Surgery Center.

### G. Thomas Frazier, M.D.
GTF/mos317

Copy to:
John Wolverton, M.D.
FAX: (501) 562-2702

Name:    Last, First
Date:    Datservlong
Page     2 of 2

Electronically signed by G T. Frazier MD  on 08/03/2011 05:44 PM

**PATIENT NAME: Scaife, James**          **MRN: 31625**
**DATE: August 16, 2011**               **DOB: 02/12/1968**

## OPERATIVE REPORT

**PROVIDER:** G. Thomas Frazier, M.D.

**PREOPERATIVE DIAGNOSIS:** Extensor carpi ulnaris subluxation of the left wrist.

**POSTOPERATIVE DIAGNOSIS:** Extensor carpi ulnaris subluxation of the left wrist.

**PROCEDURE:** Reconstruction of the extensor carpi ulnaris or sixth compartment retinaculum, left wrist.

**ANESTHESIA:** General.

**COMPLICATIONS:** None.

**PREOPERATIVE NOTE:** James Scaife is a 43-year-old, right-handed male, who has had pain over the ulnar side of his wrist secondary to extensor carpi ulnaris tendon subluxation. His symptoms have persisted despite nonoperative treatment, including splinting and anti-inflammatory medications, as well as modification of activity. Physical examination shows marked extensor carpi ulnaris subluxation with the forearm in supination. There apparently is attenuation or insufficiency of the extensor retinaculum. He is taken to the operating room at this time for stabilization of the extensor carpi ulnaris tendon with reconstruction of the extensor retinaculum.

**OPERATIVE NOTE IN DETAIL:** After satisfactory general anesthesia was obtained, the patient was placed supine on the operating room table. The left upper extremity was prepped and draped in routine fashion, and a tourniquet about the left arm was elevated to 250 millimeters of mercury following exsanguination of the limb.

The sixth extensor compartment was approached through a dorsal longitudinal incision centered over the extensor carpi ulnaris tendon, beginning at the base of the metacarpal and extending proximally for 5 to 6 centimeters. The skin was sharply incised down to and through the subcutaneous tissues. Hemostasis was obtained using bipolar cautery. Dorsal and palmar skin flaps were elevated. The ulnar sensory nerve was delineated. The distal margin of the wound was carefully retracted. The sixth extensor retinaculum was divided at the dorsal radial margin of the distal ulna, at the junction of the fifth and sixth compartments, and then reflected volarly as a flap. There were some adhesions within the sixth compartment and these were released. Examination of the floor of the sixth compartment showed an apparent tear or defect in the

extensor carpi ulnaris subsheath and this was repaired with interrupted 4-0 Tycron sutures in an inverted figure-of-eight stitch.

The extensor carpi ulnaris was then returned to the sixth compartment and the retinaculum was sutured to the dorsoradial margin of the ulnar groove with 4-0 Tycron sutures in a horizontal mattress stitch. The forearm was placed through full rotation and the extensor carpi ulnaris noted to be stable. The free dorsoradial margin of the extensor carpi ulnaris was then reattached at the level of the fifth extensor compartment with 4-0 Tycron sutures in a running stitch.

The wound was irrigated with normal saline. The skin incision was closed with 5-0 nylon in a horizontal mattress stitch. The wound was infiltrated with 0.5% Marcaine without epinephrine for postoperative analgesia. A bulky long-arm dressing was applied, including a posterior splint holding the forearm in neutral rotation and the elbow in 75 degrees of flexion. The tourniquet was released and the patient awakened and transferred to the recovery area in stable condition.

_____

G. Thomas Frazier, M.D.

GTF/mos819
D: 08/16/11
T: 08/16/11

Copy to:
G. Thomas Frazier, M.D.
Fax 501-748-4158

Electronically signed by G T. Frazier MD  on 08/29/2011 05:48 PM

Patient MRN: 128189
Date: 08/29/2011
Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E2FAAD

## OFFICE VISIT

August 29, 2011

**Name: Scaife, James**
**DOB: 12/12/1968**

James Scaife returned today approximately 13 days following reconstruction of the sixth extensor compartment retinaculum of the left wrist for treatment of extensor carpi ulnaris subluxation.   Mr. Scaife reports mild to moderate postoperatively, well controlled by oral analgesics.   He denies fever, chills, or night sweats.

**PHYSICAL EXAMINATION:**
Mr. Scaife's postoperative dressing was removed.  The surgical incision over the ulnar border of the left wrist is well healed.  There is mild swelling and tenderness to palpation, but no fluctuance, erythema, or drainage.   There is mild digital stiffness, secondary to immobilization.

**ASSESSMENT:**
Status post reconstruction of the sixth extensor compartment retinaculum, left wrist.

**PLAN:**
The sutures were removed from Mr. Scaife's incision and he was instructed in a scar management program as well as edema control measures.  His left upper extremity was placed in a Munster splint, which he will wear fulltime, removing only for hygiene purposes.  I am instructing him to avoid forearm rotation.  He will return in approximately 4 weeks for follow up of his left wrist surgery.

**G. Thomas Frazier, M.D.**
GTF/mos3388

Copy to:
John Wolverton, M.D.
Fax: 501-562-2027

Electronically signed by G.T. Frazier MD  on 09/06/2011 12:16 PM

Patient MRN: 128189
Date: 01/11/2012
- Description: Office Visit
Provider ID:6DE0063A-6B61-4086-AADB-A2FF0E82FAAD

## OFFICE VISIT

January 11, 2012

**Name: Scaife, James**
**DOB: 02/12/1968**

James Scaife returned today, approximately five months following reconstruction of his 6th extensor compartment retinaculum of the left wrist for treatment of extensor carpi ulnaris subluxation. Mr. Scaife reports some persistent but mild soreness in his wrist, especially with forearm rotation. He has noted no further popping in the left wrist.

**PHYSICAL EXAMINATION:**
Left Wrist
The surgical incision over the ulnar border of the left wrist is well healed and nontender. There is no swelling or erythema. There is no proliferative extensor tenosynovitis. There is no evidence of extensor carpi ulnaris subluxation with forearm rotation, especially supination.

**ASSESSMENT:**
1. Extensor carpi ulnaris subluxation, left wrist.
2. Status post 6th extensor compartment retinaculum reconstruction, left wrist.

**PLAN:**
I have recommended to Mr. Scaife that he continue a home exercise program, including active and passive range of motion of the wrist and forearm as well as strengthening exercises. He may increase activities as tolerated.

Mr. Scaife was evaluated by the hand therapist today for the purpose of determining permanent impairment. Based on the "Guides to the Evaluation of Permanent Impairment, 5th Edition," as published by the American Medical Association, it is my assessment Mr. Scaife sustained a 5 % permanent impairment to his left upper extremity in regard to his left wrist injury. Mr. Scaife will return if he has further problems or concerns regarding his left wrist and otherwise on a p.r.n. basis.

**G. Thomas Frazier, M.D.**
GTF/mos830
Copy to:

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James Scaife |
| **DATE:** | 06/09/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

### SUBJECTIVE:

He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. Patient reports that the IFC helped with post exercise pain now rating his pain level 7 out of 10.  No significant change in functional ability.

### OBJECTIVE:

97014 - <u>Electrical Stimulation (Unattended)</u> - 1 unit.  Patient received interferential current for 10 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - <u>Therapeutic Exercise</u> - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Reviewed HEP, no new handouts needed today.  Added BTE using 3 tools for UE strengthening.  Patient then completed the remainder of his worksheet using a wrist band for support..  Total time for therapeutic exercise was 45 minutes.

Total Units: 4
Total Treatment Time: 60 minutes

### ASSESSMENT:

Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Tolerated treatment slightly better today with using the carpal strap. Reviewed goals.

### PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize

limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC.

Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088  Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/13/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. Reports compliance with HEP with no problems.  Pt. is attempting to use the hand/wrist/forearm for light daily activities as tolerated.

**OBJECTIVE:**
97010 - Cold Pack - 1 unit.  A cold pack was applied to the Left for a duration of  10 minutes.  This was done in order to relieve discomfort and swelling after the exercise with IFC.

97014 - Electrical Stimulation (Unattended) - 1 unit.  Patient received interferential current for 20 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - Therapeutic Exercise - 2 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Reviewed HEP, no new handouts needed today.  Patient then completed the remainder of his exercises on his worksheet using a wrist band for support.. Total time for therapeutic exercise was 36 minutes.
97530 - Therapeutic Activity - 1 unit.  Pt. completed gripper and twisting exercise using Theraflex bar..  The total exercise time was 6 minutes.


Total Units: 5
Total Treatment Time: 75


**ASSESSMENT:**
The patient tolerated his treatment well. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed.  No increased symptoms while in therapy session today..

**PLAN:**

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC.

Gayla Hearn OTR/L, PT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088  Fax: (501)225-0384**

PATIENT:            James  Scaife
DATE:               06/15/2011
DOB:                02/12/1968
MRN:                000000128189
SEX:                Male
OCCUPATION:
PHYSICIAN:          G Frazier MD
DIAGNOSIS:          L wrist Fx  from MVA
DOI:                Injury02/25/2011
SURGICAL PROCEDURE: L wrist TFC debridement.
DOS:                04/14/2011

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 7/10 on the pain scale. Pt. reports no change in pain.

**OBJECTIVE:**
97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Reviewed HEP, no new handouts needed today.  Added BTE using 3 tools for UE strengthening.  Patient then completed the remainder of his worksheet using a wrist band for support.  Pt. did not complete supination/pronation activities as it exacerbates pain and popping at ulnar wrist.  Measured ROM, grip and pinch for comparison.. Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

**Visual Inspection:** Popping is occuring at the ulnar wrist during ulnar deviation.  It could possibly be the ECU tendon.  I spoke with Dr. Frazier.  pt. is going to see him on 6-20 for a follow up appt.
**Wrist Range of Motion:**
          Left Active Flexion: 70°
          Left Active Extension: 65°

**Strength:**
          **Grip Strength (lbs, Level II)**

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 82     | 84     | 8      |
| Left  | 60     | 64     | 75     |

**Key Pinch (lbs)**

|  | Trial1 | Trial2 | Trial3 |
|---|---|---|---|
| Right | 13 | 17 | 14 |
| Left | 8 | 11 | 11 |

**Oppositional Pinch (lbs)**

|  | Trial1 | Trial2 | Trial3 |
|---|---|---|---|
| Right | 13 | 12 | 15 |
| Left | 16 | 13 | 13 |

## ASSESSMENT:

The patient tolerated his treatment well. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed.  Goals reviewed.  Strength is improving..

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC. Pt. to see Dr. Frazier next week. Await further orders.


*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James Scaife |
| **DATE:** | 06/07/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. Patient continues to have significant pain at a level 8-9 out of 10 with UD/RD movement making it very difficult to turn doorknobs, lift with supination/UD posit ions. These positions also create a popping and clicking sensation at his wrist. At rest or with straight DF/PF his pain is a level 4.

**OBJECTIVE:**
97014 - Electrical Stimulation (Unattended) - No Charge. Patient received interferential current for 10 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - Therapeutic Exercise - 3 units. Reviewed HEP, no new handouts needed today. Reviewed worksheet, patient states that all activities are very challenging. D/C'd weighted stretches due to excellent ROM, concentrating more on strengthening. Patient completed wrist RRE's decreasing to 2/1/0 lb x 10 reps for 10 min., supination/pronation bar with 2 lbs 3 sets of 10 x 8 min., and the handgripper 3 sets of 10 x 5min.. Total time for therapeutic exercise was 38 minutes.

Total Units: 3
Total Treatment Time: 60 minutes
Total Timed Minutes: 48

**ASSESSMENT:**
Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Reviewed goals and rationale behind concentrating of strengthening to give wrist more stablity for activities.

**PLAN:**
Mr. Scaife has received instruction and will participate in a therapy program designed for active

range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening

Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/03/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

# OT Daily Note

## SUBJECTIVE:

He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. No changes this date.

## OBJECTIVE:

97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.  pt's A/PROM exercises were reveiwed.  He completed them in the clinic.  ROM, grip and pinch was measeured.  He was instructed in putty exrecises for grip and pinch strengthening.  He completed weighted stretches with 3# in clinic at 5 min. each.  He completed strengthening in flexion, extension with 3, 2, and 1# , and supination  with 1#. He also completed the golds gym for grip strength..  Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

## ASSESSMENT:

Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Goals reviewed. No changes this date.

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the

| 4 | - | Independent - able to complete without pain |
| 3 | - | Possible with adaptive equipment or adaptive method |
| 2 | - | Painful / difficult, uses one hand |
| 1 | - | Impossible with one hand |
| 0 | - | Impossible with two hands |

likeliness of a positive outcome. RTT for A/PROM, seighted stretches and strengthening

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**
600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 223-8337** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | **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** |
| Service Date: | **02/23/2011** |

| | |
|---|---|
| Patient Address: | **613 Nan Circle** |
| | **Little Rock, AR 72211** |
| Therapy Duration: | **N/A** |
| Frequency: | **1 Time Only** |

**Primary Insurance:**

Medicare B Ar Medicare Services
  **Policy:** 429571270A          **Group:**

Diagnosis Code    Diagnosis Description

**Evaluations**
- O **Evaluate/Treat**
- O **AROM**
- O **PROM**
- O **Grip**
- O **Pinch**
- O **2 PD**
- O **V-Tests**

**Exercises**
- O **AROM**
- O **PROM**
- O **Resistive**

**Modalities**
- O **NMS**
- O **TENS**
- O **Ultrasound**
- O **Heat**
- O **Whirlpool**
- O **Contrast Baths**
- O **Iontophoresis**
- O **CPM**
- O **Biofeedback**

**Other**
- O **Set Work Restrictions**
- O **Fludotherapy**
- O **Edema Control Tech.**
- O **Scar Management**
- O **Sensory Re-Education**
- O **Functional Activities**
- O **Work Hardening**
- O **FCE**
- O **Bone Stimulation**
- O **Desensitization**

Splint:  **Custom - talked to Carla**
Splint Length:
Precautions:
Addl. Instructions:

Other Information:

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

*Arkansas Specialty*
**Orthopaedics**

Therapy Referral to:

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | | | |
|---|---|---|---|
| Patient Name: | **James Scaife** | Patient Address: | **613 Nan Circle** |
| Home Phone: | **(501) 223-8337** | | **Little Rock, AR 72211** |
| Work Phone: | **(501) 944-3140** | Therapy Duration: | **4 Weeks** |
| Alt./Cell Phone: | **not listed** | Frequency: | **2 - 3 Times / Week** |
| Birthdate: | **02/12/1968** | | |
| SSN: | **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** | | |
| Service Date: | **05/23/2011** | | |

**Primary Insurance:**

Medicare B Ar Medicare Services
  **Policy:** 429571270A          **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| **842.09** | **Other wrist sprain** |

| Evaluations | Exercises | Modalities | Other |
|---|---|---|---|
| ○ **Evaluate/Treat** | ○ **AROM** | ○ **NMS** | ○ **Set Work Restrictions** |
| ○ **AROM** | ○ **PROM** | ○ **TENS** | ● **Fludotherapy** |
| ○ **PROM** | ○ **Resistive** | ○ **Ultrasound** | ○ **Edema Control Tech.** |
| ○ **Grip** | | ● **Heat** | ○ **Scar Management** |
| ○ **Pinch** | | ○ **Whirlpool** | ○ **Sensory Re-Education** |
| ○ **2 PD** | | ○ **Contrast Baths** | ○ **Functional Activities** |
| ○ **V-Tests** | | ○ **Iontophoresis** | ○ **Work Hardening** |
| | | ○ **CPM** | ○ **FCE** |
| | | ○ **Biofeedback** | ○ **Bone Stimulation** |
| | | | ○ **Desensitization** |

Splint:
Splint Length:
Precautions:
Addl. Instructions:  **s/p 04/14/11 (L) wrist arthroscopy with debridement of TFCC**

Other Information:
**APROM, weighted stretches, strengthening**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

Therapy Referral To:

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: **(501) 223-8337** | **Little Rock, AR 72211** |
| Work Phone: **(501) 944-3140** | Therapy Duration: **N/A** |
| Alt./Cell Phone: **not listed** | Frequency: **1 Time Only** |
| Birthdate: **02/12/1968** | |
| SSN: **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** | **Primary Insurance:** |
| Service Date: **04/27/2011** | Medicare B Ar Medicare Services |
| | **Policy:** 429571270A        **Group:** |

| Diagnosis Code | Diagnosis Description |
|---|---|
| 842.09 | **Other wrist sprain** |
| 719.43 | **Pain in joint involving forearm** |

**Evaluations**
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

**Exercises**
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

**Modalities**
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

**Other**
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ● **Edema Control Tech.**
- ● **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Volar splint, wear as comfortable**
Splint Length:
Precautions:
Addl. Instructions: **DOS 4/14/2011 (L) wrist arthroscopy  w/I&D of TFCC**

Other Information:
**HEP, APROM and strengthening in wrist, CARPAL stability program**

Referring Physician Signature: _____

G Thomas Frazier MD

**0107 09 79 2 0056**

SCAIFE, JAMES W    E
4517 W 16TH
LITTLE ROCK    AR   722040000
02/12/1968   M   B    (501) 614-7753

0107097920056     ED   02/25/10

SELF PAY US     02/25/10   ED

**UAMS MEDICAL CENTER**
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

Room:    Time to Room: 2115

**Emergency Department Nursing Record**

Primary Language: [✓] English  [ ] Spanish  [ ] Other ____
[✓] See triage sheet   [✓] Pt Triaged - back to waiting room, time: ____

## Initial Nursing Assessment Date/Time:

**Mental Status:**
[ ] awake, alert, oriented x3
[ ] awake, oriented ___
[ ] responds to verbal stimuli
[ ] responds to painful stimuli
[ ] unresponsive

**Behavior:**
[ ] unconscious
[✓] calm  [ ] anxious
[ ] w'drawn/depressed
[ ] irritable/defensive
[ ] hostile/aggressive
[ ] PEEP
[ ] Suicidal ideations
[ ] Homicidal ideations
[ ] Admits hopeless
[ ] Blue armband

**Pain:**
[ ] Denies  [✓] NCPS (see back)
Pain Severity: ___ 1|10
Location: low back (lumber)
Onset: ____
Characteristics: ____
Duration/frequency: ____
Alleviating factors: ____
Aggravating factors: ____

**Chronic Deficits:**
[ ] legally blind [✓] none
[ ] hearing aid
[ ] amputation/paralysis
[ ] AV shunt [ ]R [ ]L
[ ] mastectomy [ ]R [ ]L
[ ] walker [ ] cane [ ] brace
[ ] other ____

**Living Situation:**
[ ] with family/friends
[ ] alone
[ ] nursing home
[ ] homeless
[ ] ____
Current services: ____

**Domestic Issues D.V. Screen**
By federal mandate because the incidence of abuse is increasing we are required to ask all patients these questions.
Are you in a relationship which causes you fear, pain or injury? Y/N
Do you need information on how to get help if you have been abused either physically, emotionally, sexually? Y/N

**Nutrition:**
[✓] WDWN  [ ] obese
[ ] malnourished
[ ] denies issues
[ ] stated ht.___ wt.___

**Speech:**
[✓] normal
[ ] slurred
[ ] aphasic

**Skin:**
[✓] dry & warm [ ] moist [ ] cool
[ ] hot  [ ] mottled [ ] pale

**Mucous Membranes:**
[ ] dry ____ [✓] moist

**Safety**
[ ] Age > 65 [ ] afraid of falling
[ ] fall in past 3 mos
Fall risk Y/N [ ] yellow band
[ ] call light [ ] side rails up

**Barriers to Learning:**
Learner: [✓] Patient
Learning style: [ ] Audiovisual
Motivation: [✓] Motivated
Barrier Code: (N=None

[ ] Caregiver
[ ] Demonstration
[ ] Unmotivated
P = Pain   S = Sedated

[ ] Other: ____
[ ] Written  [ ] Verbal  [ ] Other:
[ ] Unable to assess
L = Language   O = Other:

RN ___

**Neuro:**
[✓] N/A
Pupils: [ ] PERL
Size: L___ R___
Reaction: L___ R___
GCS: ____
Deficits: ____
[ ] MAE ____
[ ] = strength ____
[ ] neuro flowsheet

**Cardiac:**
[✓] N/A
Chest pain now [ ]Y [ ]N
[ ] radiating
[ ] non-radiating
HR: ____
[ ] regular [ ] irregular
Edema: [ ]Y [ ]N
[ ] monitor strip to chart
[ ] aspirin given

**Respiratory:**
[ ] unlabored      [✓] N/A [ ]R [ ]L
[ ] slow     breath sounds: [ ]R [ ]L
[ ] retraction     clear [ ]R [ ]L
[ ] deferred
[ ] rapid     crackles [ ]R [ ]L
[ ] dyspnea     wheezes [ ]R [ ]L
[ ] shallow     diminished [ ]R [ ]L
[ ] deep     absent
[ ] stridor
[ ] cough

**Abdomen:**
[✓] N/A  [ ] soft
[ ] distended [ ] guarding [ ] rigid
Tenderness:
[ ] none [ ] epigastric [ ] rebound
[ ] ruq [ ] luq [ ] rlq [ ] llq
Other: ____
Bowel sounds:
[ ] present [ ] dimin. [ ] absent
Last BM: ____

**GU:**
[✓] N/A
[ ] voiding difficulty
[ ] flank pain [ ]R [ ]L
[ ] dysuria [ ] hematuria
[ ] frequency [ ] urgency
[ ] unable to void ____

**Extremities:**
[ ] N/A
[✓] move all well [ ] = strength
deformity [ ]RA [ ]LA [ ]RL [ ]LL
+SMC [ ]RA [ ]LA [ ]RL [ ]LL
[ ] edema: ____
laceration/abrasion: ____
[ ] neuro vasc flowsheet

**EENT:**
[✓] N/A
Ears: [ ]R [ ]L
[ ] pain [ ]R [ ]L
Eyes: [ ] tinnitus [ ]R [ ]L
[ ]VA [ ] drainage
R___ [ ] acute deficits
L___
Throat: [ ] redness [ ] exudate

**OB/Gyn:**
[✓] N/A
GR___ Para___ AB___
Vaginal bleeding [ ]Y [ ]N
Vaginal discharge [ ]Y [ ]N
[ ]FHT ____

RN ___

Not assessed    [ ] Due to severity of illness/injury pt. unable to adequately provide information    [ ] Other

| Nsg Diagnosis [check] | TIME | Narrative |
|---|---|---|
| Knowledge Def [ ] | | |
| Body Temperature, Alt [ ] | 20'4 | c-collar applied prn |
| Thought Process, Alt [ ] | 2130 | pt has removed his collar, refuses to |
| Tissue Perfusion, Alt [ ] | | wear it. C/O wrist pain & lower |
| Airway Clearance, Alt [ ] | | |
| Nutritional, Alt [ ] | | back pain to MVC ____ TROS |
| Comfort, Alt [ ] | | |
| Mobility, Imp [ ] | | |
| Sensory, Percep, Alt [ ] | | |
| Breathing Ineff [ ] | | |
| Elimination, Alt [ ] | | |
| Cardiac Output, Alt [ ] | | |
| Skin Integrity, Alt [ ] | | |
| Gas Exchange, Alt [ ] | | |
| Anxiety [ ] | | |
| Rape Trauma Syndrome [ ] | | |
| Other [ ] | | |



MR850 (12/09) front
ED

PRINTED BY: 036709     DATE    7/18/2011

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088  Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/07/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. Patient continues to have significant pain at a level 8-9 out of 10 with UD/RD movement making it very difficult to turn doorknobs, lift with supination/UD posit ions.  These positions also create a popping and clicking sensation at his wrist.  At rest or with straight DF/PF his pain is a level 4.

**OBJECTIVE:**
97014 - Electrical Stimulation (Unattended) - No Charge.  Patient received interferential current for 10 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - Therapeutic Exercise - 3 units.  Reviewed HEP, no new handouts needed today. Reviewed worksheet, patient states that all activities are very challenging.  D/C'd weighted stretches due to excellent ROM, concentrating more on strengthening.  Patient completed wrist RRE's decreasing to 2/1/0 lb x 10 reps for 10 min., supination/pronation bar with 2 lbs 3 sets of 10 x 8 min., and the handgripper 3 sets of 10 x 5min..  Total time for therapeutic exercise was 38 minutes.

Total Units: 3
Total Treatment Time: 60 minutes
Total Timed Minutes: 48

**ASSESSMENT:**
Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Reviewed goals and rationale behind concentrating of strengthening to give wrist more stablity for activities.

**PLAN:**
Mr. Scaife has received instruction and will participate in a therapy program designed for active

range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening

Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

PATIENT:              James  Scaife
DATE:                 06/09/2011
DOB:                  02/12/1968
MRN:                  000000128189
SEX:                  Male
OCCUPATION:
PHYSICIAN:            G Frazier MD
DIAGNOSIS:            L wrist Fx  from MVA
DOI:                  Injury02/25/2011
SURGICAL PROCEDURE:   L wrist TFC debridement.
DOS:                  04/14/2011

# OT Daily Note

## SUBJECTIVE:

He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. Patient reports that the IFC helped with post exercise pain now rating his pain level 7 out of 10.  No significant change in functional ability.

## OBJECTIVE:

97014 - Electrical Stimulation (Unattended) - 1 unit.  Patient received interferential current for 10 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Reviewed HEP, no new handouts needed today.  Added BTE using 3 tools for UE strengthening.  Patient then completed the remainder of his worksheet using a wrist band for support..  Total time for therapeutic exercise was 45 minutes.

Total Units: 4
Total Treatment Time: 60 minutes

## ASSESSMENT:

Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Tolerated treatment slightly better today with using the carpal strap. Reviewed goals.

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize

limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC.

Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James Scaife |
| **DATE:** | 06/15/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 7/10 on the pain scale. Pt. reports no change in pain.

**OBJECTIVE:**
97110 - Therapeutic Exercise - 3 units. Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment. Reviewed HEP, no new handouts needed today. Added BTE using 3 tools for UE strengthening. Patient then completed the remainder of his worksheet using a wrist band for support. Pt. did not complete supination/pronation activities as it exacerbates pain and popping at ulnar wrist. Measured ROM, grip and pinch for comparison.. Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

**Visual Inspection:** Popping is occuring at the ulnar wrist during ulnar deviation. It could possibly be the ECU tendon. I spoke with Dr. Frazier. pt. is going to see him on 6-20 for a follow up appt.
**Wrist Range of Motion:**
      Left Active Flexion: 70°
      Left Active Extension: 65°

**Strength:**

**Grip Strength (lbs, Level II)**

| | Trial1 | Trial2 | Trial3 |
|---|---|---|---|
| Right | 82 | 84 | 8 |
| Left | 60 | 64 | 75 |

**Key Pinch (lbs)**

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 13     | 17     | 14     |
| Left  | 8      | 11     | 11     |

**Oppositional Pinch (lbs)**

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 13     | 12     | 15     |
| Left  | 16     | 13     | 13     |

## ASSESSMENT:

The patient tolerated his treatment well. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed.  Goals reviewed.  Strength is improving..

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC. Pt. to see Dr. Frazier next week. Await further orders.

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

**Arkansas Specialty Orthopaedics Hand Therapy**
600 South McKinley Suite 210 Little Rock AR 72205
ph (501) 978-2773
fx (501) 978-2798

Patient: *James Scaife*  Pt Age: *43*  Pt Gender: (M) F
Med Rec #: *128189*  Physician: *Frasier*
Date: *8-29-11* (L)  Insurance: *Medicare*
Diagnosis/Surgery: *ECU retinaculum reconstruction*  DOS: *8-16-11*

Pt referred to hand therapy for: ___ Eval ___ Re-Eval ___ Home Program Instruction ✓ Custom Splint Fabrication/Instr ___ Impairment Rating

**SUBJECTIVE/HX:**
Date of Injury: *2/25/11*  Work Status: *disabled*  Hand Dominance: R (L)
Occupation: ___  Employer: ___
Pain: Type *throbbing, shooting*  Location: *ulnar*  Pain rating: 0 1 2 3 4 (5) 6 7 8 9 10
Med Hx: (+) *Back injury*
Previous Surgeries: *(L) wrist TFC debridement 4-14-11*
Patient's Goal: *Return to painfree use of (L) wrist for ADL's*

**OBJECTIVE**

Left / Right   AROM / PROM

| | MP | PIP | DIP | Dist to DPC |
|---|---|---|---|---|
| IF | | | | |
| LF | | | | |
| RF | | | | |
| SF | | | | |

wrist ext/flex
rad/uln dev
pron/supin   *NA*
elbow flex/ext
thumb MP ___ thumb IP ___ thumb rad. Abd. ___ thumb palm. Abd ___ thumb add.
palpation: *tender*
visual inspection: *Incision is healed c no signs of infection*
sensory: ___ see 2 pt disc eval ___ see Semmes Weinstein Eval

| Strength | Grip Test | | | Lateral Pinch | | | Oppositional Pinch | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 |
| Right | | | | *NA* | | | | | |
| Left | | | | | | | | | |

ADL Status Functional Level Score: 4 3 - 2 1 0 →  Legend: 4 - independent,3 - possible with adaptations
Previous *4*  Current: *2*   2 - Uses one hand 1 - impossible with one hand
 0 - impossible with two hands

**FUNCTIONAL PROBLEM LIST:**
___ Decreased knowledge of proper home care / home program / wound care / edema control / scar management.
✓ Decreased knowledge in proper use / care of custom splint
___ Strength deficit of ___ limiting:
___ ROM deficit of ___ limiting:
___ Swelling/Edema limiting
___ Decreased ability to perform activities of daily living including *turning doorknobs,*

**GOALS:** *Open jars, gripping tight, lifting*
1. ___ Pt evaluation completed.
2. ___ Pt instructed in and demonstrate independence with home care / home program / home wound care to allow for improved function with ___
3. ✓ Fabricate custom splint with pt demonstrating independence with use and care of splint.
4. ___ Impairment rating completed with results of test forwarded to referring physician.
Goals to be met in *1* visits/ weeks.

**TREATMENT PROVIDED:**
___ (97003) OT Evaluation (eval findings above) ___ (97004) OT Re-Evaluation (re-eval findings above)
*1* (L- *3906*) OT fabricated/adjusted custom splint *Muenster splint* for the purpose of *immobilize wrist + forearm*
*1* (97760 x _ units) OT instructed pt for *10* minutes in donning/doffing custom splint, wearing schedule, & care of splint.
___ (97750 x __ units) OT completed impairment rating w/ results in chart and sent to referring physician ___ minutes
___ ( x __ units) OT instructed pt in home care/home program for ___ minutes including therapeutic exercises / scar care / ADL's / functional activities / wound care / edema control for the purpose of improving pt's function with ✓ issued pt written HEP
___ ( x __ units) ___ minutes
Specific Treatment Provided: *splinting, Scar management*

**ASSESSMENT/PLAN:**
Pt's response to today's treatment: *good*  Goals met: 1 2 (3) 4
___ Pt will continue with therapy via home program
✓ Pt will perform HEP and continue with formal therapy nearer pt's home at ___
✓ Pt will continue with use of custom splint as instructed today.  Treatment Freq/Duration: ___
✓ We will discontinue treatment at this facility unless directed by the patient's physician to resume treatment at a later date.  Total Units *2* Total Tx Time *30* min  Total Timed Minutes (Mcare only): *10* min
For Re-evaluation: ___ goals were reviewed. Progress/ Goals Achieved: ___
Therapist Signature: *Lois Mackie*  Physician Signature: ___
*OTR/L CHT*

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/03/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

### SUBJECTIVE:

He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. No changes this date.

### OBJECTIVE:

97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.  pt's A/PROM exercises were reveiwed.  He completed them in the clinic.  ROM, grip and pinch was measeured.  He was instructed in putty exrecises for grip and pinch strengthening.  He completed weighted stretches with 3# in clinic at 5 min. each.  He completed strengthening in flexion, extension with 3, 2, and 1# , and supination  with 1#. He also completed the golds gym for grip strength..  Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

### ASSESSMENT:

Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Goals reviewed. No changes this date.

### PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the

likeliness of a positive outcome. RTT for A/PROM, seighted stretches and strengthening

Carla Luttman, OTR/L, CHT
**Carla Luttman, OTR/L, CHT**

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James Scaife |
| **DATE:** | 06/01/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Re-Evaluation/Update Plan of Care

**DIAGNOSIS:**

| | |
|---|---|
| 719.53 | Stiffness of joint, not elsewhere classified, involving forearm |
| 719.43 | Pain in joint involving forearm |

## SUBJECTIVE:

He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. Upon analysis of evaluation, patient should return to a functional level score of ___4____ in the home and work/school environment within ___3-6____ months. Patient is currently limited functionally due to their injury and requires __minimal_____ assistance to perform __carrying, lifting, opening containers.____, _____, and _____. Patient's previous level of functioning was at a level _____ on the Functional Level Score Legend.

## FUNCTIONAL LEVEL:

The patient's functional level support level 3 (possible with adaptive equipment or adaptive method).

## OBJECTIVE:

**Visual Inspection:**

97110 - Therapeutic Exercise - 3 units. Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment. pt's A/PROM exercises were reviewed. He completed them in the clinic. ROM, grip and pinch was measeured. He was instructed in putty exrecises for grip and pinch strengthening. He completed weighted stretches with 3# in clinic at 5 min. each. He completed strengthening in flexion, extension with 3, 2, and 1# , and supination with 1#. He also completed the golds gym for grip strength.. Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes
**Wrist Range of Motion:**
 Right Active Flexion: 70°
 Right Active Extension: 65°

Right Active Ulnar: 25°
Right Active Radial: 20°

## ASSESSMENT:
The patient tolerated his treatment well. Patient continues to display gradual improvements in
__ROM_____, _____, and _____ although still displays limitations with ability to perform
_____. Patient displays medical necessity for skilled therapy services due to the need for
supervision and education so that therapeutic services are safely and effectively performed..

## GOALS:
### Short-Term Goals:

| Status | Goal No | Timeframe | Description Achieved | Measurement Ach. Date |
|---|---|---|---|---|
| Defined | 2 | Decrease pain rating to 4/10 | | 4 Weeks |
| Defined | 1 | Increase grip strength to 60 # so pt. can return to work with minimal assist | | |
| | | 4 Weeks | | |

### Long-Term Goals:
Patient will regain sufficient ROM, strength, and a reduction in pain to be independent in ADL's at home,
work/school, and during leisure activities within 3-6 months with a function level score of 4.

## PLAN:
Mr. Scaife has received instruction and will participate in a therapy program designed for active
range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and
progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual
stretching will be performed by the therapist as needed to improve mobility and minimize
limitations. Patient continues to require skilled OT services to address limitations in function,
ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the
likeliness of a positive outcome. RTT for A/PROM, seighted stretches and strengthening

## FREQUENCY/DURATION:
2 - 3 Times / Week x 4 Weeks


*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**


GFrazier MD
600 South McKinley, Suite 200
Little Rock, AR 72205


FUNCTIONAL LEVEL SCORE LEGEND

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 223-8337** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | ▬▬▬▬▬ |
| Service Date: | **05/23/2011** |

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**

Therapy Duration: **4 Weeks**
Frequency: **2 - 3 Times / Week**

**Primary Insurance:**

Medicare B Ar Medicare Services
Policy: ▬▬▬▬▬          Group:

| Diagnosis Code | Diagnosis Description |
|---|---|
| **842.09** | **Other wrist sprain** |

| Evaluations | Exercises | Modalities | Other |
|---|---|---|---|
| ○ Evaluate/Treat | ○ AROM | ○ NMS | ○ Set Work Restrictions |
| ○ AROM | ○ PROM | ○ TENS | ● Fludotherapy |
| ○ PROM | ○ Resistive | ○ Ultrasound | ● Edema Control Tech. |
| ○ Grip | | ● Heat | ○ Scar Management |
| ○ Pinch | | ○ Whirlpool | ○ Sensory Re-Education |
| ○ 2 PD | | ○ Contrast Baths | ○ Functional Activities |
| ○ V-Tests | | ○ Iontophoresis | ○ Work Hardening |
| | | ○ CPM | ○ FCE |
| | | ○ Biofeedback | ○ Bone Stimulation |
| | | | ○ Desensitization |

Splint:
Splint Length:
Precautions:
Addl. Instructions: **s/p 04/14/11 (L) wrist arthroscopy with debridement of TFCC**

Other Information:
**APROM, weighted stretches, strengthening**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

Therapy Referral To:
**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

Patient Name: **James Scaife**
Home Phone: **(501) 223-8337**
Work Phone: **(501) 944-3140**
Alt./Cell Phone: **not listed**
Birthdate: **02/12/1968**
SSN: **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**
Service Date: **04/27/2011**

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**
Therapy Duration: **N/A**
Frequency: **1 Time Only**

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** 429571270A       **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| **842.09** | **Other wrist sprain** |
| **719.43** | **Pain in joint involving forearm** |

Evaluations
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

Exercises
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

Modalities
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

Other
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ● **Edema Control Tech.**
- ● **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Volar splint, wear as comfortable**
Splint Length:
Precautions:
Addl. Instructions: **DOS 4/14/2011 (L) wrist arthroscopy  w/I&D of TFCC**

Other Information:
**HEP, APROM and strengthening in wrist, CARPAL stability program**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**

600 South McKinley Suite 200

Little Rock, AR 722055220

Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

Patient Name: **James Scaife**

Home Phone: **(501) 223-8337**

Work Phone: **(501) 944-3140**

Alt./Cell Phone: **not listed**

Birthdate: **02/12/1968**

SSN: ~~████████~~

Service Date: **02/23/2011**

Patient Address: **613 Nan Circle**

**Little Rock, AR 72211**

Therapy Duration: **N/A**

Frequency: **1 Time Only**

**Primary Insurance:**

Medicare B Ar Medicare Services

Policy: ~~████████~~          Group:

## Diagnosis Code          Diagnosis Description

**Evaluations**
- ○ Evaluate/Treat
- ○ AROM
- ○ PROM
- ○ Grip
- ○ Pinch
- ○ 2 PD
- ○ V-Tests

**Exercises**
- ○ AROM
- ○ PROM
- ○ Resistive

**Modalities**
- ○ NMS
- ○ TENS
- ○ Ultrasound
- ○ Heat
- ○ Whirlpool
- ○ Contrast Baths
- ○ Iontophoresis
- ○ CPM
- ○ Biofeedback

**Other**
- ○ Set Work Restrictions
- ○ Fludotherapy
- ○ Edema Control Tech.
- ○ Scar Management
- ○ Sensory Re-Education
- ○ Functional Activities
- ○ Work Hardening
- ○ FCE
- ○ Bone Stimulation
- ○ Desensitization

Splint: **Custom - talked to Carla**

Splint Length:

Precautions:

Addl. Instructions:

Other Information:

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

Therapy Referral To:
**ASO Hand Therapy**
600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: **(501) 944-3140** | **Little Rock, AR 72211** |
| Work Phone: **(501) 944-3140** | Therapy Duration: **4 - 5 Weeks** |
| Alt./Cell Phone: **not listed** | Frequency: **2 Times / Week** |
| Birthdate: **02/12/1968** | |
| SSN: ~~████~~ | **Primary Insurance:** |
| Service Date: **10/03/2011** | Medicare B Ar Medicare Services |

**Primary Insurance:**

Medicare B Ar Medicare Services
  Policy: ~~████~~          **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| **842.09** | **Other wrist sprain** |

**Evaluations**
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

**Exercises**
- ● **AROM**
- ○ **PROM**
- ○ **Resistive**

**Modalities**
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ● **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

**Other**
- ○ **Set Work Restrictions**
- ● **Fludotherapy**
- ○ **Edema Control Tech.**
- ○ **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint:
Splint Length:
Precautions: **DOS: 8/16/11 Reconst. ECU/6th compartment retinaculum (L) wrist**
Addl. Instructions:

Other Information:
**Gentle PROM, cont splint for protection, Pinch, grip and intrinsic strenghtening**

Referring Physician Signature: _____
G Thomas Frazier MD

# Request for Hand Therapy

Arkansas Specialty
**Orthopaedics**

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Therapy Referral To:

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 944-3140** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | ▓▓▓▓▓▓ |
| Service Date: | **08/29/2011** |

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**

Therapy Duration: **5 Weeks**
Frequency: **2 Times / Week**

**Primary Insurance:**

Medicare B Ar Medicare Services
  **Policy:** ▓▓▓▓▓▓        **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| 842.09 | **Other wrist sprain** |

Evaluations
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

Exercises
- ● **AROM**
- ● **PROM**
- ○ **Resistive**

Modalities
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

Other
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ● **Edema Control Tech.**
- ● **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Munster splint w/forearm in neutral rotation FT except hygiene**
Splint Length:
Precautions: **DOS: 8/16/11 Reconst. ECU/6th compartment retinaculum (L) wrist**
Addl. Instructions:

Other Information:
**APROM elbow-no forearm rotation**

Referring Physician Signature:  _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

Therapy Referral To:
**ASO Hand Therapy**
600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

Patient Name: **James Scaife**
Home Phone: **(501) 944-3140**
Work Phone: **(501) 944-3140**
Alt./Cell Phone: **not listed**
Birthdate: **02/12/1968**
SSN: **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**
Service Date: **12/14/2011**

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**
Therapy Duration: **N/A**
Frequency: **1 Time Only**

Primary Insurance:
Medicare B Ar Medicare Services
   **Policy:** 429571270A          **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| 719.53 | **Stiffness of joint, not elsewhere classified, involving forearm** |
| 719.43 | **Pain in joint involving forearm** |

### Evaluations
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

### Exercises
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

### Modalities
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

### Other
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ○ **Edema Control Tech.**
- ○ **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint:
Splint Length:
Precautions: **DOS: 8/16/11 Reconstruction extensor retinacular 6th compartment (L) wrist**
Addl. Instructions:

Other Information:
**HEP & strengthening today; In 1mth, prior to f/u appt do final eval for impairment**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

Therapy Referral To:

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | | |
|---|---|---|
| Patient Name: | **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: | **(501) 944-3140** | **Little Rock, AR 72211** |
| Work Phone: | **(501) 944-3140** | Therapy Duration: **N/A** |
| Alt./Cell Phone: | **not listed** | Frequency: **1 Time Only** |
| Birthdate: | **02/12/1968** | |
| SSN: | ▓▓▓▓▓▓ | |
| Service Date: | **04/27/2011** | |

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** ▓▓▓▓▓▓▓       **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| 842.09 | **Other wrist sprain** |
| 719.43 | **Pain in joint involving forearm** |

Evaluations
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

Exercises
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

Modalities
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

Other
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ● **Edema Control Tech.**
- ● **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Volar splint, wear as comfortable**
Splint Length:
Precautions:
Addl. Instructions: **DOS 4/14/2011 (L) wrist arthroscopy  w/I&D of TFCC**

Other Information:
**HEP, APROM and strengthening in wrist, CARPAL stability program**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

Case 4.12-cv-00617-SWW   Document 1   Filed 10/02/12   Page 90 of 180

**ASO Hand Center**

600 South McKinley Suite 200

Little Rock, AR 722055220

Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: **(501) 944-3140** | **Little Rock, AR 72211** |
| Work Phone: **(501) 944-3140** | Therapy Duration: **N/A** |
| Alt./Cell Phone: **not listed** | Frequency: **1 Time Only** |
| Birthdate: **02/12/1968** | |
| SSN: ▮▮▮▮▮▮ | |
| Service Date: **02/23/2011** | |

**Primary Insurance:**

Medicare B Ar Medicare Services
  **Policy:** 429571270A          **Group:**

<u>Diagnosis Code</u>      <u>Diagnosis Description</u>

**Evaluations**
- O  **Evaluate/Treat**
- O  **AROM**
- O  **PROM**
- O  **Grip**
- O  **Pinch**
- O  **2 PD**
- O  **V-Tests**

**Exercises**
- O  **AROM**
- O  **PROM**
- O  **Resistive**

**Modalities**
- O  **NMS**
- O  **TENS**
- O  **Ultrasound**
- O  **Heat**
- O  **Whirlpool**
- O  **Contrast Baths**
- O  **Iontophoresis**
- O  **CPM**
- O  **Biofeedback**

**Other**
- O  **Set Work Restrictions**
- O  **Fludotherapy**
- O  **Edema Control Tech.**
- O  **Scar Management**
- O  **Sensory Re-Education**
- O  **Functional Activities**
- O  **Work Hardening**
- O  **FCE**
- O  **Bone Stimulation**
- O  **Desensitization**

Splint: **Custom - talked to Carla**

Splint Length:

Precautions:

Addl. Instructions:

Other Information:

Referring Physician Signature: _____

G Thomas Frazier MD

**Arkansas Specialty Orthopaedics** Hand Therapy   ph (501) 978-2738
600 South McKinley Suite 210 Little Rock AR 72205   fx (501) 978-2798

Patient: James Scaife    Pt Age: 43    Pt Gender: (M) F
Med Rec #: 128189    Physician: Frazier
Date: 4-27-11    Insurance: Medicare
Diagnosis/Surgery: AVA (L) wrist I+D TFC    DOS:

Pt referred to hand therapy for:
___Eval ___Re-Eval ✓Home Program Instruction ___Custom Splint Fabrication/Instr ___Impairment Rating

**SUBJECTIVE/HX:**
Date of Injury: 2-25-10    Work Status: disabled    Hand Dominance: (R) L
Occupation:    Employer:
Pain: Type: Shooting    Location: wrist    Pain rating 0 1 2 3 4 5 6 7 8 (9) 10
Med Hx: see EMR - back problems
Previous Surgeries: 0
Patient's Goal: Return to full use (L) UE for all ADL's

**OBJECTIVE:**

Left / Right

| | AROM / PROM | | MP | PiP | DIP | Dist to DPC |
|---|---|---|---|---|---|---|
| wrist ext/flex | 45/25 | IF | | | | |
| rad/uln dev | 0/15 | LF | | | | |
| pron/supin | 90/60 | RF | | full fist | | |
| elbow flex/ext | | SF | | | | |

thumb MP ___ thumb IP ___ thumb rad. Abd. ___ thumb palm. Abd ___ thumb add ___
palpation: tender to touch
visual inspection: Portals well healed & no signs of infection
sensory: ___ see 2 pt dist eval ___ see Semmes Weinstein Eval

| Strength | Grip Test | | | Lateral Pinch | | | Oppositional Pinch | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 |
| Right | | | NA | | | | | | |
| Left | | | | | | | | | |

ADL Status Functional Level Score: 4 3 (2) 1 0 → Legend: 4 - independent,3 - possible with adaptations
Previous: 4 Current: 2    2 - Uses one hand - 1 impossible with one hand
    0 - impossible with two hands

**FUNCTIONAL PROBLEM LIST:**
✓ Decreased knowledge of proper home care / (home program) / wound care / edema control / scar management.
___ Decreased knowledge in proper use / care of custom splint.
___ Strength deficit of ___ limiting:
✓ ROM deficit of wrist limiting: hand placement, lifting
___ Swelling/Edema limiting:
___ Decreased ability to perform activities of daily living including: opening jars, pulling up pants,
**GOALS:** cut & knife, lifting
1. ✓ Pt evaluation completed.
2. ✓ Pt instructed in and demonstrate independence with home care / home program / home wound care to allow for improved function with motion for ADL's
3. ___ Fabricate custom splint with pt demonstrating independence with use and care of splint.
4. ___ Impairment rating completed with results of test forwarded to referring physician
Goals to be met in 1 (visits) weeks.

**TREATMENT PROVIDED:**
(1)(97003) OT Evaluation (eval findings above) ___(97004) OT Re-Evaluation (re-eval findings above)
___(L- ) OT fabricated/adjusted custom splint ___ for the purpose of
___ (97760 x ___ units) OT instructed pt for ___ minutes in donning/doffing custom splint, wearing schedule, & care of splint.
(1) (97750 x ___ units) OT completed impairment rating w/ results in chart and sent to referring physician. ___ minutes
(1) 97110 x 1 units) OT instructed pt in home care/home program for 15 minutes including therapeutic exercises / scar care / ADL's / functional activities / wound care / edema control for the purpose of improving pt's function with motion, strength ___ Issued pt written HEP
( x ___ units) ___ minutes
Specific Treatment Provided: Instructed in Rom. exercises for the wrist / forearm and strengthening using weighted theraputic progressive to Rsm 1 mo 5/25
**ASSESSMENT/PLAN:** (wrist) PREs
Pt's response to today's treatment: good    Goals met: (1)(2) 3 4
✓ Pt will continue with therapy via home program
___ Pt will perform HEP and continue with formal therapy nearer pt's home at ___
___ Pt will continue with use of custom splint as instructed today.    Treatment Freq/Duration: 1X
✓ We will discontinue treatment at this facility unless directed by the patient's physician to resume treatment at a later date. Total Units 2 Total Tx Time 30 min Total Timed Minutes (Mcare only): ___ min
For Re-evaluation: ___ goals were reviewed. + Progress/ Goals Achieved: ___
Therapist Signature: James Machen OTR/LCHT    Physician Signature: ___

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

Therapy Referral To:

| | |
|---|---|
| Patient Name: **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: **(501) 944-3140** | **Little Rock, AR 72211** |
| Work Phone: **(501) 944-3140** | Therapy Duration: **4 Weeks** |
| Alt./Cell Phone: **not listed** | Frequency: **2 - 3 Times / Week** |
| Birthdate: **02/12/1968** | |
| SSN: ▮▮▮▮▮ | |
| Service Date: **05/23/2011** | |

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** ▮▮▮▮▮▮     **Group:**

Diagnosis Code
**842.09**

Diagnosis Description
**Other wrist sprain**

Evaluations
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

Exercises
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

Modalities
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ● **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

Other
- ○ **Set Work Restrictions**
- ● **Fludotherapy**
- ○ **Edema Control Tech.**
- ○ **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint:
Splint Length:
Precautions:
Addl. Instructions: **s/p 04/14/11 (L) wrist arthroscopy with debridement of TFCC**

Other Information:
**APROM, weighted stretches, strengthening**

Referring Physician Signature: _____

G Thomas Frazier MD

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James Scaife |
| **DATE:** | 06/01/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

### OT Re-Evaluation/Update Plan of Care

**DIAGNOSIS:**

| | |
|---|---|
| 719.53 | Stiffness of joint, not elsewhere classified, involving forearm |
| 719.43 | Pain in joint involving forearm |

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. Upon analysis of evaluation, patient should return to a functional level score of ___4____ in the home and work/school environment within ___3-6____ months. Patient is currently limited functionally due to their injury and requires __minimal_____ assistance to perform __carrying, lifting, opening containers._____, _____, and _____. Patient's previous level of functioning was at a level _____ on the Functional Level Score Legend.

**FUNCTIONAL LEVEL:**
The patient's functional level support level 3 (possible with adaptive equipment or adaptive method).

**OBJECTIVE:**
**Visual Inspection:**
97110 - Therapeutic Exercise - 3 units. Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment. pt's A/PROM exercises were reveiwed. He completed them in the clinic. ROM, grip and pinch was measeured. He was instructed in putty exrecises for grip and pinch strengthening. He completed weighted stretches with 3# in clinic at 5 min. each. He completed strengthening in flexion, extension with 3, 2, and 1# , and supination with 1#. He also completed the golds gym for grip strength.. Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes
**Wrist Range of Motion:**
    Right Active Flexion: 70°
    Right Active Extension: 65°

Right Active Ulnar: 25°
Right Active Radial: 20°

## ASSESSMENT:

The patient tolerated his treatment well. Patient continues to display gradual improvements in __ROM_____, _____, and _____ although still displays limitations with ability to perform _____.  Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed..

## GOALS:

### Short-Term Goals:

| Status | Goal No | | Description | Measurement |
|--------|---------|--|-------------|-------------|
| | | Timeframe | Achieved | Ach. Date |
| Defined | 2 | Decrease pain rating to 4/10 | | 4 Weeks |
| Defined | 1 | Increase grip strength to 60 # so pt. can return to work with minimal assist | | |
| | | 4 Weeks | | |

### Long-Term Goals:

Patient will regain sufficient ROM, strength, and a reduction in pain to be independent in ADL's at home, work/school, and during leisure activities within 3-6 months with a function level score of 4.

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, sieghted stretches and strengthening

## FREQUENCY/DURATION:

2 - 3 Times / Week x 4 Weeks


*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**


_____

GFrazier MD
600 South McKinley, Suite 200
Little Rock, AR 72205


FUNCTIONAL LEVEL SCORE LEGEND

4   -       Independent - able to complete without pain

3   -       Possible with adaptive equipment or adaptive method

2   -       Painful / difficult, uses one hand

1   -       Impossible with one hand

0   -       Impossible with two hands

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

**PATIENT:**              James  Scaife
**DATE:**                  06/01/2011
**DOB:**                   02/12/1968
**MRN:**                   000000128189
**SEX:**                   Male
**OCCUPATION:**
**PHYSICIAN:**             G Frazier MD
**DIAGNOSIS:**             L wrist Fx  from MVA
**DOI:**                   Injury02/25/2011
**SURGICAL PROCEDURE:**    L wrist TFC debridement.
**DOS:**                   04/14/2011

## OT Re-Evaluation/Update Plan of Care

**DIAGNOSIS:**

| | |
|---|---|
| 719.53 | Stiffness of joint, not elsewhere classified, involving forearm |
| 719.43 | Pain in joint involving forearm |

## SUBJECTIVE:

He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. Upon analysis of evaluation, patient should return to a functional level score of ___4____ in the home and work/school environment within ___3-6____ months.  Patient is currently limited functionally due to their injury and requires __minimal_____ assistance to perform __carrying, lifting, opening containers._____, _____, and _____.  Patient's previous level of functioning was at a level _____ on the Functional Level Score Legend.

## FUNCTIONAL LEVEL:

The patient's functional level support level 3 (possible with adaptive equipment or adaptive method).

## OBJECTIVE:

**Visual Inspection:**

97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.  pt's A/PROM exercises were reveiwed.  He completed them in the clinic.  ROM, grip and pinch was measeured.  He was instructed in putty exrecises for grip and pinch strengthening.  He completed weighted stretches with 3# in clinic at 5 min. each.  He completed strengthening in flexion, extension with 3, 2, and 1# , and supination  with 1#. He also completed the golds gym for grip strength..  Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes
**Wrist Range of Motion:**
    Right Active Flexion: 70°
    Right Active Extension: 65°

Right Active Ulnar: 25°
Right Active Radial: 20°

## ASSESSMENT:
The patient tolerated his treatment well. Patient continues to display gradual improvements in __ROM_____, _____, and _____ although still displays limitations with ability to perform _____. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed..

## GOALS:
### Short-Term Goals:

| Status | Goal No Timeframe | Description Achieved | Measurement Ach. Date |
|---|---|---|---|
| Defined | 2 | Decrease pain rating to 4/10 | 4 Weeks |
| Defined | 1 | Increase grip strength to 60 # so pt. can return to work with minimal assist 4 Weeks | |

### Long-Term Goals:
Patient will regain sufficient ROM, strength, and a reduction in pain to be independent in ADL's at home, work/school, and during leisure activities within 3-6 months with a function level score of 4.

## PLAN:
Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, seighted stretches and strengthening

## FREQUENCY/DURATION:
2 - 3 Times / Week x 4 Weeks

*Carla Luttman, OTR/L, CHT*
**Carla Luttman, OTR/L, CHT**

GFrazier MD
600 South McKinley, Suite 200
Little Rock, AR 72205

FUNCTIONAL LEVEL SCORE LEGEND

4 - Independent - able to complete without pain
3 - Possible with adaptive equipment or adaptive method
2 - Painful / difficult, uses one hand
1 - Impossible with one hand
0 - Impossible with two hands

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/03/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

### SUBJECTIVE:
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. No changes this date.

### OBJECTIVE:
97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   pt's A/PROM exercises were reveiwed.  He completed them in the clinic.  ROM, grip and pinch was measeured.  He was instructed in putty exrecises for grip and pinch strengthening.  He completed weighted stretches with 3# in clinic at 5 min. each.  He completed strengthening in flexion, extension with 3, 2, and 1# , and supination  with 1#. He also completed the golds gym for grip strength..  Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

### ASSESSMENT:
Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Goals reviewed. No changes this date.

### PLAN:
Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the

likeliness of a positive outcome. RTT for A/PROM, seighted stretches and strengthening

Carla Luttman, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/07/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. Patient continues to have significant pain at a level 8-9 out of 10 with UD/RD movement making it very difficult to turn doorknobs, lift with supination/UD posit ions.  These positions also create a popping and clicking sensation at his wrist.  At rest or with straight DF/PF his pain is a level 4.

**OBJECTIVE:**
97014 - Electrical Stimulation (Unattended) - No Charge.  Patient received interferential current for 10 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - Therapeutic Exercise - 3 units.  Reviewed HEP, no new handouts needed today. Reviewed worksheet, patient states that all activities are very challenging.  D/C'd weighted stretches due to excellent ROM, concentrating more on strengthening.  Patient completed wrist RRE's decreasing to 2/1/0 lb x 10 reps for 10 min., supination/pronation bar with 2 lbs 3 sets of 10 x 8 min., and the handgripper 3 sets of 10 x 5min..  Total time for therapeutic exercise was 38 minutes.

Total Units: 3
Total Treatment Time: 60 minutes
Total Timed Minutes: 48

**ASSESSMENT:**
Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Reviewed goals and rationale behind concentrating of strengthening to give wrist more stablity for activities.

**PLAN:**
Mr. Scaife has received instruction and will participate in a therapy program designed for active

range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening

Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
Phone: (501)664-4088 Fax: (501)225-0384

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/09/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. Patient reports that the IFC helped with post exercise pain now rating his pain level 7 out of 10.  No significant change in functional ability.

**OBJECTIVE:**
97014 - Electrical Stimulation (Unattended) - 1 unit.  Patient received interferential current for 10 minutes using the high sweep mode to assist with decreasing pain, swelling, and spasticity post-treatment.

97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Reviewed HEP, no new handouts needed today.  Added BTE using 3 tools for UE strengthening.  Patient then completed the remainder of his worksheet using a wrist band for support..  Total time for therapeutic exercise was 45 minutes.

Total Units: 4
Total Treatment Time: 60 minutes

**ASSESSMENT:**
Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Tolerated treatment slightly better today with using the carpal strap. Reviewed goals.

**PLAN:**
Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize

limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC.


Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088  Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/15/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

## OT Daily Note

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 7/10 on the pain scale. Pt. reports no change in pain.

**OBJECTIVE:**
97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Reviewed HEP, no new handouts needed today.  Added BTE using 3 tools for UE strengthening.  Patient then completed the remainder of his worksheet using a wrist band for support.  Pt. did not complete supination/pronation activities as it exacerbates pain and popping at ulnar wrist.  Measured ROM, grip and pinch for comparison.. Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

**Visual Inspection:** Popping is occuring at the ulnar wrist during ulnar deviation.  It could possibly be the ECU tendon.  I spoke with Dr. Frazier.  pt. is going to see him on 6-20 for a follow up appt.
**Wrist Range of Motion:**
    Left Active Flexion: 70°
    Left Active Extension: 65°

**Strength:**
**Grip Strength (lbs, Level II)**

| | Trial1 | Trial2 | Trial3 |
|---|---|---|---|
| Right | 82 | 84 | 8 |
| Left | 60 | 64 | 75 |

**Key Pinch (lbs)**

|        | Trial1 | Trial2 | Trial3 |
|--------|--------|--------|--------|
| Right  | 13     | 17     | 14     |
| Left   | 8      | 11     | 11     |

**Oppositional Pinch (lbs)**

|        | Trial1 | Trial2 | Trial3 |
|--------|--------|--------|--------|
| Right  | 13     | 12     | 15     |
| Left   | 16     | 13     | 13     |

## ASSESSMENT:

The patient tolerated his treatment well. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed.  Goals reviewed.  Strength is improving..

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC. Pt. to see Dr. Frazier next week. Await further orders.

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

**Arkansas Specialty Orthopaedics Hand Therapy**
600 South McKinley Suite 210 Little Rock AR 72205

ph (501) 978-2773
fx (501) 978-2798

Patient: _James Scaife_   Pt Age _43_   Pt Gender: (M) F
Med Rec # _128189_   Physician _Frazier_
Date _8-29-11_   Insurance _Medicare_
Diagnosis/Surgery _(L) ECU retinaculum reconstruction_   DOS: _8-16-11_

Pt referred to hand therapy for: ___Eval ___Re-Eval ___Home Program Instruction ✓Custom Splint Fabrication/Instr ___Impairment Rating

**SUBJECTIVE/HX:**
Date of Injury: _2/25/11_   Work Status _disabled_   Hand Dominance: R (L)
Occupation _____   Employer _____
Pain: Type _throbbing, shooting_ Location _ulnar_   Pain rating: 0 1 2 3 4 (5) 6 7 8 9 10
Med Hx _Ø Back injury_   _side of wrist_
Previous Surgeries _(L) wrist TFC debridement 4-14-11_
Patient's Goal: _Return to painfree use of (L) wrist for ADL's_

**OBJECTIVE:**

| Left / Right | AROM / PROM | | MP | PIP | DIP | Dist to DPC |
|---|---|---|---|---|---|---|
| wrist ext/flex | | IF | | | | |
| rad/uln dev | | LF | | _free_ | | |
| pron/supin | _NA_ | RF | | _fist_ | | |
| elbow flex/ext | | SF | | | | |

thumb MP _____ thumb IP _____ thumb rad. Abd _____ thumb palm Abd _____ thumb add. _____
palpation: _Tender_
visual inspection _Incision is healed c̄ no signs of infection_
sensory: _____   see 2 pt disc eval _____ see Semmes Weinstein Eval

| Strength | Grip Test | | | Lateral Pinch | | | Oppositional Pinch | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 |
| Right | | | _NA_ | | | | | | |
| Left | | | | | | | | | |

ADL Status Functional Level Score: 4 3 2 1 0 →   Legend: 4 - independent, 3 - possible with adaptations
Previous _4_   Current: _2_   2 - Uses one hand 1 - impossible with one hand
                                                    0 - impossible with two hands

**FUNCTIONAL PROBLEM LIST:**
___Decreased knowledge of proper home care / home program / wound care / edema control / scar management.
✓Decreased knowledge in proper use / care of custom splint.
___Strength deficit of _____ limiting: _____
___ROM deficit of _____ limiting: _____
___Swelling/Edema limiting
___Decreased ability to perform activities of daily living including: _turning doorknobs,_

**GOALS:** _Open jars, gripping tight, lifting_
1. ___Pt evaluation completed.
2. ___Pt instructed in and demonstrate independence with home care / home program / home wound care to allow for improved function with _____
3. ✓Fabricate custom splint with pt demonstrating independence with use and care of splint.
4. ___Impairment rating completed with results of test forwarded to referring physician.
Goals to be met in ___1___ (visits) weeks.

**TREATMENT PROVIDED:**
___(97003) OT Evaluation (eval findings above)   ___(97004) OT Re-Evaluation (re-eval findings above)
_1_ (L-3906) OT fabricated/adjusted custom splint _Muenster splint_ for the purpose of
_immobilize wrist + forearm_
_1_ (97760 x _1_ units) OT instructed pt for _0/10_ minutes in donning/doffing custom splint, wearing schedule, & care of splint.
___(97750 x ___ units) OT completed impairment rating w/ results in chart and sent to referring physician ___ minutes
___ (x ___ units) OT instructed pt in home care/home program for ___ minutes including therapeutic exercises / scar care / ADL's / functional activities / wound care / edema control for the purpose of improving pt's function with
✓Issued pt written HEP
___ (x ___ units) _____ minutes
Specific Treatment Provided: _Splinting, Scar management_

**ASSESSMENT/PLAN:**
Pt's response to today's treatment: _good_   Goals met: 1 2 (3) 4
___Pt will continue with therapy via home program
✓Pt will perform HEP and continue with formal therapy nearer pt's home at _____
✓Pt will continue with use of custom splint as instructed above.   Treatment Freq/Duration _1x_
✓We will discontinue treatment at this facility unless directed by the patient's physician to resume treatment at a later date.   Total Units _2_ Total Tx Time _30_ min   Total Timed Minutes (Mcare only) _10_ min
For Re-evaluation: ✓goals were reviewed. Progress/ Goals Achieved: _____
Therapist Signature _LosMackie_   Physician Signature: _____
_OTR CHT_

**Request for Hand Therapy**                    Therapy Referral To:

**ASO Hand Center**                                          **ASO Hand Therapy**
600 South McKinley Suite 200
Little Rock, AR 722055220                                   600 South McKinley
Phone (501) 664-4088  Fax (501) 663-7931         Little Rock, AR 722055220
                                                            Phone (501) 664-4088
Arkansas Specialty **Orthopaedics**                  Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 944-3140** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | **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** |
| Service Date: | **08/29/2011** |

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**
Therapy Duration: **5 Weeks**
Frequency: **2 Times / Week**

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** 429571270A          **Group:**

Diagnosis Code          Diagnosis Description
**842.09**                    **Other wrist sprain**

Evaluations
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

Exercises
- ● **AROM**
- ● **PROM**
- ○ **Resistive**

Modalities
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

Other
- ○ **Set Work Restrictions**
- ● **Fludotherapy**
- ● **Edema Control Tech.**
- ● **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Munster splint w/forearm in neutral rotation FT except hygiene**
Splint Length:
Precautions: **DOS: 8/16/11 Reconst. ECU/6th compartment retinaculum (L) wrist**
Addl. Instructions:

Other Information:
**APROM elbow-no forearm rotation**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

*Arkansas Specialty*
**Orthopaedics**

**Therapy Referral To:**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 944-3140** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | **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** |
| Service Date: | **10/03/2011** |

| | |
|---|---|
| Patient Address: | **613 Nan Circle** |
| | **Little Rock, AR 72211** |
| Therapy Duration: | **4 - 5 Weeks** |
| Frequency: | **2 Times / Week** |

**Primary Insurance:**

Medicare B Ar Medicare Services
  **Policy:** 429571270A          **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| **842.09** | **Other wrist sprain** |

| Evaluations | Exercises | Modalities | Other |
|---|---|---|---|
| ○ **Evaluate/Treat** | ● **AROM** | ○ **NMS** | ○ **Set Work Restrictions** |
| ○ **AROM** | ○ **PROM** | ○ **TENS** | ● **Fludotherapy** |
| ○ **PROM** | ○ **Resistive** | ○ **Ultrasound** | ○ **Edema Control Tech.** |
| ○ **Grip** | | ● **Heat** | ○ **Scar Management** |
| ○ **Pinch** | | ○ **Whirlpool** | ○ **Sensory Re-Education** |
| ○ **2 PD** | | ○ **Contrast Baths** | ○ **Functional Activities** |
| ○ **V-Tests** | | ○ **Iontophoresis** | ○ **Work Hardening** |
| | | ○ **CPM** | ○ **FCE** |
| | | ○ **Biofeedback** | ○ **Bone Stimulation** |
| | | | ○ **Desensitization** |

Splint:
Splint Length:
Precautions:  **DOS: 8/16/11 Reconst. ECU/6th compartment retinaculum (L) wrist**
Addl. Instructions:

Other Information:
**Gentle PROM, cont splint for protection, Pinch, grip and intrinsic strenghtening**

Referring Physician Signature:  _____

G Thomas Frazier MD

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 10/06/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | Disabled |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | wrist sprain |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | Recon ECU/6th compartment retinaculum (L) wrist |
| **DOS:** | 08/16/2011 |

### OT Re-Evaluation/Update Plan of Care

**DIAGNOSIS:**

| | |
|---|---|
| 719.53 | Stiffness of joint, not elsewhere classified, involving forearm |
| 719.43 | Pain in joint involving forearm |

**SUBJECTIVE:**
He complains of edema, stiffness, pain and weakness. He currently rates his pain at 7/10 on the pain scale. Upon analysis of evaluation, patient should return to a functional level score of ____4_____ in the home and work/school environment within ____2-3_____ months.  Patient is currently limited functionally due to their injury and requires moderate to maximal assistance to open a jar, perform heavy chores, carrying a shopping bag, using a knife to cut meat, and he reports severe difficulty sleeping.  Patient's previous level of functioning was at a level ____4_____ on the Functional Level Score Legend.  Pt.'s goal is to decrease pain and improve motion and strength in the left wrist.

**FUNCTIONAL LEVEL:**
The patient's functional level support level 2 (painful/difficult, uses one hand).

**OBJECTIVE:**
**Visual Inspection:**
97110 - Therapeutic Exercise - 2 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.  Following fluidotherapy, pt.was instructed in RREs for the wrist using 2/1/1/ lbs .  Illustrated handout was issued for HEP.  ROM was measured..  Total time for therapeutic exercise was 35 minutes.
97530 - Therapeutic Activity - 1 unit.  Pt. completed wrist wrangler and theraputty exercises.  Illustrated handout for putty was issued for HEP.  Pt. has putty at home..  The total exercise time was 10 minutes.


Total Units: 3
Total Treatment Time: 45 minutes

**Elbow Range of Motion:**
> Left Active Supination: 65°
> Left Active Pronation: 75°

**Wrist Range of Motion:**
> Left Active Flexion: 50°
> Left Active Extension: 45°
> Left Active Ulnar: 20°
> Left Active Radial: 10°

## Strength:

### Grip Strength (lbs, Level II)

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 90     | 90     | 80     |
| Left  | 30     | 25     | 30     |

### Key Pinch (lbs)

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 19     | 18     | 19     |
| Left  | 14     | 17     | 15     |

### Oppositional Pinch (lbs)

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 15     | 12     | 15     |
| Left  | 10     | 11     | 14     |

## ASSESSMENT:

Mr. Scaife presents with the following impairments: decreased activity tolerance, decreased strength, positive pain indications and limited range of motion of his left wrist. Pt. has been in a Muenster splint since 8-29-11. He was able to discontinue the splint 10-3-11 and now wears a VCUS as needed. He continues to c/o significant wrist pain, stiffness, and weakness in the wrist and hand. Pain limits his daily living activities as follows: he is unable to lift heavy objects (such as a milk carton), twist/squeeze as needed to open a tight lid or top, or push/pull using the left wrist/hand. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Goals were reviewed and revised.

## GOALS:

### Short-Term Goals:

| Status  | Goal No | Description | Timeframe |
|---------|---------|-------------|-----------|
| Defined | 4 | Improve left hand grip strength to 60 lbs or better to improve pt.'s ability to grip and twist to open lids/tops. | 6 Weeks |
| Defined | 3 | Pt. will tolerate activity simulation of repetitive gripping and turning/twisting, on the BTE for 2 minutes with pain level remaining 3/10 or less. | 6 Weeks |
| Defined | 2 | Pt. will be able to lift 10 lbs using the left hand and wrist with pain level remaining at 3/10 or better. | 4 Weeks |
| Defined | 1 | Decrease pain rating with use of the left hand/wrist to 3/10 or less. | 4 Weeks |

**Long-Term Goals:**

Patient will regain sufficient ROM, strength, and a reduction in pain to be independent in ADL's at home, work/school, and during leisure activities within 3-6 months with a function level score of 4.

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, functional activities, heat, passive range of motion, progressive strengthening and work hardening. He will be provided with visual aids regarding all activities. Additionally, he will be provided with a home exercise program to increase the likelihood of a positive outcome. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM and strengthening.   Pt. is to continue splint for protection.

## FREQUENCY/DURATION:

2 - 3 Times / Week x 4 Weeks

Gayla Hearn OTR/L, PT

GFrazier MD
600 South McKinley, Suite 200
Little Rock, AR 72205

FUNCTIONAL LEVEL SCORE LEGEND

| | | |
|---|---|---|
| 4 | - | Independent - able to complete without pain |
| 3 | - | Possible with adaptive equipment or adaptive method |
| 2 | - | Painful / difficult, uses one hand |
| 1 | - | Impossible with one hand |
| 0 | - | Impossible with two hands |

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088  Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 10/19/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | Disabled |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | wrist sprain |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | Recon ECU/6th compartment retinaculum (L) wrist |
| **DOS:** | 08/16/2011 |

## OT Daily Note

### SUBJECTIVE:
He complains of edema, stiffness, pain and weakness. He currently rates his pain at 7/10 on the pain scale. Pt. has noted improvements in ROM and strength and is able to use his hand more.

### OBJECTIVE:
97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Following fluidotherapy, Pt. completed strengthening exercsises including RRE's, with 4,3,2#, hand helper, clothes pins, putty and supination bar. ROM, grip and pinch was measured for comparison..  Total time for therapeutic exercise was 45 minutes.

Total Units: 3
Total Treatment Time: 45 minutes

**Wrist Range of Motion:**
       Left Active Flexion: 65°
       Left Active Extension: 60°
       Left Active Ulnar: 30°
       Left Active Radial: 20°
       Right Active Flexion: 80°
       Right Active Extension: 85°

### Strength:
**Grip Strength (lbs, Level II)**

| | Trial1 | Trial2 | Trial3 |
|---|---|---|---|
| Right | 95 | 102 | 80 |
| Left | 60 | 54 | 55 |

**Key Pinch (lbs)**

|        | Trial1 | Trial2 | Trial3 |
|--------|--------|--------|--------|
| Right  | 21     | 22     | 21     |
| Left   | 21     | 21     | 19     |

**Oppositional Pinch (lbs)**

|        | Trial1 | Trial2 | Trial3 |
|--------|--------|--------|--------|
| Right  | 17     | 16     | 15     |
| Left   | 15     | 15     | 15     |

## ASSESSMENT:

The patient tolerated his treatment well. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed.  goals reviewed.  Good progress is being made in ROM and strength..

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, functional activities, heat, passive range of motion, progressive strengthening and work hardening. He will be provided with visual aids regarding all activities. Additionally, he will be provided with a home exercise program to increase the likelihood of a positive outcome. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM and strengthening. Pt. is to continue splint for protection.

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 10/25/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | Disabled |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | wrist sprain |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | Recon ECU/6th compartment retinaculum (L) wrist |
| **DOS:** | 08/16/2011 |

# OT Daily Note

## SUBJECTIVE:
He complains of edema, stiffness, pain and weakness. Patient came into therapy with significant back pain, states that he has bulging discs that are causing his pain.  He is scheduled to see his back dr on Friday, he requested to work on his therapy strengthening exercises in the standing position.  He rates his pain at a level of 4-5 out of 10 with activities that require UD/RD.

## OBJECTIVE:
97110 - Therapeutic Exercise - 2 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.   Patient completed strengthening including clothespins, handhelper and wrist wranglers x 2.  Reviewed his HEP, patient is using 5 lb wt for wrist strengthening but not performing RRE's which appears to be better for his wrist.  We will stop the RRE's in the clinic.  Patient had to leave after 30 min of treatment for another appointment.. Total time for therapeutic exercise was 30 minutes.

Total Units: 2
Total Treatment Time: 30 minutes

## ASSESSMENT:
Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed. Patient in pain with his back today and was able to work on 3 strengthening activities only before having to leave.

## PLAN:
Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, functional activities, heat, passive range of motion, progressive strengthening and work hardening. He will be provided with visual aids regarding all activities. Additionally, he will be provided with a home exercise program to increase the likelihood of a positive outcome. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed

by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM and strengthening. Pt. is to continue splint for protection. Measure before his drs appointment on 11/2/11.


Lois N. Mackie, OTR/L, CHT

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088  Fax: (501)225-0384**

**PATIENT:**              James  Scaife
**DATE:**                 12/13/2011
**DOB:**                  02/12/1968
**MRN:**                  000000128189
**SEX:**                  Male
**OCCUPATION:**           Disabled
**PHYSICIAN:**            G Frazier MD
**DIAGNOSIS:**            wrist sprain
**DOI:**                  Injury02/25/2011
**SURGICAL PROCEDURE:**   Recon ECU/6th compartment retinaculum (L) wrist
**DOS:**                  08/16/2011

## OT Re-Evaluation/Update Plan of Care

**DIAGNOSIS:**

| 719.53 | Stiffness of joint, not elsewhere classified, involving forearm |
| 719.43 | Pain in joint involving forearm |

**SUBJECTIVE:**

He complains of edema, stiffness, pain and weakness. Upon analysis of evaluation, patient should return to a functional level score of 3 in the home environment within 1 months.  Patient is currently limited functionally due to their injury and requires moderate assistance to perform gripping such as opening jars and bottles, holding a fishing pole, pulling up pants, turning doorknobs..  Patient's previous level of functioning was at a level 4 on the Functional Level Score Legend.  He reports that his pain level is 3-4 out of 10.  Pain with UD causes him to drop objects and stop the movement.

**OBJECTIVE:**

**Visual Inspection:**

97004 - Occupational Therapy Re-evaluation - 1 unit.  Occupational therapy re-evaluation measurements were obtained today (12/13/2011) to assess progress of ROM, strength, sensation, and edema.

Total Units: 1
Total Treatment Time: 15 minutes
**Elbow Range of Motion:**
        Left Active Supination: 80°
        Left Active Pronation: 90°

**Wrist Range of Motion:**
        Left Active Flexion: 70°
        Left Active Extension: 60°
        Left Active Ulnar: 30°
        Left Active Radial: 15°

## Strength:

### Grip Strength (lbs, Level II)

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 93     | 100    | 70     |
| Left  | 58     | 56     | 51     |

### Key Pinch (lbs)

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 20     | 21     | 19     |
| Left  | 15     | 13     | 13     |

### Oppositional Pinch (lbs)

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 14     | 14     | 15     |
| Left  | 13     | 13     | 15     |

## ASSESSMENT:

Patient has made no gains in motion or strength since his last measurements on 10/19/11. He appears to have plateaued.

## GOALS:

**Short-Term Goals:**

| Status | Goal No | Description | Measurement Timeframe | Ach. Date | Achieved |
|--------|---------|-------------|-----------------------|-----------|----------|
| Defined | 4 | Improve left hand grip strength to 60 lbs or better to improve pt.'s ability to grip and twist to open lids/tops. | 6 Weeks | | |
| Defined | 3 | Pt. will tolerate activity simulation of repetitive gripping and turning/twisting, on the BTE for 2 minutes with pain level remaining 3/10 or less. | 6 Weeks | | |
| Defined | 2 | Pt. will be able to lift 10 lbs using the left hand and wrist with pain level remaining at 3/10 or better. | 4 Weeks | | |
| Defined | 1 | Decrease pain rating with use of the left hand/wrist to 3/10 or less. | 4 Weeks | | No |

## PLAN:

Will send measurements to Dr. Frazier for his appointment on Monday. We will recommend d/c from therapy at that time.

## FREQUENCY/DURATION:

*Lois N. Mackie OTR/CHT*

Lois N. Mackie, OTR/L, CHT

GFrazier MD
600 South McKinley, Suite 200

Little Rock, AR 72205

FUNCTIONAL LEVEL SCORE LEGEND

| | | |
|---|---|---|
| 4 | - | Independent - able to complete without pain |
| 3 | - | Possible with adaptive equipment or adaptive method |
| 2 | - | Painful / difficult, uses one hand |
| 1 | - | Impossible with one hand |
| 0 | - | Impossible with two hands |

Electronically signed by G T. Frazier MD  on 12/14/2011 08:15 AM

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**Therapy Referral To:**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

Patient Name: **James Scaife**
Home Phone: **(501) 944-3140**
Work Phone: **(501) 944-3140**
Alt./Cell Phone: **not listed**
Birthdate: **02/12/1968**
SSN: **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**
Service Date: **12/14/2011**

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**
Therapy Duration: **N/A**
Frequency: **1 Time Only**

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** 429571270A          **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| 719.53 | **Stiffness of joint, not elsewhere classified, involving forearm** |
| 719.43 | **Pain in joint involving forearm** |

**Evaluations**
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

**Exercises**
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

**Modalities**
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

**Other**
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ○ **Edema Control Tech.**
- ○ **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint:
Splint Length:
Precautions: **DOS: 8/16/11 Reconstruction extensor retinacular 6th compartment (L) wrist**
Addl. Instructions:

Other Information:
**HEP & strengthening today; In 1mth, prior to f/u appt do final eval for impairment**

Referring Physician Signature: _____

G Thomas Frazier MD

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 01/11/2012 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | Disabled |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | wrist sprain |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | Recon ECU/6th compartment retinaculum (L) wrist |
| **DOS:** | 08/16/2011 |

## OT Daily Note/Discharge Summary

### SUBJECTIVE:
Mr. Scaife reports no significant changes since his last visit.

### OBJECTIVE:
97750 - Special Test - 2 units.  The therapist performed an impairment rating of the patient diagnosed injury with ROM, strength, and sensation measurements.  Measurements were entered into the impairment rating formula based upon measurement obtained on 01/11/12 by Carla Luttman OTR/L, CHT.  Results were forward to the physician for interpretation and adjustments as needed.


Total Units: 2
Total Treatment Time: 30 minutes
Total Timed Minutes: 30 minutes

**Elbow Range of Motion:**
       Left Active Supination: 75°
       Left Active Pronation: 85°

**Wrist Range of Motion:**
       Left Active Flexion: 75°
       Left Active Extension: 60°
       Left Active Ulnar: 25°
       Left Active Radial: 20°

### Strength:
**Grip Strength (lbs, Level II)**

| | Trial1 | Trial2 | Trial3 |
|---|---|---|---|
| Right | 90 | 94 | 85 |
| Left | 45 | 60 | 50 |

**Key Pinch (lbs)**

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 20     | 19     | 20     |
| Left  | 15     | 14     | 16     |

## ASSESSMENT:

Goals reviewed. ROM and strength has improved. All goals have been achieved.

## PLAN:

No further treatments at this time. IR calculated.

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**
600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

Patient Name: **James Scaife**
Home Phone: **(501) 223-8337**
Work Phone: **(501) 944-3140**
Alt./Cell Phone: **not listed**
Birthdate: **02/12/1968**
SSN: **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**
Service Date: **02/23/2011**

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**
Therapy Duration: **N/A**
Frequency: **1 Time Only**

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** 429571270A          **Group:**

Diagnosis Code          Diagnosis Description

**Evaluations**
- O  **Evaluate/Treat**
- O  **AROM**
- O  **PROM**
- O  **Grip**
- O  **Pinch**
- O  **2 PD**
- O  **V-Tests**

**Exercises**
- O  **AROM**
- O  **PROM**
- O  **Resistive**

**Modalities**
- O  **NMS**
- O  **TENS**
- O  **Ultrasound**
- O  **Heat**
- O  **Whirlpool**
- O  **Contrast Baths**
- O  **Iontophoresis**
- O  **CPM**
- O  **Biofeedback**

**Other**
- O  **Set Work Restrictions**
- O  **Fludotherapy**
- O  **Edema Control Tech.**
- O  **Scar Management**
- O  **Sensory Re-Education**
- O  **Functional Activities**
- O  **Work Hardening**
- O  **FCE**
- O  **Bone Stimulation**
- O  **Desensitization**

Splint: **Custom - talked to Carla**
Splint Length:
Precautions:
Addl. Instructions:

Other Information:

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**Therapy Referral To:**

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 223-8337** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | **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** |
| Service Date: | **05/23/2011** |

Patient Address: **613 Nan Circle**
**Little Rock, AR 72211**
Therapy Duration: **4 Weeks**
Frequency: **2 - 3 Times / Week**

**Primary Insurance:**

Medicare B Ar Medicare Services
 **Policy:** 429571270A      **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| 842.09 | Other wrist sprain |

**Evaluations**
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

**Exercises**
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

**Modalities**
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ● **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

**Other**
- ○ **Set Work Restrictions**
- ● **Fludotherapy**
- ○ **Edema Control Tech.**
- ○ **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint:
Splint Length:
Precautions:
Addl. Instructions: **s/p 04/14/11 (L) wrist arthroscopy with debridement of TFCC**

Other Information:
**APROM, weighted stretches, strengthening**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

*Arkansas Specialty*
**Orthopaedics**

**Therapy Referral To:**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: **(501) 223-8337** | **Little Rock, AR 72211** |
| Work Phone: **(501) 944-3140** | Therapy Duration: **N/A** |
| Alt./Cell Phone: **not listed** | Frequency: **1 Time Only** |
| Birthdate: **02/12/1968** | |
| SSN: **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** | **Primary Insurance:** |
| Service Date: **04/27/2011** | Medicare B Ar Medicare Services |

Primary Insurance:
Medicare B Ar Medicare Services
    Policy: 429571270A          Group:

| Diagnosis Code | Diagnosis Description |
|---|---|
| 842.09 | **Other wrist sprain** |
| 719.43 | **Pain in joint involving forearm** |

**Evaluations**
- ○ Evaluate/Treat
- ○ AROM
- ○ PROM
- ○ Grip
- ○ Pinch
- ○ 2 PD
- ○ V-Tests

**Exercises**
- ○ AROM
- ○ PROM
- ○ Resistive

**Modalities**
- ○ NMS
- ○ TENS
- ○ Ultrasound
- ○ Heat
- ○ Whirlpool
- ○ Contrast Baths
- ○ Iontophoresis
- ○ CPM
- ○ Biofeedback

**Other**
- ○ Set Work Restrictions
- ○ Fludotherapy
- ● Edema Control Tech.
- ● Scar Management
- ○ Sensory Re-Education
- ○ Functional Activities
- ○ Work Hardening
- ○ FCE
- ○ Bone Stimulation
- ○ Desensitization

Splint: **Volar splint, wear as comfortable**
Splint Length:
Precautions:
Addl. Instructions: **DOS 4/14/2011 (L) wrist arthroscopy  w/I&D of TFCC**

Other Information:
**HEP, APROM and strengthening in wrist, CARPAL stability program**

Referring Physician Signature: _____

G Thomas Frazier MD

**ASO Hand Therapy**
**600 South McKinley**
**Little Rock, AR 72205-5220**
**Phone: (501)664-4088 Fax: (501)225-0384**

| | |
|---|---|
| **PATIENT:** | James  Scaife |
| **DATE:** | 06/01/2011 |
| **DOB:** | 02/12/1968 |
| **MRN:** | 000000128189 |
| **SEX:** | Male |
| **OCCUPATION:** | |
| **PHYSICIAN:** | G Frazier MD |
| **DIAGNOSIS:** | L wrist Fx  from MVA |
| **DOI:** | Injury02/25/2011 |
| **SURGICAL PROCEDURE:** | L wrist TFC debridement. |
| **DOS:** | 04/14/2011 |

### OT Re-Evaluation/Update Plan of Care

**DIAGNOSIS:**

| | |
|---|---|
| 719.53 | Stiffness of joint, not elsewhere classified, involving forearm |
| 719.43 | Pain in joint involving forearm |

**SUBJECTIVE:**
He presents to the clinic today for edema, stiffness, pain and weakness. He complains of edema, stiffness, pain and weakness. He currently rates his pain at 9/10 on the pain scale. Upon analysis of evaluation, patient should return to a functional level score of ___4____ in the home and work/school environment within ___3-6____ months.  Patient is currently limited functionally due to their injury and requires __minimal_____ assistance to perform __carrying, lifting, opening containers._____, _____, and _____.  Patient's previous level of functioning was at a level _____ on the Functional Level Score Legend.

**FUNCTIONAL LEVEL:**
The patient's functional level support level 3 (possible with adaptive equipment or adaptive method).

**OBJECTIVE:**
**Visual Inspection:**
97110 - Therapeutic Exercise - 3 units.  Patient was immersed in fluidotherapy for 15 minutes while incorporating AROM exercises to facilitate improved tissue extensibility and elasticity prior to additional therapeutic treatment.  pt's A/PROM exercises were reviewed.  He completed them in the clinic.  ROM, grip and pinch was measeured.  He was instructed in putty exrecises for grip and pinch strengthening.  He completed weighted stretches with 3# in clinic at 5 min. each.  He completed strengthening in flexion, extension with 3, 2, and 1# , and supination  with 1#. He also completed the golds gym for grip strength..  Total time for therapeutic exercise was 45 minutes.


Total Units: 3
Total Treatment Time: 45 minutes
**Wrist Range of Motion:**
      Right Active Flexion: 70°
      Right Active Extension: 65°

Right Active Ulnar: 25°
Right Active Radial: 20°

## ASSESSMENT:

The patient tolerated his treatment well. Patient continues to display gradual improvements in __ROM_____, _____, and _____ although still displays limitations with ability to perform _____. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed..

## GOALS:

**Short-Term Goals:**

| Status | Goal No | | Description | Measurement |
|--------|---------|---|-------------|-------------|
| | Timeframe | | Achieved | Ach. Date |
| Defined | 2 | Decrease pain rating to 4/10 | | 4 Weeks |
| Defined | 1 | Increase grip strength to 60 # so pt. can return to work with minimal assist | | |
| | 4 Weeks | | | |

**Long-Term Goals:**

Patient will regain sufficient ROM, strength, and a reduction in pain to be independent in ADL's at home, work/school, and during leisure activities within 3-6 months with a function level score of 4.

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, seighted stretches and strengthening

## FREQUENCY/DURATION:

2 - 3 Times / Week x 4 Weeks

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

GFrazier MD
600 South McKinley, Suite 200
Little Rock, AR 72205

FUNCTIONAL LEVEL SCORE LEGEND

-

# Request for Hand Therapy

**Therapy Referral To:**

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

| **ASO Hand Therapy** |
| --- |
| 600 South McKinley |
| Little Rock, AR 722055220 |
| Phone (501) 664-4088 |
| Fax (501) 225-0384 |

| | | | |
| --- | --- | --- | --- |
| Patient Name: | **James Scaife** | Patient Address: | **613 Nan Circle** |
| Home Phone: | **(501) 944-3140** | | **Little Rock, AR 72211** |
| Work Phone: | **(501) 944-3140** | Therapy Duration: | **4 Weeks** |
| Alt./Cell Phone: | **not listed** | Frequency: | **2 - 3 Times / Week** |
| Birthdate: | **02/12/1968** | | |
| SSN: | **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** | **Primary Insurance:** | |
| Service Date: | **05/23/2011** | | |

**Primary Insurance:**

Medicare B Ar Medicare Services
**Policy:** 429571270A          **Group:**

| Diagnosis Code | Diagnosis Description |
| --- | --- |
| **842.09** | **Other wrist sprain** |

| Evaluations | Exercises | Modalities | Other |
| --- | --- | --- | --- |
| ○ **Evaluate/Treat** | ○ **AROM** | ○ **NMS** | ○ **Set Work Restrictions** |
| ○ **AROM** | ○ **PROM** | ○ **TENS** | ● **Fludotherapy** |
| ○ **PROM** | ○ **Resistive** | ○ **Ultrasound** | ○ **Edema Control Tech.** |
| ○ **Grip** | | ● **Heat** | ○ **Scar Management** |
| ○ **Pinch** | | ○ **Whirlpool** | ○ **Sensory Re-Education** |
| ○ **2 PD** | | ○ **Contrast Baths** | ○ **Functional Activities** |
| ○ **V-Tests** | | ○ **Iontophoresis** | ○ **Work Hardening** |
| | | ○ **CPM** | ○ **FCE** |
| | | ○ **Biofeedback** | ○ **Bone Stimulation** |
| | | | ○ **Desensitization** |

Splint:

Splint Length:

Precautions:

Addl. Instructions: **s/p 04/14/11 (L) wrist arthroscopy with debridement of TFCC**

Other Information:
**APROM, weighted stretches, strengthening**

Referring Physician Signature: _____

G Thomas Frazier MD

**Request for Hand Therapy**

**ASO Hand Center**

600 South McKinley Suite 200

Little Rock, AR 722055220

Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

**Therapy Referral To:**

**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | |
|---|---|
| Patient Name: | **James Scaife** |
| Home Phone: | **(501) 944-3140** |
| Work Phone: | **(501) 944-3140** |
| Alt./Cell Phone: | **not listed** |
| Birthdate: | **02/12/1968** |
| SSN: | **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** |
| Service Date: | **04/27/2011** |

Patient Address: **613 Nan Circle**

**Little Rock, AR 72211**

Therapy Duration: **N/A**

Frequency: **1 Time Only**

**Primary Insurance:**

Medicare B Ar Medicare Services

**Policy:** 429571270A          **Group:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| 842.09 | **Other wrist sprain** |
| 719.43 | **Pain in joint involving forearm** |

**Evaluations**
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

**Exercises**
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

**Modalities**
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

**Other**
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ● **Edema Control Tech.**
- ● **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Volar splint, wear as comfortable**

Splint Length:

Precautions:

Addl. Instructions: **DOS 4/14/2011 (L) wrist arthroscopy  w/I&D of TFCC**

Other Information:
**HEP, APROM and strengthening in wrist, CARPAL stability program**

Referring Physician Signature: _____

G Thomas Frazier MD

# Request for Hand Therapy

**ASO Hand Center**
600 South McKinley Suite 200
Little Rock, AR 722055220
Phone (501) 664-4088  Fax (501) 663-7931

Arkansas Specialty
**Orthopaedics**

Therapy Referral To:
**ASO Hand Therapy**

600 South McKinley
Little Rock, AR 722055220
Phone (501) 664-4088
Fax (501) 225-0384

| | | |
|---|---|---|
| Patient Name: | **James Scaife** | Patient Address: **613 Nan Circle** |
| Home Phone: | **(501) 944-3140** | **Little Rock, AR 72211** |
| Work Phone: | **(501) 944-3140** | |
| Alt./Cell Phone: | **not listed** | Therapy Duration: **N/A** |
| Birthdate: | **02/12/1968** | Frequency: **1 Time Only** |
| SSN: | **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** | |
| Service Date: | **02/23/2011** | Primary Insurance: |

Primary Insurance:

Medicare B Ar Medicare Services
**Policy:** 429571270A          **Group:**

Diagnosis Code          Diagnosis Description

**Evaluations**
- ○ **Evaluate/Treat**
- ○ **AROM**
- ○ **PROM**
- ○ **Grip**
- ○ **Pinch**
- ○ **2 PD**
- ○ **V-Tests**

**Exercises**
- ○ **AROM**
- ○ **PROM**
- ○ **Resistive**

**Modalities**
- ○ **NMS**
- ○ **TENS**
- ○ **Ultrasound**
- ○ **Heat**
- ○ **Whirlpool**
- ○ **Contrast Baths**
- ○ **Iontophoresis**
- ○ **CPM**
- ○ **Biofeedback**

**Other**
- ○ **Set Work Restrictions**
- ○ **Fludotherapy**
- ○ **Edema Control Tech.**
- ○ **Scar Management**
- ○ **Sensory Re-Education**
- ○ **Functional Activities**
- ○ **Work Hardening**
- ○ **FCE**
- ○ **Bone Stimulation**
- ○ **Desensitization**

Splint: **Custom - talked to Carla**
Splint Length:
Precautions:
Addl. Instructions:

Other Information:

Referring Physician Signature: _____

G Thomas Frazier MD

**Key Pinch (lbs)**

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 13     | 17     | 14     |
| Left  | 8      | 11     | 11     |

**Oppositional Pinch (lbs)**

|       | Trial1 | Trial2 | Trial3 |
|-------|--------|--------|--------|
| Right | 13     | 12     | 15     |
| Left  | 16     | 13     | 13     |

## ASSESSMENT:

The patient tolerated his treatment well. Patient displays medical necessity for skilled therapy services due to the need for supervision and education so that therapeutic services are safely and effectively performed.  Goals reviewed.  Strength is improving..

## PLAN:

Mr. Scaife has received instruction and will participate in a therapy program designed for active range of motion, edema control, fluidotherapy, iontophoresis, scar mobilization, splinting and progressive strengthening. He will return to the clinic 2 - 3 times per week for 4 Weeks. Manual stretching will be performed by the therapist as needed to improve mobility and minimize limitations. Patient continues to require skilled OT services to address limitations in function, ROM, and strength. It is imperative that patient receives skilled therapy to greatly increase the likeliness of a positive outcome. RTT for A/PROM, IFC and strengthening. Use carpal strap during activities, ice with the IFC. Pt. to see Dr. Frazier next week. Await further orders.

*Carla Luttman, OTR/L, CHT*

**Carla Luttman, OTR/L, CHT**

Arkansas Specialty Orthopedics & Hand Therapy                    ph (501) 978-2773
600 South McKinley Suite 210 Little Rock AR 72205                fx (501) 978-2798

| Patient: | James Scaife | | Pt Age: 43 | Pt Gender: (M) F |
|---|---|---|---|---|
| Med Rec #: | 128189 | Physician: | Frazier | |
| Date | 4-27-11 | Insurance: | Medicare | |
| Diagnosis/Surgery: | AUA (L) wrist I+D TFC | | | DOS: |

Pt referred to hand therapy for:
___Eval  ___Re-Eval  ✓Home Program Instruction  ___Custom Splint Fabrication/Instr  ___Impairment Rating

**SUBJECTIVE/HX:**
Date of Injury: 2-25-10  Work Status: disabled  Hand Dominance: (R)  L
Occupation:_____  Employer:_____
Pain Type: Shooting  Location: wrist  Pain rating 0 1 2 3 4 5 6 7 8 (9) 10
Med Hx: See EMR - Back problems
Previous Surgeries:_____
Patient's Goal: Return to full use (L) UE for all ADL's

**OBJECTIVE:**

| Left / Right | AROM / PROM | | MP | PIP | DIP | Dist to DPC |
|---|---|---|---|---|---|---|
| wrist ext/flex | 45/25 | IF | | | | |
| rad/uln dev | 0/5 | LF | | | | |
| pron/supin | 90/60 | RF | full fist | | | |
| elbow flex/ext | | SF | | | | |
| thumb MP | thumb IP | thumb rad. Abd. | thumb palm. Abd. | thumb add. |

palpation: tender to touch
visual inspection: Portals well healed c no signs of infection    see 2 pt disc eval    see Semmes Weinstein Eval
sensory:_____

| Strength | Grip Test | | | Lateral Pinch | | | Oppositional Pinch | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 | Trial 1 | Trial 2 | Trial 3 |
| Right | | | | NA | | | | | |
| Left | | | | | | | | | |

ADL Status Functional Level Score  4  3  (2) 1  0  →  Legend: 4 - independent, 3 - possible with adaptations
Previous  4  Current  2                2 - uses one hand  1 - impossible with one hand
                                        0 - impossible with two hands

**FUNCTIONAL PROBLEM LIST:**
✓ Decreased knowledge of proper home care (home program) wound care / edema control / scar management.
___ Decreased knowledge in proper use / care of custom splint.
___ Strength deficit of_____ limiting:_____
✓ ROM deficit of wrist  limiting: hand placement, lifting
___ Swelling/Edema limiting:_____
___ Decreased ability to perform activities of daily living including: opening jars, pulling up pants,

**GOALS:** cut c knife, lifting
1. ✓ Pt evaluation completed
2. ✓ Pt instructed in and demonstrate independence with home care / home program / home wound care to allow for improved function with motion for ADL's
3. ___ Fabricate custom splint with pt demonstrating independence with use and care of splint.
4. ___ Impairment rating completed with results of test forwarded to referring physician
Goals to be met in (1) visits / weeks.

**TREATMENT PROVIDED:**
(1) (97003) OT Evaluation (eval findings above)    _____(97004) OT Re-Evaluation (re-eval findings above)
___(L-___) OT fabricated/adjusted custom splint_____ for the purpose of

___(97760 x ___ units) OT instructed pt for ___ minutes in donning/doffing custom splint, wearing schedule, & care of splint.
___(97750 x ___ units) OT completed impairment rating w/ results in chart and sent to referring physician. ___minutes
(1) 97110 x 1 units) OT instructed pt in home care/home program for 15 minutes including therapeutic exercises /
scar care / ADL's / functional activities / wound care / edema control for the purpose of improving pt's function with
motion, strength    ✓ issued pt written HEP
___(___ x ___ units)_____ minutes
Specific Treatment Provided: Instructed in Rom. exercises for the wrist/forearm
and strengthening using weighted zontrtlice progressed to
RTMO 1 mo 5/25

**ASSESSMENT/PLAN:** (wrist AROM, PROM)
Pt's response to today's treatment: Good    Goals met: (1) (2) 3  4
✓ Pt will continue with therapy via home program
___ Pt will perform HEP and continue with formal therapy nearer pt's home at_____
___ Pt will continue with use of custom splint as instructed today.    Treatment Freq/Duration: 1X
✓ We will discontinue treatment at this facility unless directed by the patient's physician to resume treatment at a
later date.  Total Units 2  Total Tx Time 30 min  Total Timed Minutes (Mcare only): _____ min
For Re-evaluation: All goals were reviewed - Progress/ Goals Achieved:_____
Therapist Signature: Jessi Mackie  Physician Signature: RTMO
OTR/LCHT

Scaife James                    DOB: 02/12/1968

Doctors Plaza Building
600 S. McKinley, Ste. 200
Little Rock, AR 72205
(501) 654-4088
(800) 880-4088

1525 Country Club Road
Sherwood, AR 72120
(501) 978-3135



Arkansas Specialty
**Hand & Upper**
Extremity Center

*1 – 2 wks*

# WEIGHTED ISOMETRICS
## 1 x Daily

*1 lb wt
3 rolls of pennies
or
can food*

1.



Palm facing up – flat on table.



Palm facing up – lift 1 inch off
table. Hold 6 seconds, relax
Repeat 10 times.

2.



Small finger side on table.



Small finger side – lift 1 inch off
table. Hold 6 seconds, relax.
Repeat 10 times.

3.



Palm facing down – flat on table.



Palm facing down – lift 1 inch off
table. Hold 6 seconds, relax.
Repeat 10 times.

4.



Arm down at side – thumb toward leg.



Arm down at side – move toward small
finger. Hold 6 seconds, relax.
Repeat 10 times.

HUE 125

Doctors Plaza Building
600 S. McKinley, Ste. 200
Little Rock, AR 72205
(501) 654-4088
(800) 880-4088

1525 Country Club Road
Sherwood, AR 72120
(501) 978-3135



Arkansas Specialty
**Hand & Upper
Extremity Center**

*progress to
these exercises*

### Regressive Resistive Exercises (RRE'S)
### For the Wrist and Hand

**POISTION 1**    *palm down*

1) __2__ Pounds __10__ Times
2) __1__ Pounds __10__ Times
3) __0__ Pounds __10__ Times

**POSITION 2**    *palm up*

4) __2__ Pounds __10__ Times
5) __1__ Pounds __10__ Times
6) __0__ Pounds __10__ Times

**POSITION 3**    *thumb side*

7) __2__ Pounds __10__ Times
8) __1__ Pounds __10__ Times
9) __0__ Pounds __10__ Times

**POSITION 4**    *small finger side*

10) __2__ Pounds __10__ Times
11) __1__ Pounds __10__ Times
12) __0__ Pounds __10__ Times

### HERE IS HOW TO DO IT AT HOME

A.   Take 3 rolls of pennies – wrap with rubber band, this is equal to 1%.

B.   Add rolls of pennies as needed for heavier weight.

C.   If rolls are too cumbersome, place rolls of pennies in longer splint sock (ask therapist) and
tie ends together.

HUE127

Doctors Plaza Building
600 S. McKinley, Ste. 200
Little Rock, AR  72205
(501) 654-4088
(800) 880-4088

1523 Country Club Road
Sherwood, AR  72120
(501) 978-3135



Arkansas Specialty
**Hand & Upper
Extremity Center**

## Regressive Resistive Exercises (RRE'S)
## For the Wrist and Hand

POISTION 1

| | | Pounds | | Times |
|---|---|---|---|---|
| 1) | | Pounds | 10 | Times |
| 2) | | Pounds | | Times |
| 3) | | Pounds | | Times |

POSITION 2

| 4) | | Pounds | 10 | Times |
|---|---|---|---|---|
| 5) | | Pounds | | Times |
| 6) | | Pounds | | Times |

POSITION 3

| 7) | | Pounds | 10 | Times |
|---|---|---|---|---|
| 8) | | Pounds | | Times |
| 9) | | Pounds | | Times |

POSITION 4

| 10) | | Pounds | 10 | Times |
|---|---|---|---|---|
| 11) | | Pounds | | Times |
| 12) | | Pounds | | Times |

## HERE IS HOW TO DO IT AT HOME

A.   Take 3 rolls of pennies – wrap with rubber band, this is equal to 1%.

B.   Add rolls of pennies as needed for heavier weight.

C.   If rolls are too cumbersome, place rolls of pennies in longer splint sock (ask therapist) and
tie ends together.

HUE127

Doctor's Plaza Building
600 S. McKinley, Ste. 200
Little Rock, Arkansas 72205
(501) 664-4088
(800) 880-4088



Arkansas Specialty
**Hand & Upper**
Extremity Center

# THERAPLAST (PUTTY) BAND EXERCISES

### GROSS FINGER FLEXION



1. Place theraplast in palm of hand and flex fingers to make a fist. Squeeze as hard as possible.

### ISOLATED OPPOSITION



1. Place ball of theraplast between thumb and index finger. Squeeze through ball until the fingers meet. Repeat procedure with each of the other fingers.

### FINGER ADDUCTION



1. Place a piece of theraplast between two fingers. Bring fingers together.

### GROSS FINGER EXTENSION



1. Roll theraplast out into a coil, keeping the fingers in extension.

### FINGER ABDUCTION



1. <u>RUBBER BANDS ONLY</u> Place a rubber band around four fingers, between IP and DIP joints. Spread fingers apart against the RUBBER BAND.

NOTE:  Do not leave putty on any household fabric as it will stain or ruin these easily. (couch, carpet, clothes, etc.)

Perform these exercises 3 X daily, 10 repetitions each.

Doctor's Plaza Building
600 S. McKinley, Ste. 200
Little Rock, Arkansas 72205
(501) 664-4088
(800) 880-4088

Arkansas Specialty
**Hand & Upper
Extremity Center**

# THERAPLAST (PUTTY) BAND EXERCISES

### GROSS FINGER FLEXION



1. Place theraplast in palm of hand and flex fingers to make a fist. Squeeze as hard as possible.

### ISOLATED OPPOSITION



1. Place ball of theraplast between thumb and index finger. Squeeze through ball until the fingers meet.  Repeat procedure with each of the other fingers.

### FINGER ADDUCTION



1. Place a piece of theraplast between two fingers. Bring fingers together.

### GROSS FINGER EXTENSION



1. Roll theraplast out into a coil, keeping the fingers in extension.

### FINGER ABDUCTION



1. <u>RUBBER BANDS ONLY</u> Place a rubber band around four fingers, between IP and DIP joints. Spread fingers apart against the RUBBER BAND.

NOTE:  Do not leave putty on any household fabric as it will stain or ruin these easily. (couch, carpet, clothes, etc.)

Perform these exercises 3 X daily, 10 repetitions each.

Doctor's Plaza Building
600 S. McKinley, Ste. 200
Little Rock, Arkansas 72205
(501) 664-4088
(800) 880-4088



Arkansas Specialty
**Orthopaedics**
Hand & Upper
Extremity Center

# FOREARM AND WRIST EXERCISES

DO EXERCISES SLOWLY TO GAIN MAXIMUM BENEFIT FROM YOUR EXERCISES.

DO EXERCISES   *3 - 4*   DAILY.

DO EXERCISES   *10*   REPETITIONS.

HOLD THE POSITION FOR 10 SECONDS OR LONGER.



PALM DOWN          PALM UP

Hold elbow next to your side bent to 90 degrees and turn your palm upward. Only turn to the point of stretching. Do not turn to the point of PAIN. Hold for 10 seconds. Turn palm downward. Only to the point of stretching. Hold for 10 seconds.



FINGERS OPEN



FINGERS CURLED

Rest elbow on table or pillow. Bring wrist up to point of stretching or resistance. Hold for 10 seconds. Press wrist downward to point of stretching or resistance. Hold for 10 seconds.



THUMB SIDE          SMALL FINGER SIDE

Rest forearm on table or pillow. Move hand toward the little finger side. Only to the point of stretching or resistance. Hold for 10 seconds. Move hand toward the thumb side. Only to the point of stretching or resistance. Hold for 10 seconds.

TC116

600 S. McKinley, Ste. 200
Little Rock, Arkansas 72205
(501) 664-4088
(800) 880-4088

Arkansas Specialty
**Hand & Upper
Extremity Center**

# THERAPLAST (PUTTY) BAND EXERCISES

### GROSS FINGER FLEXION



1. Place theraplast in palm of hand and flex fingers to make a fist. Squeeze as hard as possible.

### ISOLATED OPPOSITION



1. Place ball of theraplast between thumb and index finger. Squeeze through ball until the fingers meet. Repeat procedure with each of the other fingers.

### FINGER ADDUCTION



1. Place a piece of theraplast between two fingers. Bring fingers together.

### GROSS FINGER EXTENSION



1. Roll theraplast out into a coil, keeping the fingers in extension.

### FINGER ABDUCTION



1. <u>RUBBER BANDS ONLY</u>
   Place a rubber band around four fingers, between IP and DIP joints. Spread fingers apart against the RUBBER BAND.

NOTE:  Do not leave putty on any household fabric as it will stain or ruin these easily. (couch, carpet, clothes, etc.)

Perform these exercises 3 X daily, 10 repetitions each.

Doctors Plaza Building
600 S. McKinley, Ste. 200
Little Rock, AR  72205
(501) 654-4088
(800) 880-4088

1523 Country Club Road
Sherwood, AR  72120
(501) 978-3135


Arkansas Specialty
Hand & Upper
Extremity Center

## Regressive Resistive Exercises (RRE'S)
## For the Wrist and Hand

POISTION 1

1) _____ Pounds _10_ Times
2) _____ Pounds _____ Times
3) _____ Pounds _____ Times

POSITION 2

4) _____ Pounds _10_ Times
5) _____ Pounds _____ Times
6) _____ Pounds _____ Times

POSITION 3

7) _____ Pounds _10_ Times
8) _____ Pounds _____ Times
9) _____ Pounds _____ Times

POSITION 4

10) _____ Pounds _10_ Times
11) _____ Pounds _____ Times
12) _____ Pounds _____ Times

## HERE IS HOW TO DO IT AT HOME

A.    Take 3 rolls of pennies — wrap with rubber band, this is equal to 1%.

B.    Add rolls of pennies as needed for heavier weight.

C.    If rolls are too cumbersome, place rolls of pennies in longer splint sock (ask therapist) and tie ends together.

HUE127

P O Box 49
Tupelo MS 38802



| | DUE DATE | CURRENT AMOUNT DUE |
|---|---|---|
| | 07/10/2012 | $504.71 |
| | 1426591 | |

0000000710
|l||ll|ll||lllll|l|l|ll|ll|lllll|l|l|ll



1426591
James Scaife
7633 VESTAL BLVD APT 16
MAUMELLE, AR  72113-7283

**Alliance Collection Services, Inc.**
**P.O.Box 49**
**Tupelo, MS 38802**

◄ DETACH UPPER PORTION AND RETURN WITH PAYMENT ►

| Client Reference | Account Number | Creditor | Amount Due |
|---|---|---|---|
| | 1426591 | Arkansas Specialty Orthopaedics II | $504.71 |

## Please Read Carefully...

Principal Balance:    $504.71
**Total Amount Due:    $504.71**

Dear James Scaife,

Thank you for allowing the physicians of Arkansas Specialty Orthopaedics II the opportunity to serve your health care needs.  You should have received statements indicating the amount due for services rendered at the facility.  The amount showing on this statement represents the balance after your commercial insurance, Medicare or Medicaid settled their liability with the facility.

All insurance information that was given to the facility was filed and has either paid or denied further payment on your account for these services.  This notice is to specifically inform you that the amount shown above is your personal responsibility.

If you wish to pay by Visa or MasterCard, complete the credit card information above or on the reverse side of this letter.  If you carry any insurance that may cover this obligation, fill out the information on the reverse side and return the entire form in the enclosed envelope.

Please address all future correspondence and payments concerning this account to the listed above.

Sincerely,

Alliance Collection Service, Inc.
Toll Free (800) 799-2892

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Check Law Recovery Systems, Inc.
Debt Collections Department
Po Box 1039 (2800 Percy Machin Dr NLR 72114)
No. Little Rock AR 72115
501-771-9448 or 1-800-856-9225

11/18/2011

JAMES SCAIFE
613 NAN CIRCLE

LITTLE ROCK  AR   72211

RE: Account assigned to Check Law Recovery Systems, Inc.
LITTLE ROCK SURGERY CENTER              Client Ref# 16047
Account #: 16047                        Balance Due:      $54.53

Please be advised by this letter that Check Law Debt Collections is
servicing the above referenced account. The amount remaining outstanding
on your account is as set out above.

Your file and account has now been assigned to one of our professional
collection specialist. Please be advised that we may take reasonable
steps to contact you and secure payment of the balance in full.

Please call 1-800-856-9225 extension 252 to arrange a satisfactory
payment schedule immediately.

Unless you notify this office within 30 days after receiving this notice
that you dispute the validity of this debt or any portion thereof, this
office will assume this debt is valid. If you notify this office in
writing within 30 days from receiving this notice this office will
obtain verification of the debt or obtain a copy of a judgement and
mail you a copy of such judgement or verification. If you request this
office in writing within 30 days of receiving this notice,this office
will provide you with the name and address of the orginal creditor if
different from the current creditor. This is an attempt to collect a
debt. Any information obtained will be used for that purpose.

Check Law Debt Collections
------------------- -------------------------------------------------
CHECK LAW RECOVERY SYSTEMS, INC.           Account # 16047
DEBT COLLECTION DEPARTMENT
PO BOX 1039                                Balance due:      $54.53
N LITTLE ROCK AR 72115                     Payment enclosed:_____

**LITTLE ROCK, AR 72205**
**(800) 621-0843**
**SUSAN**
**(501) 686-2682**
**SUSAN@RAPAXRAY.COM**

JAMES W SCAIFE
Account Number: A-7005182
JAMES W SCAIFE
613 NAN CIR
LITTLE ROCK AR 72211-2677

**Balance Due:** $77.44

| DATE OF SERVICE | DIAG | CPT CODE | MOD | DESCRIPTION | AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|
| 08/08/2011 | 722.52 | 72148 | | MRI SCAN/SPINE/LUMBAR W/O CON | 1,347.00 | 77.44 |
| 08/24/2011 | | 905 | | MEDICARE | 309.75- | |
| 08/24/2011 | | 954 | | MEDICARE DISCOUNT | 959.81- | |
| 08/24/2011 | | | | CO-INSURANCE AMT. 77.44 | | |

Tax ID: 710395194
Services rendered at: DR. BUILDING MRI CENTER

\UR OFFICE RECORDS DO NOT REFLECT A PAYMENT WITHIN THE
PREVIOUS 30 DAYS. WE REQUEST PROMPT PAYMENT AT THIS TIME.
IF YOU ARE UNABLE TO PAY THE ENTIRE BALANCE, YOU MAY WISH
TO CONTACT OUR BUSINESS OFFICE TO SEE IF YOU QUALIFY FOR
TIME PAYMENT.
To make your payment online with your debit/credit card, go
to WWW.RAPAXRAY.COM, click the "Patient Info" box. Then,
click the white box to pay your bill online.

RAPA
RADIOLOGY
ASSOCIATES, P.A.

This statement reflects transactions posted through the statement date.
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**RADIOLOGY ASSOCIATES, P.A.**
**500 S UNIVERSITY AVE STE 604**
**LITTLE ROCK, AR 72205-5324**

IF PAYING BY CREDIT CARD, PLEASE CHECK CARD USING AND FILL OUT BELOW.

MasterCard ☐ MASTERCARD   VISA ☐ VISA   DISCOVER ☐ DISCOVER   ☐ AMEX

NAME ON CARD (PRINTED)                CARD NUMBER:

SIGNATURE                EXP. DATE:        CVV CODE:


RAPA
RADIOLOGY
ASSOCIATES, P.A.
ADDRESSEE:

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 10/03/11 | $77.44 | A-7005182 |

☐ Please check box if your address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

REMIT TO:

SHOW AMOUNT
PAID HERE  $

JAMES W SCAIFE
613 NAN CIR
LITTLE ROCK AR  72211-2677

RADIOLOGY ASSOCIATES, P.A.
PO BOX 8801
LITTLE ROCK AR  72231-8801

A70051820000000077445

0107 09 79 2 0056
SCAIFE, JAMES W     E
4517 W 16TH
LITTLE ROCK        AR  722040000
                   (501) 614-7753
0107097920056
02/12/1968    M   B
      02/25/10  ED                    ED  02/25/10


UAMS
MEDICAL CENTER
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**Emergency Department Nursing Record**

Time 0030 Splint applied to (L) wrist. PMS intact post splint — Tina Ross RN

### Procedures / Interventions

| Time | Initials | | Time | Initials | |
|---|---|---|---|---|---|
| | | [ ] Oxygen @ _____ L NC [ ] NRB | | | Venipuncture for lab Periph/CVL/Iport/PICC |
| | | [ ] PO x | | | Blood cultures drawn prior to giving antibiotics - date: |
| | | [ ] Cardiac Monitor | | | Precautions _____ |
| | | [ ] NIBP | | | Assisted MD with pelvic |
| | | [ ] Ice / elevation | | | Restraint form initiated |

| IV Therapy | | | IV Intake | | | | Total Fluids | | Output | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IV site | Size | Time ↑ | Solution | Amt. | Amt. abs | Fluid type | Amount | Time | Urine | Other |
| | | | | | | PO | | | | |
| | | | | | | IVF | | | | |
| | | | | | | Blood | | | | |
| | | | | | | Other | | | | |
| | | | | | | TOTAL | | TOTAL | | |

| Vital Signs | | | | | | | | Procedures | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Temp | P | R | BP | Rhy | SpO2 | LOP | Procedures | Time | Size | Initials | Comments |
| 2330 | | | | 80/110 | | | | Central Vascular access | | | | |
| | | | | | | | | Foley / Quick cath | | | | |
| | | | | | | | | NG / OG | | | | |
| | | | | | | | | Intubation | | | | |
| | | | | | | | | Chest tube(s) [ ]R [ ]L | | | | |
| | | | | | | | | [ ] cane [ ] crutches [ ] walker [ ] Ace wrap [ ] knee immobilizer | | | | |
| | | | | | | | | [ ] moderate sedation (see flow sheet) [ ] blood transfusion | | | | |

| Non-Communicative Pain Assessment | | | | | | | | ED / ADH HOLD |
|---|---|---|---|---|---|---|---|---|
| Time | unable to report due to | Assume pain present | Behaviors | Intervention | Time | Reassess | Initials | [ ] Inpatient   [ ] OBS |
| | | | | | | | | [ ] ICU  [ ]4A |
| | | | | | | | | [ ] ICU flowsheet initiated  Time: _____ |
| | | | | | | | | [ ] M/S FLowsheet initiated  Time: _____ |

| Disposition: | Personal Belongings: | Initials | Signature |
|---|---|---|---|
| [✓] discharged [✓] home [ ] shelter | Clothing: [ ] none | TR Tina Ross RN | |
| [ ] death in ED [ ] LWBS | [ ] with patient [ ] home/family | Print Name Tina (EOS) | |
| [ ] eloped [ ] AMA [ ] trans to _____ | [ ] contact lenses [ ] glasses [ ] see list | | |
| [ ] admit to: [ ] inpt. [ ] SSU Room _____ | [ ] hearing aid [ ] dentures | Print Name | |
| [ ] report called to: _____ | Valuables: [ ] none | | |
| [ ] trans by RN: _____ [ ] trans Pct. | [✓] with patient [ ] home/family [ ] safe | Print Name | |
| [ ] monitor [ ] O2 [ ] other | | | |

D/C vital signs:  T: ___ P: ___ R: ___ BP 70/105  SpO2: ___ LOP: ___

Print Name

DATE OUT: 2/16/10  TIME OUT: 0530
Disposition condition [ ] improved [ ] treated / stable [ ] treated condition unchanged

Print Name

RN Signature: Tina Ross RN          [ ] MD d/c Date: _____  Time: _____

MR850 (12/09) Back ED

**MVC**  #51   UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

107 09 79 2 0056
SCAIFE, JAMES W
4617 W 16TH       O
LITTLE ROCK    AR 72204
02121968  MB501 614-7753
02/25/10 ED

Check (✓) for normals, circle positives, slash negatives, note findings
Date: 7/23/10  E.P. time: 2200  Age: 42  Wt:___ Sex: M/F
P: 108  BP: 156/123  RR: 16  Temp: 98.6
Chief Complaint: MVC

Referred by: _____
self / clinic / PMD / family / EMS
Arrived by: _____
EMS / walk-in / wheelchair
Historian: _____
patient / family / friend / EMS
Hx limited by: _____
Altered LOC / acuity / intoxication

**HPI:**

Onset: ___ undetermined
Occurred: ___ time ___ date
___ mins / hrs / days PTA

Location of injury:

Accident description:
Patient: car / motorcycle / bike / pedestrian /
vs. car / motorcycle / bike / pedestrian /
object / lost control

Injury description (quality):
deformity / dislocation / sprain / strain /
contusion / laceration / puncture /
abrasion / F. B. / burn
Pain: ___ none / at rest / c̄ wt bearing / c̄ use
Pain quality: sharp / dull / aching / throbbing

HTN

Pt. Location:
driver
Passenger: car: front / back: ( R / L )
bike / pedestrian /

Assoc. sxs: ___ none
no complaints / "just stiff and sore"
wounds / bony deformity / swelling
Pain: head / face / neck / chest / abd /
back / pelvis / RUE / LUE / RLE / LLE
LOC: unknown / dazed / + LOC
Duration: ___ sec / mins / hrs
Remembers: incident / coming to hosp.
GCS: 15 / 15

Speed of impact (estimate): ___ unknown
mph: _____

Impact site (vehicle):

Modifying factors:
Restraints: none / (seatbelt) / lapbelt
Airbag deployed: no / yes
Vehicle damage: mild / mod / extensive
windshield broken / steering wheel bent /
Location of damage:
ambulatory at scene / extrication
spinal immobilization
Contributing factors: ETOH / drugs / seizure
syncope / suicide attempt
Other:

Crash Location:

Prior Rx: ___ none
EMS:
Other:
- R1 T-bone
another vehicle
to n̄ pmt. Ø LOC
wcs restrained
driver

**Past, Family, Social History:**

PMH: ___ none ___ unknown
peptic ulcer / GI bleed
arthritis / CAD / IDDM / NIDDM
thrombophlebitis / clotting probs

Meds: ___ none ___ see RN note
ASA / NSAIDs / coumadin
insulin / steroids
antihistamines / narcotics / sedatives

Allergies: ___ see RN note
NKDA
Tetanus current: ___ yes / no

Surgical Hx: ___ none ___ unknown
Prior trauma: _____
Other:
Family Hx: ___ none ___ unknown
DM / CAD
clotting probs
Social Hx: ___ unknown
Tobacco: ___ ppd ___ yrs
current ___ no ___ yrs
ETOH: ___ drinks / wk
Recent? ___
Drugs: ___
Occupation: ___
Home situation: lives alone

**Physical Exam:**
___ Exam limited by: urgency of condition / pt. uncooperative
Gen: Anxious: ___ no / mild / mod / severe  Distress: ___ no / mild / mod / severe
___ VS nl       Orthostat. VS: O—:___
Nutritional status: ___ nl / obese         Hydration: ___ nl / dehydrated
Longboard / cervical immob. ( ED / EMS ) / IV / intubation / splint
Head / Neck (MSK):
___ head s̄ trauma, skin nl
___ neck s̄ tend. ROM full
Eyes:
___ PERRL, EOM's full
___ lids, conj. nl
___ cornea, chambers, discs nl
ENT:
___ nose nl
___ ext. ears, canals, TM's nl
___ mouth, teeth, oropharynx nl
CV:
___ reg rate, rhythm
___ heart sounds nl
___ pulses = neck & all 4 ext.
Resp, Chest:
___ no resp distress
___ breath sounds nl, clear, equal
___ chest inspect., palpat. nl
Spine / pelvis / ribs (MSK):
___ thorac., lumbar inspect., palpat. nl
___ pelvis stable, inspect., palpat. nl
___ ribs stable, inspect., palpat. nl
GI / Abdomen / Flank:
___ abd nl appearance, BS nl
___ soft, nontender
___ flank nl appearance, nontender
___ rectal nl, heme neg.
MSK:
___ legs nl
___ toes, nails nl
Skin:
___ nl appearance s̄ cyanosis
___ hydrated, warm & dry, nl capillary refill
Neuro:
___ alert & oriented x 3
___ motor, sensory nl
___ reflexes intact, symm.
___ digit, cerebellar funct.
___ cranial nerves intact

Psych:
___ affect, mood nl
___ judgment, memory nl
(R) / (L) upper ext.
(mark nl as R, L or B): bc d
___ appearance nl, nontender:
___ ROM full s̄ pain:
___ stable:
___ strength and tone nl: ___
(R) / (L) lower ext.
(mark nl as R, L or B):
___ appearance nl, nontender:
___ ROM full s̄ pain:
___ stable:
___ strength and tone nl:

Glasgow Coma Score
Eyes open: 4-spontaneous 3-to command
2-to pain 1-none
Verbal: 5-nl 4-confused 3-inappropriate
2-incoherent sounds 1-none
Motor: 6-nl 5-localizes pain
4-withdraws 3-decorticate (flex)
2-decerebrate (ext.) 1-none

(phys. exam cont., p.2)

**ROS:**
All systems reviewed: ___ negative ___ negative except as marked

___ Constit: fever / chills / diaphoresis /
weak / faint
___ Eyes: F.B. sensat. / vision probs
___ ENT: ear, nose or throat c/o's /
hearing probs / hoarseness
___ CV: chest discomfort / palpitations
___ Resp: SOB / breathing probs / cough /
wheezing
___ GI: N / V
___ GU: urinary probs / kidney probs
LMP: ___ nl / abnl

___ MSK: other painful areas: wrist
___ Skin: skin probs
___ Neuro: numbness / tingling /
focal deficits / paralysis / dizzy /
change in behavior / incontinence /
seizures
___ Psych: psych probs / anxiety /
depression
___ Hemat / Lymph: bruising / bleeding
___ Endo: polyuria / polydipsia
___ Immun / Allerg: HIV / AIDS /

Copyright © 2000-2005, EvolveMed.    Photocopying without permission is prohibited
E.D. PHYSICIAN          AAEM Templates          Page 1 of 2

MVA                    #51              E.D. Physician Record

**107 09 79 2 0056**
SCAIFE, JAMES W
4517 W 16TH          O
LITTLE ROCK     AR 72204
02121968  MB501  614-7753

02/25/10 ED

### Diagnostic Considerations: *circle potential diagnosis*

**X-ray:** *(Read by ☐ E.P. ☐ Rad)*
1. ☐ C-spine _____ nl     2. ☐ _____ nl
3. ☐ _____ nl             4. ☐ _____ nl
5. ☐ _____ nl             6. ☐ _____ nl

### Treatment / Mngmt Options / Course:

**Medications / Orders**
| | Time | Response |
|---|---|---|
| O2 _____ | | |
| Tetanus: ☐ TT _____ | | |
| Pain meds _____ | | |
| Immobilization _____ | | |
| Applied by: ___ E.P. ___ other _____ | | |
| ___ compression dressing ___ crutches ___ NPO | | |
| other procedures / meds _____ | | |

Procedure: ___ see addendum _____
Critical Care: _____ minutes _____
Course: same / better / worse _____

### Consultation / Other data reviewed:
Consulted Dr. _____          (time) _____
Suggests: *admit / discharge / will see* _____
Case discussed with: *patient / family / other:* _____
Reviewed / discussed with Radiologist
Reviewed: NH / EMS / RN / Old Records / Pt. Quest.

### Clinical Impression:

### Disposition:
☐ home ☐ admit: ICU / monitor / med. / surg.
☐ Transfer to: _____

Admit physician _____
Condition: *better / worse / stable / expired*
Instructions given: ___ written ___ verbal
Follow up: ___ PMD / other: _____ in ___ days / pm _____
Restrictions: ___ off work ___ lmtd. Duty ___ gym ___ school) ___ days
Discharge Rx: _____

☐ Pt. discussed with Attending Dr. _____

**Sig:** _____ date _____  ☐ Attend. / Resid. / PA / NP
_____ date 2/25/10  ☐ Attend. / Resid. / PA / NP
See: ___ Addendum ___ Attending note          ☐ dictated / ☐ live
Copies to: _____                            ☐ chart complete

**Medical Decis. Making:** *(1 = straightforward; 2,3 = low complex; (4) = mod; (5) = hi)*
*(Studs box if ordered  ☑ = check mine the ✓  (Circle) not verbs abnormals.)*

**Lab:**
☐ CBC ____ nl ____ nl except:
Hct ____ Hgb ____
WBC ____
Neut ____ Baso ____ Monos ____
Lymph ____ Eos ____

Other:
☐
CMP ____ nl ____ nl except:
NA ____ K ____ Glu ____
Cl ____ CO2 ____ Anion gap ____      UA ⊖
BUN ____ Creat ____

☐ ETOH          ☐ Drug screen
☐ PT, PTT, INR  ☐ T & C x ____ units RBC    ☐ EKG
☑ U/A: ____ dip neg ____ dip neg except:          ___ NSR ___ nl intervals
WBCs ____ Bact. ____          ___ nl QRS ___ nl ST-T waves
RBCs ____ Dip ____          Compared to: _____
                            ___ unchanged / changed
☐ Preg. Test                Read by: ____ E.P.
                            ☐ Cardiac monitor ___ NSR

☐ ABG: on ___ RA / O2: ____ % / L
pH: ____ PO2 ____
PCO2 ____ HCO3 ____
Alkalosis ( met. / resp. )

☐ P. Ox ____ % on ___ RA / O2: ____ % / L
___ nl / hypoxic

### Wound Repair:
| Location / Length / Depth | Repair |
|---|---|
| 1) ____ cm<br>superfic. / SQ / IM | Dermabond / staples<br>____ # of ____ -O ____<br>____ # of ____ -O ____ |
| 2) ____ cm<br>superfic. / SQ / IM | Dermabond / staples<br>____ # of ____ -O ____<br>____ # of ____ -O ____ |

### Comments:
___ sensat. intact ___ vasc. intact
Level of contamination: ___ clean / min / mod / severe
Anesthesia: local / digital block ____ mL of ____  c̄: epi / HCO3
___ prep          Suture removal instruct: ____ days
___ Explored: ___ no F.B. ___ no tendon nl. / F.B. identified / tendon injury
___ irrigat. ___ debrided ___ undermined ___ revised ___ F.B. removed
(for above: min = 1, mod = 2, extensive = 3)

Copyright © 2000–2005,  EvolveMed.     Photocopying without permission is prohibited     AAEM Templates     http://www._____

107 09 79 2 0056
SCAIFE, JAMES W
4617 W 16TH          O
LITTLE ROCK      AR 72204
02121968  MB501 614-7753
                 02/25/10 ED

**MVC**

## UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES

*Check (✓) for normals, circle positives, slash negatives, note findings*

Date: 2/25/10   E.P. time: 0700   Age: 42   Wt: ___   Sex: (M) F
P: 103   BP: 186/123   RR: 16   Temp: 98.5

**Chief Complaint:** (MVC)

Referred by: _____
  self / clinic / PMD / family / EMS
Arrived by: _____
  EMS / walk-in / wheelchair
Historian: _____
  patient / family / friend / EMS
Hx limited by: _____
  Altered LOC / acuity / intoxication

### HPI:

**Onset:** __ undetermined
**Occurred:** __ time _____ date
  __ mins / hrs / days PTA

**Accident description:**
Patient: car / motorcycle / bike / pedestrian
vs: car / motorcycle / bike / pedestrian
  object / lost control

**Pt Location:**
driver
passenger: front / back: ( R / L )
bike / pedestrian

**Speed of impact (estimate):** __ unknown
mph: _____

**Impact site (vehicle):**

**Modifying factors:**
Restraints: none / (seatbelt) / lapbelt
Airbag deployed: __ no / yes
Vehicle damage: mild / mod / extensive
  windshield broken / steering wheel bent /
  Location of damage:
ambulatory at scene / extrication
spinal immobilization
Contributing factors: ETOH / drugs / seizure
  syncope / suicide attempt
  Other:

**Crash Location:**

- R1 T-bound
another vehicle
tangent. Ø LOC
wcg restrained
driver

**Location of injury:**

**Injury description (quality):**
deformity / dislocation / sprain / strain /
contusion / laceration / puncture /
abrasion / F.B. / burn
**Pain:** __ none / at rest / c̄ wt bearing / c̄ use
**Pain quality:** sharp / dull / aching / throbbing

**Assoc. sxs:** ___ none
no complaints / "just stiff and sore"
wounds / bony deformity / swelling
Pain: head / face / neck / chest / abd /
  back / pelvis / RUE / LUE / RLE / LLE
LOC: unknown / dazed / + LOC
  Duration: _____ sec / mins / hrs
  Remembers: incident / coming to hosp.
  GCS: 15 / 15

**Prior Rx:** ___ none
EMS:

Other:

### Past, Family, Social History:

**PMH:** __ none __ unknown
peptic ulcer / GI bleed
arthritis / CAD / IDDM / NIDDM
thrombophlebitis / clotting probs
HTN

**Meds:** __ none __ see RN note
ASA / NSAIDs / coumadin
insulin / steroids
antihistamines / narcotics / sedatives

**Allergies:** __ see RN note
NKDA

**Tetanus current:** __ yes / no

**Surgical Hx:** __ none __ unknown
Prior trauma: (motorcycle bone or neck bone?)
Other: (prior Luc surg)

**Family Hx:** __ none __ unknown
DM / CAD
clotting probs

**Social Hx:** __ unknown
Tobacco: ____ ppd ____ yrs
current __ no __ yes
ETOH: __ drinks / wk
  Recent?
Drugs:
Occupation:
Home situation: lives alone

### Physical Exam:

__ Exam limited by: urgency of condition / pt. uncooperative
**Gen:** Anxious: __ no / mild / mod / severe   Distress: __ no / mild / mod / severe
__ VS nl   Orthostat. VS: O-:   Hydration: __ nl / dehydrated
Nutritional status: __ nl / obese
Longboard / cervical immob. ( ED / EMS ) / IV / intubation / splint

**Head / Neck (MSK):**
__ head s̄ trauma, skin nl
__ neck s̄ tend. ROM full

**Eyes:**
__ PERRL, EOM's full
__ lids, conj. nl
__ cornea, chambers, discs nl

**ENT:**
__ nose nl
__ ext. ears, canals, TM's nl
__ mouth, teeth, oropharynx nl

**CV:**
__ reg rate, rhythm
__ heart sounds nl
__ pulses = neck & all 4 ext.

**Resp. Chest:**
__ no resp distress
__ breath sounds nl, clear, equal
__ chest inspect., palpat. nl

**Spine / pelvis / ribs (MSK):**
__ thorac., lumbar inspect., palpat. nl
__ pelvis stable, inspect., palpat. nl
__ ribs stable, inspect., palpat. nl

**GI / Abdomen / Flank:**
__ abd nl appearance, BS nl
__ soft, nontender
__ flank nl appearance, nontender
__ rectal nl, heme neg.

**MSK:**
__ gait nl
__ toes, nails nl

**Skin:**
__ nl appearance s̄ cyanosis
__ hydrated, warm & dry, nl capillary refill

**Neuro:**
__ alert & oriented x 3
__ motor, sensory nl
__ reflexes intact, symm.
__ nl gait, cerebellar funct.
__ cranial nerves intact

**Psych:**
__ affect, mood nl
__ judgment, memory nl

**(R) / (L) upper ext.
(mark nl as R, L or B):** bcd
__ appearance nl, nontender
__ ROM full s̄ pain
__ stable:
__ strength and tone nl:

**(R) / (L) lower ext.
(mark nl as R, L or B):**
__ appearance nl, nontender
__ ROM full s̄ pain
__ stable:
__ strength and tone nl:

**Glasgow Coma Score:**
Eyes open: 4-spontaneous  3-to command
  2-to pain  1-none
Verbal: 5-nl  4-confused  3-inappropriate
  2-incoherent sounds  1-none
Motor: 6-nl  5-localizes pain
  4-withdraws  3-decorticate (flexi)
  2-decerebrate (ext.)  1-none

(phys. exam cont., p. 2)

### ROS:

All systems reviewed: __ negative __ negative except as marked

__ **Constit:** fever / chills / diaphoresis /
  weak / faint
__ **Eyes:** F.B. sensat. / vision probs
__ **ENT:** ear, nose or throat c/o's /
  hearing probs / hoarseness
__ **CV:** chest discomfort / palpitations
__ **Resp:** SOB / breathing probs / cough /
  wheezing
__ **GI:** N/V
__ **GU:** urinary probs / kidney probs
  LMP: ___ nl / abnl

__ **MSK:** other painful areas: worst
__ **Skin:** skin probs
__ **Neuro:** numbness / tingling /
  focal deficits / paralysis / dizzy /
  change in behavior / incontinence /
  seizures
__ **Psych:** psych probs / anxiety /
  depression
__ **Hemat / Lymph:** bruising / bleeding
__ **Endo:** polyuria / polydipsia
__ **Immun / Allerg:** HIV / AIDS /

Copyright © 2000-2005, EvolveMed.   Photocopying without permission is prohibited
E.D. PHYSICIAN          AAEM Templates          Page 1 of 2

MVA

E.S. Physician Record

SCAIFE, JAMES W
4517 W 16TH
LITTLE ROCK AR 72204
02121968 MB501 614-7753
02/25/10 ED

Repeat exam at:
Findings:

**Diagnostic Considerations:** circle potential diagnoses

**X-ray:** (Read by: E.P. Rad)
1– ☐ L S spine ___ nl 2– ☐ L forearm / elbow ___ nl
3– ☐ ___ nl 4– ☐ ___ nl
5– ☐ ___ nl 6– ☐ ___ nl

**Treatment / Mngmt Options / Course:**

Medications / Orders Dose Response
___ O2 ___ IV
___ Tetanus: TT / dT / HTIG
___ Pain meds:
___ Immobilization
Applied by: ___ E.P. ___ other
___ compression dressing ___ crutches ___ NPO
other procedures / meds:

Procedure: ___ see addendum
Critical Care: ___ minutes

Course: same / better / worse

**Consultation / Other data reviewed:**
Consulted Dr. ___ (time) ___
Suggests: admit / discharge / will see ___
Case discussed with: patient / family / other:
Reviewed / discussed with Radiologist
Reviewed: NH / EMS / RN / Old Records / Pt. Quest.

**Clinical Impression:** MVC – L forearm pain / low back

**Disposition:**
___ home ___ admit: ICU / monitor / med. / surg.
___ Transfer to:
Admit physician:
Condition: better / worse / stable / expired
Instructions given: ___ written ___ verbal
Follow up: ___ PMD / other: ___ in ___ days / prn / as scheduled
Restrictions: (___ off work ___ lmtd. Duty ___ gym ___ school) ___ days
Discharge Rx:

☐ Pt. discussed with Attending Dr.
**Sig:** ___ date 2/25/10 Attend. / Resid. / PA / NP
___ date 2/25/10 Attend. / Resid. / PA / NP

See: ___ Addendum ___ Attending note
Copies to:
☐ dictated
☐ chart completed

**Medical Decis. Making:**

**Lab:**
☐ CBC: ___ nl ___ nl except:
Hct ___ Hgb ___
WBC ___
Neut ___ Baso ___ Monos ___
Lymph ___ Eos ___

☐ ABG: on ___ RA / O2: ___ % / L
pH: ___ PO2 ___
PCO2 ___ HCO3 ___
___ nl hypoxic / Acidosis ( met. / resp.)
Alkalosis ( met. / resp. )

☐ P. Ox ___ %: on ___ RA / O2: ___ % / L
___ nl / hypoxic

Other:
☐
CMP: ___ nl ___ nl except:
NA ___ K ___ Glu ___
Cl ___ CO2 ___ Anion gap ___
BUN ___ Creat. ___

UA = (–)

☐ ETOH ☐ Drug screen
☐ PT, PTT, INR ☐ T & C x ___ units RBC
☑ U/A: ___ dip neg ✓ dip neg except:
WBCs ___ Bact. ___ trace
RBCs ___ Dip ___ protein
☐ Preg. Test:

☐ **EKG**
___ NSR ___ nl intervals
___ nl QRS ___ nl ST-T waves
Compared to: ___
___ unchanged / changed
Read by: ___ E.P.
☐ Cardiac monitor: ___ NSR

**Wound Repair:**

| Location | Length / Depth | Repair |
|---|---|---|
| 1) | ___ cm superfic. / SQ / IM | Dermabond / staples<br>___ # of ___ -O ___<br>___ # of ___ -O ___ |
| 2) | ___ cm superfic. / SQ / IM | Dermabond / staples<br>___ # of ___ -O ___<br>___ # of ___ -O ___ |

**Comments:**
___ sensat. intact ___ vasc. intact
Level of contamination: ___ clean / min / mod / severe
Anesthesia: local / digital block ___ mL of ___ c̄: epi / HCO3
___ prep Suture removal instruct: ___ days
___ Explored: ___ no F.B. ___ no tendon inj. / F.B. identified / tendon injury
___ irrigat. ___ debrided ___ undermined ___ revised ___ F.B. removed
(for above: min = 1, mod = 2, extensive = 3)

Copyright © 2000-2005, EvolveMed, Photocopying without permission is prohibited AAEM Templates http://www.aaem.org



107 09 79 2 0056
SCAIFE, JAMES W
4517 W 16TH          O
LITTLE ROCK     AR 72204
02121968 MB501 614-7753

02/25/10 ED



UAMS
MEDICAL
CENTER
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

## EMERGENCY DEPARTMENT
### Clinical Laboratory:  Point of Care Testing

### TRACKING FORM

I-Stat Results

Date Drawn: _____

Time Drawn: _____

Urinalysis Results

Date Drawn: 2/25/10

Time Drawn: _____

Urine Preg. Results

Date Drawn: _____

Time Drawn: _____

**Place I-Stat Label Here**

**List Results Below**

| | |
|---|---|
| Color | Yellow |
| Appearance | Clear |
| Glucose | — |
| Bilirubin | — |
| Ketone | small |
| S.G. | 1.020 |
| Blood | — |
| PH | 6.5 |
| Protein | Trace |
| Uro | 0.2 |
| Nit | — |
| Leu | — |

*Tina Ross RN*
Signature

**List Results Below**

[ ]  Positive (+)

[ ]  Negative (-)

[ ]  Control Confirmed

_____
Signature

Date: _____
Time: _____
**Coloscreen**
[ ] positive
[ ] negative
[ ] control confirmed
Exp: _____
Lot#: _____

_____
Signature

Date: _____
Time: _____
**Hemocult**
[ ] positive
[ ] negative
[ ] control confirmed
Exp: _____
Lot#: _____

_____
Signature



Med Rec 851 (11/08)
ED

PRINTED BY: 036709

DATE     7/18/2011

# UAMS MEDICAL CENTER
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

University Hospital of Arkansas
4301 West Markham Street
Little Rock, Arkansas 72205

## FORWARDING SERVICE REQUESTED

pat_finls658/220

| | | | |
|---|---|---|---|
| CARD NUMBER | MasterCard DISCOVER VISA AMERICAN EXPRESS | | AMOUNT |
| SIGNATURE | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 03/04/10 | 720.22 | 0107097920056 |

SHOW AMOUNT PAID HERE    $

ADDRESSEE: ████████████

REMIT TO: ████████████

JAMES W SCAIFE
2906 BOYD ST
LITTLE ROCK   AR 72204-0000
UNITED STATES

UNIVERSITY HOSPITAL OF ARKANSAS
P.O. BOX 501962
ST. LOUIS, MO 63150-4962

## STATEMENT

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| PATIENT NAME | ACCOUNT NO. | ADMISSION DATE | DISCHARGE DATE | STATEMENT DATE | PAGE |
|---|---|---|---|---|---|
| SCAIFE, JAMES W | 0107097920056 | 02/25/10 | 02/26/10 | 03/04/10 | 1 |

| DATE | DESCRIPTION | TOTAL AMOUNT | INSURANCE CHARGES | PATIENT CHARGES |
|---|---|---|---|---|
| | PHARMACY | 1.50 | | 1.50 |
| | PROSTHETIC DEVICES | 140.52 | | 140.52 |
| | LABORATORY | 24.20 | | 24.20 |
| | RADIOLOGY | 290.50 | | 290.50 |
| | EMERGENCY ROOM | 263.50 | | 263.50 |
| | TOTAL CHARGES | 720.22 | | 720.22 |
| | BALANCE | 720.22 | | |
| | PLEASE PAY THIS AMOUNT | | | 720.22 |

********************* AMOUNTS SHOWN UNDER INSURANCE CHARGES HAVE BEEN BILLED TO YOUR CARRIER *********************

**THIS STATEMENT IS FOR HOSPITAL SERVICES ONLY.
YOU WILL RECEIVE A SEPARATE STATEMENT FOR PHYSICIAN SERVICES.**

Payment in full requested. If you are unable to pay in full,
please contact our billing office at the numbers listed below.

### FOR BILLING INQUIRIES:

Patient Business Services
4120 West Markham
Little Rock, AR 72205
(located directly across Markham from the hospital)

Phone: 501-614-2888
Toll Free: 1-800-264-2675
or on the web at **www.uams.edu/billing/**

| PLEASE PAY THIS AMOUNT | 720.2 |
|---|---|
| AMOUNT PENDING INSURANCE | 0.( |
| CURRENT PATIENT AMOUNT DUE | 720.: |
| NET ADJUSTMENTS | 0. |
| NET PAYMENTS | 0. |
| CURRENT ACCOUNT BALANCE | 720. |

**Arkansas Specialty**
**Orthopaedics**

Arkansas Specialty Care Centers P.A.
600 S. McKinley, Suite 405
Little Rock, AR 72205-5210

501-663-3647 • 800-550-5755

Visit our Website at: www.arspecialty.com

| STATEMENT DATE: | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| **10/18/11** | **$299.48** | **120998** |

PAGE NUMBER: 1   SHOW AMOUNT PAID HERE $

**ADDRESSEE:**

Scaife, James
613 Nan Circle
Little Rock, AR 72211

**REMIT TO:**

**ARKANSAS SPECIALTY CARE CENTERS PA**
600 S MCKINLEY SUITE 405
LITTLE ROCK, AR 72205-5210

**Statement of Charges**

| ACCOUNT NAME | ACCOUNT NUMBER | STATEMENT DATE | PAGE NUMBER |
|---|---|---|---|
| Scaife, James | 120998 | 10/18/11 | 1 |

| DATE | PATIENT | PROVIDER | SERVICE | DESCRIPTION OF SERVICE | CHARGE | INSUR RECEIPT | PATIENT RECEIPT | ADJUST | INSUR BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/11 | James | Luttman... | 97110 | Therapeutic Exercises, 15... | $135.00 | $63.81 | $3.38 | $55.24 | $0.00 | $12.57 |
| 06/03/11 | James | Luttman... | 97110 | Therapeutic Exercises, 15... | $135.00 | $63.81 | | $55.24 | $0.00 | $15.95 |
| 06/07/11 | James | Mackie ... | 97110 | Therapeutic Exercises, 15... | $135.00 | $63.81 | | $55.24 | $0.00 | $15.95 |
| 06/09/11 | James | Mackie ... | 97014 | Electric Stimulation Therapy | $28.00 | $8.62 | | $17.22 | $0.00 | $2.16 |
| 06/09/11 | James | Mackie ... | 97110 | Therapeutic Exercises, 15... | $135.00 | $63.81 | | $55.24 | $0.00 | $15.95 |
| 06/13/11 | James | Hearn O... | 97110 | Therapeutic Exercises, 15... | $45.00 | $20.58 | | $19.27 | $0.00 | $5.15 |
| 06/13/11 | James | Hearn O... | 97530 | Therapeutic Activities, O... | $42.00 | $24.62 | | $11.22 | $0.00 | $6.16 |
| 06/15/11 | James | Luttman... | 97014 | Electric Stimulation Therapy | $28.00 | $8.62 | | $17.22 | $0.00 | $2.16 |
| 06/15/11 | James | Luttman... | 97110 | Therapeutic Exercises, 15... | $135.00 | $63.81 | | $55.24 | $0.00 | $15.95 |
| 06/20/11 | James | Frazier MD | 99213 | Office/outpatient Visit, ... | $110.00 | $0.00 | | $110.00 | $0.00 | $0.00 |
| 06/20/11 | James | Frazier MD | 73100 | X-ray, Wrist; Two Views | $61.00 | $22.90 | | $32.38 | $0.00 | $5.72 |
| 07/25/11 | James | Frazier MD | 99212 | Office/outpatient Visit, ... | $67.00 | $31.09 | | $28.14 | $0.00 | $7.77 |
| 08/16/11 | James | Frazier MD | 25275 | Repair, Tendon Sheath, Ex... | $1,492.00 | $487.94 | | $882.08 | $0.00 | $121.98 |
| 08/29/11 | James | Mackie ... | 97760 | Orthotics Management And ... | $40.00 | $26.39 | | $7.01 | $0.00 | $6.6 |
| 08/29/11 | James | Mackie ... | L3906 | Wrist Gauntlet Molded To Pt | $458.00 | $261.63 | | $130.96 | $0.00 | $65.4 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|
| $72.01 | $121.98 | $13.49 | $92.00 | $0.00 | $299.48 |

Balance Represented As Of Date Of Statement Only; Balance May Change Based On Internal Review Of Insurance Adjustments.

**DUE FROM PATIENT ▷   $299.48**

ARKANSAS SPECIALTY CARE CENTERS, P.A. ● 501-663-3647 ● 800-550-5755

NG10180603S1324  79

## ART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 02-11122-087-630 | | | | | | |
| **Ar Specialty Care Cente, Suite 102,** | | | | | | **b** |
| **600 So Mckinley , Little Rock, AR  72205-5211** | | | | | | |
| Referred by: Frazier, George Thomas | | | | | | |
| Mackie, Lois | | | | | | |
| 04/27/11 | 1.0 Ot evaluation (97003-GO) | $122.00 | $76.02 | $60.82 | $15.20 | |
| 04/27/11 | 1.0 Therapeutic exercises (97110-GO) | 45.00 | 25.73 | 20.58 | 5.15 | a |
| | **Claim Total** | **$167.00** | **$101.75** | **$81.40** | **$20.35** | |
| Claim number 02-11146-087-370 | | | | | | |
| **Ar Specialty Care Cente, Suite 102,** | | | | | | |
| **600 So Mckinley , Little Rock, AR  72205-5211** | | | | | | |
| Dr. Frazier Jr, George T.  M.D. | | | | | | |
| 05/23/11 | 1.0 X-ray exam of wrist (73100-LT) | $61.00 | $28.62 | $22.90 | $5.72 | |
| Claim number 02-11088-209-960 | | | | | | |
| **Caruthers And Wolverton PLLC,** | | | | | | |
| **6924 Geyer Springs Rd ,** | | | | | | |
| **Little Rock, AR  72209-2728** | | | | | | |
| Dr. Wolverton, John M.D. | | | | | | |
| 03/25/11 | 1.0 Office/outpatient visit est (99213) | $100.00 | $65.06 | $52.05 | $13.01 | |
| Claim number 02-11140-191-110 | | | | | | |
| **Caruthers And Wolverton PLLC,** | | | | | | |
| **6924 Geyer Springs Rd ,** | | | | | | |
| **Little Rock, AR  72209-2728** | | | | | | |
| Dr. Wolverton, John M.D. | | | | | | |
| 05/18/11 | 1.0 Office/outpatient visit est (99213) | $100.00 | $65.06 | $52.05 | $13.01 | |
| Claim number 02-11138-294-950 | | | | | | |
| **Chenal MRI LLC, P O Box 4003,** | | | | | | |
| **Macon, GA  31208-4003** | | | | | | |
| Referred by: Rosenzweig, Kenneth | | | | | | |
| 05/09/11 | 1.0 Mri chest spine w/o dye (72146) | $1,299.00 | $392.83 | $314.26 | $78.57 | a |

**Your Medicare Number: XXX-XX-1270A**

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 02-11103-139-960 | | | | | | |
| **Kenneth M Rosenzweig, MD, PA, PO Box 242180,** | | | | | | |
| **Little Rock, AR 72223-0041** | | | | | | |
| Dr. Rosenzweig, Kenneth M.D. | | | | | | |
| 04/08/11 | 1.0 Office/outpatient visit new (99204) | $210.00 | $148.75 | $119.00 | $29.75 | |
| 04/08/11 | 1.0 X-ray exam of thoracic spine (72070) | 80.00 | 31.92 | 25.54 | 6.38 | |
| 04/08/11 | 1.0 X-ray exam of lower spine (72100) | 80.00 | 37.87 | 30.30 | 7.57 | |
| | **Claim Total** | **$370.00** | **$218.54** | **$174.84** | **$43.70** | |
| Claim number 02-11132-194-600 | | | | | | |
| **Kenneth M Rosenzweig, MD, PA, PO Box 242180,** | | | | | | |
| **Little Rock, AR 72223-0041** | | | | | | |
| Dr. Rosenzweig, Kenneth M.D. | | | | | | |
| 05/09/11 | 1.0 Office/outpatient visit est (99214) | $135.00 | $96.69 | $77.35 | $19.34 | |
| Claim number 02-11140-148-860 | | | | | | |
| **Kenneth M Rosenzweig, MD, PA, PO Box 242180,** | | | | | | |
| **Little Rock, AR 72223-0041** | | | | | | |
| Dr. Rosenzweig, Kenneth M.D. | | | | | | |
| 05/17/11 | 1.0 Office/outpatient visit est (99214) | $135.00 | $96.69 | $77.35 | $19.34 | |
| 05/17/11 | 1.0 X-ray exam of neck spine (72040) | 75.00 | 36.30 | 29.04 | 7.26 | |
| | **Claim Total** | **$210.00** | **$132.99** | **$106.39** | **$26.60** | |
| Claim number 02-11108-263-990 | | | | | | |
| **Little Rock Anesthesia Services,** | | | | | | |
| **500 So University #505 ,** | | | | | | |
| **Little Rock, AR 72205-5307** | | | | | | |
| Referred by: Frazier, George Thomas | | | | | | |
| Wheeler, Donna | | | | | | |
| 04/14/11 | 4.0 Anesth lower arm surgery (01830-QZ) | $665.00 | $138.53 | $110.82 | $27.71 | a |

Durham & Durham Attorneys at Law
Dept. 8403
P.O. Box 1259
Oaks, PA 19456



# DURHAM & DURHAM L.L.P.

ATTORNEYS AT LAW

**5665 New Northside Drive, Suite 340**
**Atlanta, Georgia 30328**
*Telephone:  770-874-6800*
*Toll Free:  1-866-884-1000*
*Facsimile:  770-874-6815*
*www.Durham-Durham.com*

October 06, 2011

8199-845

JAMES SCAIFE
613 NAN CIR
LITTLE ROCK, AR 72211-2677

| RE: | Outstanding Medical Invoice - Arkansas Emergency Group |
|---|---|
| Our File Number: | 4736372 |
| Date of Service: | 5/18/2011 |
| **Outstanding Balance:** | **$361.00** |

### FIRST NOTICE

Dear James Scaife:

Medical services have been provided to you as noted above and full payment has not been received for these services.  Your account in the amount shown above has been forwarded to this office by the physician group for accountability.  This outstanding balance is your responsibility.

Please send payment to the address listed below so we may clear your debt from our records.  Return this form with your full payment or pay online at www.Durham-Durham.com.  Make your check or money order payable to Durham & Durham and upon receipt of your payment the account will be closed.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.  Unless this account or any portion thereof is disputed within 30 days from receipt of this notice, we will assume this debt to be valid.  If you dispute this debt or any portion thereof within this 30-day time period, we will furnish, at your written request, a verification of this debt, or the name and address of the original creditor.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  If you have any questions please contact our office.

Thank you for your attention to this matter.

Respectfully yours,
Durham & Durham, L.L.P.

---

JAMES SCAIFE
613 NAN CIR
LITTLE ROCK, AR 72211-2677

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA | | ☐ MASTERCARD |
| CARD NUMBER | EXP. DATE | AMOUNT |
| SIGNATURE | PHONE (with area code) | |

Or Pay Online at: www.Durham-Durham.com

RE: Outstanding Medical Invoice
Date of Service: 5/18/2011
Our File Number: 4736372
**Outstanding Balance: $361.00**

Please make checks payable to:

DURHAM & DURHAM, L.L.P.
5665 New Northside Drive, Suite 340
Atlanta, GA 30328



8199 - 845

**ACM** P.O. Box 22267
LITTLE ROCK, AR 72221-2267

04-798256

| CHARGE | MASTERCARD | CHECK | SINGLE PAYMENT | VISA | ☐ VISA |
|---|---|---|---|---|---|
| CARD NUMBER | | | VERIFICATION # | | |
| CARDHOLDER NAME | | | EXP. DATE | | |
| SIGNATURE | | | AMOUNT | | |

SEPTEMBER 15, 2011

ACCOUNT NO.: 04-798256   TOTAL DUE:   27.71

**AMOUNT ENCLOSED:** $ _____

**PLEASE REMIT PAYMENT TO:**

**JAMES SCAIFE**
**613 NAN CIR**
**LITTLE ROCK, AR 72211-2677**

Ilııılıılıılıılıılıılıılılılıılıılıılıılıılıılıılıılıılıl

ACCESS CREDIT MANAGEMENT
P.O. BOX 22267
LITTLE ROCK AR 72221-2267

04-798256H1-2641

PLEASE DETACH AND MAIL THIS PORTION WITH YOUR PAYMENT

SEPTEMBER 15, 2011

## ACCESS CREDIT MANAGEMENT
*A Professional Debt Recovery Organization*

Post Office Box 22267
Little Rock, AR 72221-2267
Telephone: 501-664-2341
Toll Free: 800-574-6308
Fax: 501-664-3207

DEAR JAMES SCAIFE:

We are a collection agency.  Your account has been listed with our agency for collection.  Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any part thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Unless you dispute this debt, or any portion of this debt, please remit your payment in full.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

| | |
|---|---|
| ACCOUNT BALANCE: | $27.71 |
| ACCOUNT NUMBER: | 04-798256 |
| ORIGINAL CREDITOR: | LITTLE ROCK ANESTHESIA SERVICES |
| DEBTOR(S): | JAMES SCAIFE |

**VERIFICATION**

I Catarina Drost, as a representative and employee in the business office of Capital Health Care, do hereby verify that the above information is true and correct to the best of my information, knowledge and belief.

*Catarina Drost*

SUBSCRIBED AND SWORN to before me, a Notary Public, in and for the county of Saline, State of Arkansas, this 23rd day of June 2010.

*Donna Sikes*

**Notary Public**

My Commission Expires:

```
OFFICIAL SEAL - #12372657
        DONNA SIKES
   NOTARY PUBLIC-ARKANSAS
         SALINE COUNTY
MY COMMISSION EXPIRES: 08-20-19
```

2010014080 Received 11/29/2010 11:57:22 AM
Recorded: 11/29/2010 12:00:46 PM Filed &
Recorded in Official Records of PAT O'BRIEN,
PULASKI COUNTY CIRCUIT/COUNTY CLERK

### SUPPLEMENTARY NOTICE OF HOSPITAL LIEN

Fees $15.00

Pursuant to Ark. Code Ann. 18-46-106 (1999 Supp.) this Supplementary Notice is hereby given that Capital Health Care has and asserts a lien on any claim, right of action or money to which   James Scaife , whose address is 2906 Boyd St., Little Rock, AR 72204, his/her estate, heirs, administrators or assigns are entitled. This lien arises from medical services rendered to James Scaife on 3/4/10 to 6/21/10, due to personal injuries sustained by James Scaife, as a result of a motor vehicle accident which accident occurred at Roosevelt and Booker, Little Rock, AR on 2/25/10.

The services rendered are in the amount of $1525.00, as more fully set forth in the itemized statement of account set forth as Exhibit "A" and incorporated herein. This lien is claimed against Dennis Dorrell, whose address is 12806 Pine Ridge, Alexander, AR 72022  and against America First whose address is 1600 Colons Blvd., Richardson, TX, 75080 his/her insurer. It is lien claimant's information and belief that the insurance claim number is 703959510.

This Supplementary Notice of Hospital Lien supplements a Notice of Hospital Lien filed in the office of the Pulaski County, Arkansas Circuit Clerk as Instrument No. 2010037405.



Capital Health Care
2910 S. University Ave.
Little Rock, AR  72204

By

SUBSCRIBED AND SWARN to before me, a Notary Public, in and for the County of Saline, State of Arkansas, on this 19th day of November 2010.

Notary Public

My Commission expires:

OFFICIAL SEAL - #12372657
**DONNA SIKES**
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
MY COMMISSION EXPIRES: 08-20-19

2010074180 Received: 11/29/2010 4:03:46 PM Filed & Recorded in Official Records of PAT O'BRIEN, PULASKI COUNTY CIRCUIT/COUNTY CLERK Fee: $15.00

## SUPPLEMENTARY NOTICE OF HOSPITAL LIEN

Pursuant to Ark. Code Ann. 18-46-106 (1999 Supp.) this Supplementary Notice is hereby given that Capital Health Care has and asserts a lien on any claim, right of action or money to which   James Scaife , whose address is 2906 Boyd St., Little Rock, AR 72204, his/her estate, heirs, administrators or assigns are entitled. This lien arises from medical services rendered to James Scaife on 3/4/10 to 6/21/10, due to personal injuries sustained by James Scaife, as a result of a motor vehicle accident which accident occurred at Roosevelt and Booker, Little Rock, AR on 2/25/10.

The services rendered are in the amount of $1525.00, as more fully set forth in the itemized statement of account set forth as Exhibit "A" and incorporated herein. This lien is claimed against Dennis Dorrell, whose address is 12806 Pine Ridge, Alexander, AR 72022  and against America First whose address is 1600 Colons Blvd., Richardson, TX, 75080 his/her insurer. It is lien claimant's information and belief that the insurance claim number is 703959510.

This Supplementary Notice of Hospital Lien supplements a Notice of Hospital Lien filed in the office of the Pulaski County, Arkansas Circuit Clerk as Instrument No. 2010037405.



Capital Health Care
2910 S. University Ave.
Little Rock, AR  72204

By

SUBSCRIBED AND SWARN to before me, a Notary Public, in and for the County of Saline, State of Arkansas, on this 19th day of November 2010.

Donna Sikes

Notary Public

My Commission expires:

OFFICIAL SEAL - #12372657
**DONNA SIKES**
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
MY COMMISSION EXPIRES: 08-20-19

# Capital Health Care

## CONFIDENTIAL PATIENT INFORMATION

### PLEASE PRINT

PATIENT DATA

(First, Middle, Last Name)

NAME __James W. Scaife__

HOME ADDRESS __2906 Boyd St__

MAILING ADDRESS __Same__

AGE __42__          BIRTH DATE __2/12/68__

EMPLOYER __None__

NAME OF SPOUSE OR PARENT (circle one) __Terese Scaife__

NEAREST RELATIVE (other than spouse) _____

DATE OF LAST PHYSICAL EXAM __08__     X-RAYS __08/4/08__   SERIOUS ILLNESS __Back injury__

SOCIAL SECURITY __429 - 57 - 1270__

HOME PHONE __501-944-2440__     EMERGENCY # __501-960-3__

CITY __Little Rock__          ZIP CODE __72204__

CITY _____          ZIP CODE _____

MARITAL M(S)W D  HOW MANY CHILDREN? __2__

ADDRESS _____          PHONE # _____

EMPLOYER _____

ADDRESS _____

## Mark areas of Pain in Red
## Mark areas of Tingling/ Numbness in Blue



I clearly understand and agree that all services rendered to me are charged directly to me and that I am personally responsible for payment. I also understand that if I suspend or terminate my care and treatment, any fees for professional services rendered to me will be immediately due and payable I also authorize the release of any information pertinent to my case to any insurance company, adjuster, or attorney involved in this case

Patient's Signature __James Scaife__                                      Date __3/4/08__

Guardian or Spouse's
Signature Authorizing Care _____                                       Date: _____

Information Taken By: __Tonya Howard__                                Date: __3.4.10__

### PLEASE COMPLETE THE INFORMATION ON THE REVERSE SIDE ALSO

**PERSONAL INJURY**          DO NOT LEAVE ANY BLANK SPACES.

Type of accident  ☑Auto/Auto   ☐ Auto/Pedestrian   ☐ Slip and Fall   ☐ Other, please explain_____

Accident date **2/25/10** Time **3:20** (AM or PM)   Have you lost any days work/school? ☐ Yes – From _____ to _____ ☑No

Have you retained an attorney? ☐ Yes  ☑No   Attorney Name _____   Phone # _____

Please provide a brief description of how the injury occurred **Man pulled out in front of me**
_____

IF AN AUTO INJURY, PLEASE FILL OUT THE FOLLOWING: Were you: ☑ Driver  ☐ Passenger  (Back / Front) ☐ Other _____

**AUTO INSURANCE OF YOUR VEHICLE – REQUIRED REGARDLESS OF FAULT (IF A MINOR CHILD, PROVIDE PARENTS AUTO INFO)**

Do you own a vehicle? ☑ Yes  ☐ No   Do you have auto insurance? ☑ Yes ☐ No   Were you in your vehicle? ☑ Yes ☐ No

YOUR Auto Insurance Carrier **McGehee AAA**   Name of the Driver (if other than yourself) _____

Have you opened a claim on your ins? ☐ Yes ☐ No  Policy/Claim # _____ Agent/Adjuster Name _____ Phone # _____

**AUTO INSURANCE OF THE VEHICLE YOU WERE IN AT THE TIME OF THE ACCIDENT – REQUIRED REGARDLESS OF FAULT**

Same as above: ☐ Yes   ☐ No (if no, complete this section)   Did the vehicle you were in have auto insurance ☐ Yes ☐ No

Auto Insurance Carrier _____**Same**_____ Driver Name _____ Policy Holder Name _____

Policy #/Claim #_____   Agent/Adjuster Name _____   Phone # _____

**AUTO INSURANCE OF THE PERSON RESPONSIBLE FOR THE ACCIDENT**

Name of the driver at the time of the accident **Dennis Dorrell**   Did they have auto insurance ☑ Yes  ☐ No

Auto Insurance Carrier **Stephens**   Policy Holder Name (if other than driver) **TMGT LLC**

Policy #/Claim # **BA 8201896**   Agent/Adjuster Name _____   Phone # _____

**ACCIDENT INFORMATION**

Accident Location:  Name of street and closest bisecting street **Roosevelt, Booker** City **LR** State **AR**

Direction you were traveling **East**           Were you  ☑Going straight ☐Turning (left or right) ☐Stopped

# of Vehicles Involved **2** / # of Persons Involved **3**   State exactly where your car was struck (side, front, rear, etc) **front-right**

Was a police report made? ☑ Yes - report number: **19287**  ☐ No   Did you see the accident coming? ☑Yes ☐ No

Were seat belts worn? ☑ Yes  ☐ No     Were your airbags deployed? ☑ Yes ☐ No

Upon impact which way were you thrown? ☐ Backward  ☐ Forward  ☐ Left  ☐ Right  ☑Multiple directions

Which areas of your body hurt immediately after the accident? **back, wrist**

Did you strike your head? ☐ Yes ☑ No  If yes, what area? ☐ Forehead ☐ Back ☐ Left side ☐ Right side ☐ Top ☐ Face

Was there a "blinding or explosion" sensation in the head? ☐ Yes ☑No

Were you conscious at all times? ☑ Yes ☐ No     Were you able to get out of the car and walk? ☑ Yes ☐ No

Could you move all parts of your body? ☐ Yes ☑ No  Were you transported by Ambulance? ☐ Yes ☑No

Did you go to the hospital? ☑ Yes – Hospital Name: **Vans**                 ☐ No

If yes, how long were you at the hospital? ☑ Treated & Released   ☐ Kept Overnight  ☐ Kept _____ days

If yes, what was done? ☑ Examination  ☐ X-Rays  ☑ Medications

Were you able to sleep the night of the accident? ☐ Yes ☑No  What discomfort did you have the first night? **back, wrist, neck**

The next day? **back, wrist, neck, arm**

DOB 2.12.08   DOI/DOO _____   M.S. _____   Occ. _____   Ref. _____

PC  CA  HI  WC  PI  PI/Atty.   Other _____   Atty. _____

Ins. Cov. _____   Pt. Aggmt. _____

TTD/PD From _____ to _____ SDI/WC Limits/Restricts. _____
TTD/PD From _____ to _____ SDI/WC Limits/Restricts. _____
TTD/PD From _____ to _____ SDI/WC Limits/Restricts. _____

Subjective Complaints/Symptoms



| LISTING | SEG | XRAY FINDINGS/NOTES |
|---|---|---|
| | OCC | |
| | C1 | |
| | C2 | |
| | C3 | |
| | C4 | |
| | C5 | |
| | C6 | |
| | C7 | |
| | T1 | |
| | T2 | |
| | T3 | |
| | T4 | |
| | T5 | |
| | T6 | |
| | T7 | |
| | T8 | |
| | T9 | |
| | T10 | |
| | T11 | |
| | T12 | |
| | L1 | |
| | L2 | |
| | L3 | |
| | L4 | |
| | L5 | |
| | SAC | |
| | IL | |
| | PEL | |
| | COC | |

Tx. Plan/Recom./H.I./Referrals/Comments

Date Given
3.10.10

PI ☐   SCC ☐   Dr. 1st Call ☐   RC ☐   RE1 ☐   RE2 ☐   RE3 ☐   IR ☐   PR ☐   FR ☐   Other _____

| # | DATE | PT. | SOAP NOTES (Subjective, Objective, Assessment, Plan) | SERVICES | NEXT O |
|---|---|---|---|---|---|
| 1 | MAR 04 2010 | | Exam Lx | NP3XL2 msc t ht+c f | |
| 2 | | | Pt Px LS @ t Otcy @ Lx Rng Dual | OVI msltes | |
| 3 | | | Pt Rxs @ Lt tngl + Ls Spsm MRI Ls | OVI ms tshot | |
| 4 | 09 2010 | | Pt Rxs fu bess ↓ ⊘ cry Lbs | OVI ms H T m | |
| 5 | MAR 10 2010 | | Pt Px feel better ↓ days Lx + | OVI ms H T m | |
| 6 | | | Pt Rxs low tngl r ⊘ Hnd Cx | OVI ms H T m | |
| 7 | MAR 12 2010 | | Pt still having LBP Lt wrist ⊘ Adj to LB for Lsl Lt Wrist gave relief | OVI ms H. M | |
| 8 | MAR 15 2010 | | Pt Rxs feel ⊘ r Ls Cx | OVI ms H M | |
| 9 | MAR 16 2010 | | Pt Rxs feel ⊘ r ⊘ wst cry | OVI ms H m | |

| # | DATE | P.T. | SOAP NOTES (Subjective, Objective, Assessment) | SERVICES | NEXT |
|---|------|------|-----------------------------------------------|----------|------|
| | *illegible* | | *illegible* | OV/MSH MS/M | |
| | MAR 19 2010 | | *illegible* + Trylt | OV/MSH Ex Tx | |
| | MAR 22 2010 | | *illegible* DLS *illegible* | OV/MSH MS | |
| | MAR 24 2010 | | *illegible* | OV/MSH MS | |
| | MAR *illegible* | | *illegible* | OV/MS MS | |
| | APR 01 2010 | | *illegible* | OV/MS MS | |
| | APR 07 2010 | | *illegible* | OV/MS MSH | F |
| | APR 09 2010 | | *illegible* | MS MS | |
| | APR 12 2010 | | *illegible* | MSH MS | |
| | APR 14 2010 | | *illegible* | MSH | |
| | APR 16 2010 | | *illegible* | MSH | |
| | APR 19 2010 | | *illegible* DLS *illegible* | MSH | |
| | APR 21 2010 | | *illegible* | MSH | |
| | APR 23 2010 | | *illegible* | MSH | |
| | APR 28 2010 | | *illegible* | MSH | |
| 25 | MAY 0 2010 | | *illegible* | MSH | |
| | MAY 04 2010 | | *illegible* Orth *illegible* 5 T-P | MSH | M |
| | MAY 06 2010 | | *illegible* | MSH | |
| 28 | MAY 10 2010 | | *illegible* | MSH | |
| | MAY 12 2010 | | *illegible* LS *illegible* | MSH | |
| | MAY 17 2010 | MSH | *illegible* | MSH | |
| | MAY __ 2010 | MSH | *illegible* | MSH | |
| | MAY 25 2010 | MSH | *illegible* | MSH | |
| | MAY 28 2010 | MSH | *illegible* | MSH | |
| | JUN 01 2010 | | *illegible* | MSH | |
| 35 | JUN 07 2010 | C: MSH / L: MSH | C3-RP, L2-L4-LP, (L) WRIST | OV2 MSH | U |
| | JUN 09 2010 | C: MSH | L5-1P, R-PELILUM | MSH | |

| # | DATE | P.T. | SOAP NOTES (Subjective, Objective, Assessment, Plan) | SERVICES | NEXT |
|---|------|------|------------------------------------------------------|----------|------|
| 10 | JUN 11 2010 | C: MSH<br>T: MSH<br>L: | Tight paraspinals (L) Lumbars | MSH | |
| 11 | JUN 14 2010 | C: nill<br>T:<br>L: MSH | Pt felt Better in es | msH | |
| 12 | JUN 17 2010 | C: 2cc4<br>T:<br>L: ucc | Dr. Cutters gro | ucc | |
| 13 | JUN 21 2010 | C: (R15)<br>T:<br>L: | Heel | MEZ | |
| 14 | | C:<br>T:<br>L: | | | |
| 15 | | C:<br>T:<br>L: | | | |
| 16 | | C:<br>T:<br>L: | | | |
| 17 | | C:<br>T:<br>L: | | | |
| 18 | | C:<br>T:<br>L: | | | |
| 19 | | C:<br>T:<br>L: | | | |
| 20 | | C:<br>T:<br>L: | | | |
| 21 | | C:<br>T:<br>L: | | | |
| 22 | | C:<br>T:<br>L: | | | |
| 23 | | C:<br>T:<br>L: | | | |
| 24 | | C:<br>T:<br>L: | | | |
| 25 | | C:<br>T:<br>L: | | | |
| 26 | | C:<br>T:<br>L: | | | |
| 27 | | C:<br>T:<br>L: | | | |
| 28 | | C:<br>T:<br>L: | | | |
| 29 | | C:<br>T:<br>L: | | | |
| 30 | | C:<br>T:<br>L: | | | |
| 31 | | C:<br>T:<br>L: | | | |
| 32 | | C:<br>T:<br>L: | | | |
| 33 | | C:<br>T:<br>L: | | | |
| 34 | | C:<br>T:<br>L: | | | |
| 35 | | C:<br>T:<br>L: | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Examiner | | | | | | | |
| Date | | 6-21-10 | | | | | |
| Ht./Wt. | 58 | 215 | 57 | 216 | | | |
| .B.P/Pulse | | | | | | | |

**SITTING**

| | L    R | L    R | L    R | L    R |
|---|---|---|---|---|
| Georges Test | | | | |
| Dynamometer | 1  2  3  1  2  3 | 1  2  3  1  2  3 | 1  2  3  1  2  3 | 1  2  3  1  2  3 |

**Reflexes (N H D A)**

| | L    R | L    R | L    R | L    R |
|---|---|---|---|---|
| Brachioradialis (C5-C6) | | | | |
| Triceps (C6-C7) | | | | |
| Radial (C7-T1) | | | | |
| Patellar (L2-L4) | 2+  2+ | 2+  2+ | | |
| Achilles (L5-S2) | | | | |

**Cervical ROM (S A D L R)**

| | N° | PT°    PAIN | PT°    PAIN | PT°    PAIN | PT°    PAIN |
|---|---|---|---|---|---|
| Flexion | 60 | | | | |
| Extension | 50 | | | | |
| R. Lateral | 40 | | | | |
| L. Lateral | 40 | | | | |
| R. Rotation | 90 | | | | |
| L. Rotation | 90 | | | | |

| | L   C   R | L   C   R | L   C   R | L   C   R |
|---|---|---|---|---|
| Foramina Compression | | | | |
| Max C. Compression | | | | |
| Shoulder Depressor | | | | |
| C. Distraction | L   C   R | L   C   R | L   C   R | L   C   R |
| Bechterew | L   B   R | L   B   R | L   B   R | L   B   R |
| Dejer/Valsalvas | C   T   L | C   T   L | C   T   L | C   T   L |

**STANDING**

| | +    − | +    − | +    − | +    − |
|---|---|---|---|---|
| Minors | | | | |
| Posture | 1  2  3  4 | 1  2  3  4 | 1  2  3  4 | 1  2  3  4 |
| Movement/gait | N   G   D | N   G   D | N   G   D | N   G   D |

**Dorsolumbar ROM (S A D L R)**

| | N° | PT°    PAIN | PT°    PAIN | PT°    PAIN | PT°    PAIN |
|---|---|---|---|---|---|
| Flexion | 90 | 40   + | 50   sev | | |
| Extension | 30 | 16   + | 2+ | | |
| R. Lateral | 25 | 9   + | 2+ | | |
| L. Lateral | 25 | 10   + | 20 | | |
| R. Rotation | 30 | 14   + | 27 | | |
| L. Rotation | 30 | 12   + | 28 | | |

| | L   C   R | L   C   R | L   C   R | L   C   R |
|---|---|---|---|---|
| Kemps | | | | |
| Adams/Percussion | C   T   L | C   T   L | C   T   L | C   T   L |
| Neri Bowing | | | | |
| Heel walk (L5) | +    − | +    − | +    − | +    − |
| Toe walk (S1) | +    − | +    − | +    − | +    − |
| Rombergs | +    − | +    − | +    − | +    − |

# CONSULTATION

Patient _Scaife James_ _J Scaife_ (LAST)   Date _3/4/10_
(FIRST)   (M.I.)

Referred by _____

## SUBJECTIVE COMPLAINTS/SYMPTOMS

C.C. (1) _Shoulder_ ®

1. (1) _wrist_

2. _LSD_

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

Date symptoms first started _____

Has this happened before   Y   N   How many times _____

Onset was – (acute)   gradual   chronic

(Accident) or Illness   Etiology _____

Type of Accident  (Auto)  Work   Other _____ Date of Acc. _____

What symptoms were present **before** the acc./inj. occured _____

_____

_____

How has your condition interfered with your work or daily living _____

_____

Previous conditions _____

Past Acc./Inj.   Date _06_   Type _MVA_
                 Date _____ Type _____

Surgeries   Date _____ Type _none_
            Date _____ Type _____

Fractures   Date _____ Where _none_
            Date _____ Where _____

Family members w/ similar conditions _____

Other Doctors seen for this condition  Y  N  MD  DC  DO  PT  Other

Dr. _____ Location _____

Reason for Tx _____

Tx received _____

Results of Tx _____

Date of last Tx _____ Last exam _____ Last x-rays _____

Additional comments _____

**W.C.** Date of Inj. _____ Time of Inj. _____

Employer _____

How Did Inj. Occur _____

_____

_____

_____

_____

Reported  Y  N  To Whom _____ Position _____

Was Health Care Offered/Directed   Y   N   If yes, what

X-Rays   Y   N   Where _____

TTD  Y  N   PD   Y   N   How Long _____

Additional comments _____

**P.I.** Date of Inj. _____ Time of Inj. _____

Location of Inj. _____

How did inj. occur _Car pile up_

_____

_____

_____

Was Acc. reported   Y   N      Police Report   Y   N      Seat Belts

Medical Tx? _____ Where _____

Tx rendered _____ X-rays

Hospitalization   Y   N   Where _____

Has patient retained an atty.  Y  N  Name _____

Additional comments _____



R
ggards
wstring
.R
R/milgrams
dthwaits
enslens
ricks
to Hall/Linders

**PRONE**
rfield/Short Leg
chlas
Heel to Buttock
chsens
lis/Hibbs

**PALPATION**

| | +1 to +4 Mild-Severe Pain S=Spasm E=Edema | |
|---|---|---|
| L | | R |
| | OCC | |
| | C1 | |
| | C2 | |
| | C3 | |
| | C4 | |
| | C5 | |
| | C6 | |
| | C7 | |
| | T1 | |
| | T2 | |
| | T3 | |
| | T4 | |
| | T5 | |
| | T6 | |
| | T7 | |
| | T8 | |
| | T9 | |
| | T10 | |
| | T11 | |
| | T12 | |
| | L1 | |
| | L2 | |
| | L3 | |
| | L4 | |
| | L5 | |
| | SAC | |
| | IL | |
| | PEL | |
| | COC | |

L - LS Disc   + - LS Disc   + - LS Disc   + - LS Disc
- SI LS   + SI LS   + - SI LS   + - SI LS
C T L   C T L   C T L   C T L

L R   L R   L R   L R

**Dermatomes (N H D A)**
area

**Comments**

**PALPATION**

| +1 to +4 M-S Pain, S=Spasm E=Edema | |
|---|---|
| L | R |
| OCC | |
| C1 | |
| C2 | |
| C3 | |
| C4 | |
| C5 | |
| C6 | |
| C7 | |
| T1 | |
| T2 | |
| T3 | |
| T4 | |
| T5 | |
| T6 | |
| T7 | |
| T8 | |
| T9 | |
| T10 | |
| T11 | |
| T12 | |
| L1 | |
| L2 | |
| L3 | |
| L4 | |
| L5 | |
| SAC | |
| IL | |
| PEL | |
| COC | |

**Dermatomes (N H D A)**
area

**Original symptoms still present**
1.
2.
3.
4.
5.

**New symptoms/exacerbations**
1.
2.
3.
4.
5.

**Pt. reports**
% improvement

**Comments**

**PALPATION**

| +1 to +4 M-S Pain, S=Spasm E=Edema | |
|---|---|
| L | R |
| OCC | |
| C1 | |
| C2 | |
| C3 | |
| C4 | |
| C5 | |
| C6 | |
| C7 | |
| T1 | |
| T2 | |
| T3 | |
| T4 | |
| T5 | |
| T6 | |
| T7 | |
| T8 | |
| T9 | |
| T10 | |
| T11 | |
| T12 | |
| L1 | |
| L2 | |
| L3 | |
| L4 | |
| L5 | |
| SAC | |
| IL | |
| PEL | |
| COC | |

**Dermatomes (N H D A)**
area

**Original symptoms still present**
1.
2.
3.
4.
5.

**New symptoms/exacerbations**
1.
2.
3.
4.
5.

**Pt. reports**
% improvement

**Comments**

**PALPATION**

| +1 to +4 M-S Pain, S=Spasm E=Edema | |
|---|---|
| L | R |
| OCC | |
| C1 | |
| C2 | |
| C3 | |
| C4 | |
| C5 | |
| C6 | |
| C7 | |
| T1 | |
| T2 | |
| T3 | |
| T4 | |
| T5 | |
| T6 | |
| T7 | |
| T8 | |
| T9 | |
| T10 | |
| T11 | |
| T12 | |
| L1 | |
| L2 | |
| L3 | |
| L4 | |
| L5 | |
| SAC | |
| IL | |
| PEL | |
| COC | |

**Dermatomes (N H D A)**
area

**Original symptoms still present**
1.
2.
3.
4.
5.

**New symptoms/exacerbations**
1.
2.
3.
4.
5.

**Pt. reports**
% improvement

**Comments**

| CERVICAL | | THORACIC | | LUMBAR | | MISC. | |
|---|---|---|---|---|---|---|---|
| C. Syndrome | | 24. 722.11 T. Disc Syndrome | | 40. 722.1 L. disc syndrome | | 62. 840.0 | Shoulder sprain/strain |
| Cervicocranial Syndrome | | 25. 353.3 T. Plexus Disorder | | 41. 722.93 L. disc disorder | | 63. 719.41 | Shoulder pain |
| C. Disc Syndrome | | 26. 724.1 T. spine pain | | 42. 353.1 L. plexus disorder | | 64. 726.10 | Shoulder bursitis |
| Cervicobrachial Syndrome | | 27. 722.51 T. Disc degeneration | | 43. 724.6 L.S. or S.I. joint disorders | | 65. 841.0 | Elbow sprain/strain |
| C. Plexus disorder | | 28. 724.4 T. neuritis/radiculitis | | 44. 724.2 L. syndrome/Lumbalgia | | 66. 726.3 | Elbow bursitis, epicondylitis |
| C. Myofascitis | | 29. 724.4 T. radiculitis | | 45. 724.5 Backache | | 67. 727.19 | Elbow tenosynovitis |
| C. Myositis, C. polymyositis | | 30. 786.5 Chest pain | | 46. 724.3 Sciatica | | 68. 844.0 | Knee sprain/strain |
| C. Neuralgia | | 31. 720.9 T. spondylitis | | 47. 724.4 L. neuritis/radiculitis | | 69. 726.6 | Knee bursitis |
| C. Nerve Root Compression | | 32. 847.1 T. sprain/strain | | 48. 722.52 L. disc degeneration | | 70. 727.09 | Knee tenosynovitis |
| C. Brachial radiculitis/neuritis | | 33. 721.2 T. osteoarthritis | | 49. 724.8 L. facet syndrome | | 71. 845.0 | Ankle sprain/strain |
| C. spine pain/cervicalgia | | 34. 737.3 T. scoliosis | | 50. 847.2 L. sprain/strain | | 72. 845.1 | Foot sprain/strain |
| C. Kinesalgia | | 35. 724.9 T. nerve root compression | | 51. 724.9 L. nerve root compression | | 73. 843.0 | Hip sprain/strain |
| C. Torticollis | | 36. 729.2 T. neuralgia | | 52. 756.15 L.S. anomaly | | 74. 726.5 | Hip bursitis |
| C. Fascitis | | 37. 729.1 T. myofascitis/myalgia/myositis | | 53. 846.0 L.S. sprain/strain | | 75. 782.0 | Paresthesia/Numb./Tingling |
| C. sprain/strain | | 38. 724.5 T. Backache | | 54. 721.3 L. osteoarthritis | | 76. 781.0 | Spasms |
| C. osteoarthritis | | 39. 728.85 T Muscle spasm | | 55. 722.6 L. disc degeneration | | 77. 842.1 | Wrist sprain/strain |
| C. Disc Degeneration | | | | 56. 722.83 L. postlaminectomy syndrome | | 78. 733.0 | Osteoporosis |
| C. hypolordosis | | | | 57. 729.2 L. neuralgia | | 79. 716.9 | Arthritis |
| Dizziness/Vertigo | | | | 58. 720.1 L. myofascitis | | 80. 780.7 | Fatigue/Malaise |
| Hyperext.Hyperflex inj. to c.sp. | | | | 59. 846.1 Sacroiliac sprain/strain | | 81. 354.0 | Carpel Tunnel Syndrome |
| (whiplash) | | | | 60. 756.12 Spondylolisthesis | | 82. 720.0 | Rheumatoid arthritis |
| Headache | | | | 61. 728.85 L. muscle spasm | | 83. 782.3 | Edema |
| Migraine headache | | | | | | | |
| Tension headache | | | | | | | |

| | 1 | | | 2 | | | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| X-Ray | Date | C.M. | Factors | X-Ray | Date | C.M. | Factors | X-Ray | Date | C.M. | Factors |
| 2 XC3 XC5 XC7 | | | | XS1 XC2 XC3 XC5 XC7 | | | | XS1 XC2 XC3 XC5 XC7 | | | |
| T4 XLT2 A.P | | | | XT2 XT4 XLT2 A.P | | | | XT2 XT4 XLT2 A.P | | | |
| Lat. | | | | Lat. | | | | Lat. | | | |
| L4 XL6 A.P | | | | XL2 XL4 XL6 A.P | | | | XL2 XL4 XL6 A.P | | | |
| Lat. | | | | Lat. | | | | Lat. | | | |
| Obl. | | | | Obl. | | | | Obl. | | | |
| | | | | OTHER | | | | OTHER | | | |

**l Spine**

☐ Negative for recent fracture, dislocation or gross osteopathology as visualized.

☐ Bone mineralization appears adequate for the patient's stated age.

☐ Atlantodental interspace measures _____mm. >3mm adult & >5mm child.

☐ George's line ☐ appears normal ☐ is disrupted @ _____

☐ Cervical lordotic curve appears M / Mod / Sev decreased. ☐ Reversed.

☐ _____mm retrolisthesis of _____.

☐ Disc spaces are Unremarkable / M / Mod / Sev narrowed between _____

☐ M / Mod / Sev spondylophytic activity @ _____

☐ M / Mod / Sev subchondral sclerosis @ _____

☐ Hypertropic changes of the joints of Lushcka.

☐ M / Mod / Sev Lt / Rt convexity of the cerv / cerv-thor spine with apex @ _____

with the spinous processes rotated into the ☐ convexity ☐ concavity.

☐ M / Mod / Sev neuroforaminal narrowing between _____

☐ Anomalies / other _____

☐ Anterior cervical structures are unremarkable _____

**IC SPINE**

☐ Negative for recent fracture, dislocation or gross osteopathology as visualized.

☐ Bone mineralization appears adequate for the patient's stated age.

☐ M / Mod / Sev ☐ Decrease ☐ Accentuation of the thoracic kyphosis.

☐ Disc spaces are unremarkable / M / Mod / Sev narrowed between _____

☐☐☐ M / Mod / Sev spondylophytic activity @ _____

☐☐☐ M / Mod / Sev subchondral sclerosis of _____

☐☐☐ M / Mod / Sev LT / RT convex thoracic curvature with apex @ _____

with the spinous processes rotated into the ☐ convexity ☐ concavity.

☐☐☐ Soft tissue markings are within normal limits, or _____

**LUMBAR SPINE**

☐☐☐ Negative for recent fracture, dislocation, or gross osteopathology as visualized

☐☐☐ Bone mineralization appears adequate for the patient's stated age.

☐☐☐ M / Mod / Sev ☐ decreased ☐ increased lumbar lordotic curve.

☐☐☐ Disc spaces are unremarkable / M / Mod / Sev narrowed between _____

☐☐☐ M / Mod / Sev spondylophytic activity @ _____

☐☐☐ M / Mod / Sev subcondral sclerosis of _____

☐☐☐ Ullman's Line is WNL ☐ Spondylolytic ☐ Spondylolisthesis Grade (1) (2) (3) (4

☐☐☐ Retrolisthesis of _____ mm is noted @ _____

☐☐☐ Sacral Base Angle ☐ <34 ☐ >48 ☐ L/S disc angle is ☐ <10 ☐ >15

☐☐☐ L/R Innominate is inf / sup and ext / int rotated with respect to the R/L.

☐☐☐ M / Mod / Sev Lt/Rt convexity of the lumbar spine with the apex @ _____

☐☐☐ Anterior ☐ Posterior deviation of the weight bearing line @L3.

☐☐☐ Sacroiliac Joint, hip articulations and pubic symphysis are well maintained.

☐☐☐ Soft tissue markings are within normal limits or _____















