IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JAMES W. SCAIFE
PLAINTIFF,

V.                                            CASE NO. 4- 12 CV 617 SWW

THE BUG MAN,
DENFENDANT.

## AMENDED COMPLAINT

Plaintiff James W. Scaife sues defendant The Bug Man For alleged negligence

**VENUE**

United States District Court Eastern District of Arkansas of Pulaski County 700 West Capitol Little Rock, AR 72201

**PARTIES**

1. James W. Scaife 7633 Vestal Blvd. Apt. 16 Maumelle, AR 72113
2. The Bug Man 2700 Booker St. Little Rock, AR 72204

**PREVIOUS LAWSUIT**

The plaintiff James W. Scaife Filed suit On October 2, 2012 against The Bug Man's Insurers America First Insurance and Stephens Insurance Agency, for acting in bad faith in handling plaintiff's claim against The Bug Man. The plaintiff believed that the Bug Man insurer had committed unfair claim settlement practices.

On December 31, 2012 the Honorable Susan Webber Wright, dismissed my complaint due to the plaintiff can't bypass the tortfeasor and sue its insurer and third party can't bring a direct action suit against the tortfeasor's insurer.

On January 7, 2013, the plaintiff filed a Motion To Amend Complaint to remove America First Insurance and Stephens Insurance Agency. The Plaintiff added The Bug Man the tortfeasor in the accident by way of its employee Dennis Dorrell. On January 8, 2013, granted the Plaintiff the right to amend his complaint.

**FACTS IN AMENDED COMPLAINT**

1. On February 25, 2010, Dennis Dorrell, driving The Bug Man's Company vehicle he was attempting to on Booker St. where The Bug Man office was located. Dennis states on the police report that "he never saw the plaintiff's car due another vehicle being stopped in the left lane blocking his vision." Dennis proceeded anyway, causing the plaintiff to slam into his vehicle and being injured. When the plaintiff slammed into Dennis' truck his airbags to explode and injuring his left wrist. The plaintiff was totaled, causing 5,000 dollars in damages.

2. The plaintiff had gone through therapy and rehab on his left wrist and the wrist wasn't getting better. The plaintiff was suffering from a popping and clicking when using wrist also, he was experiencing numbness and pain. So on April 14, 2011, he had surgery on his left wrist, which is his dominant hand to repair a triangular tear of the left wrist. The plaintiff had additional therapy and rehab on his left wrist, but there was still no improvement. On August 16, 2011, he a reconstruction of the left wrist surgery on his left wrist. He went through another round of therapy and rehab. The plaintiff still experienced numbness and pain, popping and clicking of the left wrist. So, on January 11, 2012 the plaintiff received a 5% permanent impairment rating on his left wrist. This very day the plaintiff still suffers from pain and numbness, and popping and clicking when using his wrist with daily activity.

3.     On March 29, 2012, the plaintiff mailed a demand letter with all medical records, medical bills, and picture of the accident and after two surgeries, to America First Insurance. America first Insurance wanted me to sign a medical release form and the plaintiff refused, because he feels that America First has all the information they need to evaluate his claim. So, the plaintiff was lead to believe that America First was preceding in handle his claim without him signing a medical release, through voicemails and phone calls. The claim was never settled.

4.     The plaintiff enters claim of negligence against the tortfeasor The Bug Man by way of its employee Dennis Dorrell

5.     The Bug Man owes a duty of care when its employees are driving its vehicles, to drive safely on the road and not drive in a way to harm others. That duty of care was breached when its employee Dennis Dorrell drove the Bug Man's Company vehicle in a careless and reckless manner causing an accident and injuring the plaintiff. Dennis was ticketed with "Careless and Prohibited 27-51-104" for his act, on February 25, 2010.

6.     "But for" the actions of Dennis Dorrell's careless and reckless driving this accident would not of happen on February 25, 2010 and the plaintiff wouldn't have suffered this injury.

7.     It has been almost three years and The Bug Man or its insurer has settled this claim and the plaintiff's statute of limitation expires on February 25, 2013.

WEHREFORE, plaintiff seeks judgment against the tortfeasor, The Bug Man for the following relief.

    A. Compensatory Damages of 500,00 for pain and suffering, loss of enjoyment of life, and emotional distress

    B. Court cost

    C. Such other relief as this just and proper deems.

Respectfully submitted,

*James W. Scaife*

James W. Scaife
7633 Vestal Blvd.
Apt. 16
Maumelle, AR 72113
501-944-3140

## CERTIFICATE OF SERVICE

I, James W. Scaife, hereby certify that I forwarded copies the foregoing named persons via U.S. mail on this day January 14, 2013.

The Bug Man
2700 Booker St.
Little Rock, AR 72205

Stuart P. Miller
Miller, Williams, Selig, Gates & Woodyard PLLC
425 West Capitol Ave. Ste.1800
Little Rock, AR 72201

James W. Scaife
7633 Vestal Blvd
Apt 16
Maumelle, AR 72113