# NOTICE OF SETTLEMENT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT - ARKANSAS

FEB 1 9 2013

JAMES W. M?_____, CLERK
By:_____
DEP CLERK

The case involving  James W. Scaife V. The Bug Man  Case  No. 4:12 cv SWW

4:12 CV 617 SWW 98

has been settled.

Respectfully Submitted

*James Scaife*

James W. Scaife

7633 Vestal Blvd. apt. 16

Maumelle, AR 72113