IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JAMES W. SCAIFE, | * |
| Plaintiff, | * |
| vs. | *  No. 4:12-cv-00617-SWW |
| AMERICA FIRST INSURANCE STEPHENS INSURANCE AGENCY, | * |
| Defendants. | * |

ORDER

Plaintiff James W. Scaife having notified the Court that this action has been settled [doc.#35], the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED this 21st day of February 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE